UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CA03-11329__

| Biogen et al | Columbia University |
|---|---|
| __PLAINTIFF__ | __DEFENDANT__ |
| Donald Ware | Scott McConchie |
| | David Gindler |
| __COUNSEL FOR PLAINTIFF__ | __COUNSEL FOR DEFENDANT__ |

JUDGE __Wolf__     CLERK __O'Leary__     REPORTER __Twomey__

CLERK'S NOTES

| DATES: | Status Conference Held |
|---|---|
| 04/14/04 | Parties reach an agreement regarding the standstill order. |
| | Court to issue an order incorporating the transcript from today's conference |