UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY<br>PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates to All Actions |

**PROOF OF SERVICE**

I, David I. Gindler, an attorney, hereby certify that, on June 10, 2004, I caused a copy of:

**1.     COLUMBIA UNIVERSITY'S MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE;**

**2.     COLUMBIA UNIVERSITY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE; AND**

**3.     DECLARATION OF DAVID I. GINDLER IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE**

to be served by FedEx and by e-mail upon counsel for each of the represented parties as follows:

*BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:
Donald R. Ware, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Counsel for Plaintiff Abbott Bioresearch Center, Inc.:
Mark A. Pals, Esq.
Kirkland & Ellis LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601

## GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Counsel for Plaintiff:
Victoria F. Maroulis, Esq.
Quinn Emmanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

Adrian M. Pruetz, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

## IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:
Arthur Wineburg, Esq.
Pillsbury Winthrop LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036

## JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Counsel for Plaintiff:
Steven A. Zalesin, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

## THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.

Counsel for Defendant Johnson & Johnson:
Steven A. Zalesin, Esq.
Patterson, Belknap, Webb & Tyler, LLP

    1133 Avenue of the Americas
New York, NY 10036


<u>WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK</u>

    <u>Counsel for Plaintiffs</u>:
Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-7203


                                                      /s/ David I. Gindler
                                                        David I. Gindler