UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates to All Actions |

**PROOF OF SERVICE**

I, David I. Gindler, an attorney, hereby certify that, on June 10, 2004, I caused a copy of:

**1.    COLUMBIA UNIVERSITY'S EMERGENCY MOTION TO SEAL AND RESTRICT ACCESS TO CONFIDENTIAL INFORMATION AND REQUEST FOR EXPEDITED HEARING;**

**2.    MEMORANDUM IN SUPPORT OF COLUMBIA UNIVERSITY'S EMERGENCY MOTION TO SEAL AND RESTRICT ACCESS TO CONFIDENTIAL INFORMATION; AND**

**3.    DECLARATION OF DAVID I. GINDLER IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO SEAL AND RESTRICT ACCESS TO CONFIDENTIAL INFORMATION**

to be served by Fed Ex and by e-mail upon counsel for each of the represented parties as follows:

<u>BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK</u>

<u>Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:</u>
Donald R. Ware, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Counsel for Plaintiff Abbott Bioresearch Center, Inc.:
Mark A. Pals, Esq.
Kirkland & Ellis LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601

GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Counsel for Plaintiff:
Victoria F. Maroulis, Esq.
Quinn Emmanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

Adrian M. Pruetz, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:
Arthur Wineburg, Esq.
Pillsbury Winthrop LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036

JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

Counsel for Plaintiff:
Steven A. Zalesin, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.

Counsel for Defendant Johnson & Johnson:
Steven A. Zalesin, Esq.
Patterson, Belknap, Webb & Tyler, LLP

1137641.2                                - 2 -

1133 Avenue of the Americas
New York, NY 10036


*WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs:
Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-7203


                                                  /s/ David I. Gindler
                                                    David I. Gindler