# EXHIBIT A

Docket No. 17668-A7-B/JPW/GJG

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Applicants: | Richard Axel et al. | | |
| Serial No.: | 08/484,136 | Examiner: | J. Ketter |
| Filed : | June 7, 1995 | Group Art Unit: | 1636 |
| For : | METHOD OF PRODUCING PROTEINACEOUS MATERIALS | | |

1185 Avenue of the Americas
New York, New York 10112
April 17, 2002

Assistant Commissioner for Patents
Washington, D.C. 20231

SIR:

**SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT**

In accordance with their duty of disclosure under 37 C.F.R. §1.56, applicants direct the Examiner's attention to documents listed below and on Form PTO-1449 attached hereto as **Exhibit A**. Copies of references 1-4 are attached as **Exhibits 1-4**.

This Information Disclosure Statement is being filed after the issuance of a first Office Action, but before the mailing of a final Office Action or a Notice of Allowance. According to 37 C.F.R. §1.97(c) this Information Disclosure Statement shall be considered if accompanied by the fee set forth in 37 C.F.R. §1.17(p). The required fee set forth in 37 C.F.R. §1.17(p) is ONE HUNDRED AND EIGHTY DOLLARS ($180.00) and a check including this amount is enclosed. Thus, applicants request that this Supplemental Information Disclosure Statement be considered.

1. Chasin et al., "Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity" Proc. Natl. Acad. Sci., July 1980 p. 4216-4220 (**Exhibit 1**);

Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page: 2

2. Copending U.S. Serial No. 08/477,159, filed June 7, 1995 (**Exhibit 2**);

3. Trustees Of Columbia Univ. v. Roche Diagnostics GMBH, 150 F. Supp.2d 191 (D. Mass. 2001) (**Exhibit 3**); and

4. Trustees Of Columbia Univ. v. Roche Diagnostics, 126 F. Supp.2d 16 (D. Mass. 2000) (**Exhibit 4**).

If a telephone interview would be of assistance in advancing prosecution of the subject application, applicants' undersigned attorney invites the Examiner to telephone at the number provided below.

No fee, other than the enclosed $180.00, is deemed necessary in connection with the filing of this Supplemental Information Disclosure Statement. However, if any additional fee is required, authorization is hereby given to charge the amount of any such fee to Deposit Account No. 03-3125.

Respectfully submitted,

I hereby certify that this correspondence is being deposited this date with the U.S. Postal Service with sufficient postage as first class mail in an envelope addressed to:
    Assistant Commissioner for Patents,
    Washington, D.C. 20231.

John P. White                      4/17/02
Reg. No. 28,678                     Date

John P. White
Registration No. 28,678
Attorney for Applicants
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

Exhibit A

Sheet 1 of 1

| Form PTO-1449 | U.S. Department of Commerce<br>Patent and Trademark Office | Atty. Docket No.<br>17668-A7B/JPW/GJG | Serial No.<br>08/484,136 |
|---|---|---|---|
| INFORMATION DISCLOSURE CITATION<br>(Use several sheets if necessary) | | Applicants<br>Richard Axel et al. | |
| | | Filing Date<br>June 7, 1995 | Group |

### U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| | | 08/477159 | | Axel et al. | | | June 5, 1995 |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | Chasin et al., "Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity" Proc. Natl. Acad. Sci., July 1980 p. 4216-4220 (**Exhibit 1**); |
| | | Trust. Of Columbia Univ. v. Roche Diagnostics GMBH, 150 F. Supp.2d 191 (D. Mass 2001) (**Exhibit 3**); |
| | | Trust. Of Columbia Univ. v. Roche Diagnostics, 126 F. Supp.2d 16 (D. Mass 2000) (**Exhibit 4**). |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Exhibit A

4