# EXHIBIT H

## Patterson, Belknap, Webb & Tyler LLP

1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Fax (212) 336-2222

Christopher C. Angell
Douglas E. Barzelay
Susan F. Bloom
Henry P. Bubel
Laura E. Butzel
William F. Cavanaugh, Jr.
Lisa E. Cleary
Edward F. Cox
John Deili Venneri
Gregory L. Diskant
David W. Dykhouse
Philip R. Forlenza
Hugh J. Freund
Paul G. Gardephe
Eugene M. Gelernter
Alan Gettner
David M. Glaser
Antonia M. Grumbach
Erik Haas
Andrew L. Herz
Dana W. Hiscock
Scott Horton
Scott B. Howard
Karen C. Hunter
Kenneth J. King
Rochelle Korman
Robin Krause
Jeffrey E. LaGueux
Kim J. Landsman

Robert W. Lehrburger
Jeffrey I.D. Lewis
Robert P. LoBue
Ellen M. Martin
Maureen W. McCarthy
Thomas C. Morrison
Bernard F. O'Hare
Gloria C. Phares
Thomas W. Pippert
Herman H. Raspé
Robert M. Safron
Karla G. Sanchez
Kenneth L. Sankin
Peter J. Schaeffer
Andrew D. Schau
John E. Schmeltzer, III
John P. Schmitt
Rhonda E. Schwartz
Arthur D. Sederbaum
Karl E. Seib, Jr.
Saul B. Shapiro
Michael J. Timmons
Peter W. Tomlinson
Richard R. Upton
Frederick B. Warder III
William W. Weisner
John D Winter
Stephen P. Younger
Steven A. Zalesin

Of Counsel

Harold R. Tyler
───────────
Anthony P. Coles
David F. Dobbins
George S. Frazza
Robert M. Pennoyer
Stephen W. Schwarz
Robert B. Shea
Ira T. Wender, P.C.
───────────

Direct Phone
(212) 336-2110

Direct Fax
(212) 336-2111

Email Address
sazalesin@pbwt.com

June 7, 2004

**Via Facsimile and U.S. Mail**

Jason G. Sheasby, Esq.
Irell & Manella LLP
1600 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276

Dear Jason:

      This responds to your letter of May 28 concerning the '159 application and the license agreements that Biogen and Genzyme have with Columbia. We have also reviewed your letter of May 27 to Claire Laporte, her response dated May 28, and your reply dated June 1.

      Only J&J's outside and in-house litigation counsel have had access to the materials in question. While we do not agree that Columbia has a legitimate claim of confidentiality with respect to these materials, we are prepared to assure Columbia that we will treat the materials as "attorneys eyes only" pending entry of a protective order and/or resolution of Columbia's dispute with Biogen and Genzyme concerning this issue. We think this is a reasonable approach, particularly since the materials plainly are, at a minimum, discoverable in the pending litigation.

Jason G. Sheasby, Esq.
June 7, 2004
Page 2

        If you wish to discuss this further, please call me at the above number.

        Sincerely,

        Steve

        Steven A. Zalesin

cc: Harman Avery Grossman, Esq.

1002980v1

43