# EXHIBIT J

PTO/SB/68 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

In re Application of

| Application Number | Filed |
|---|---|
| 08/477,159 | 6/5/95 |
| Art Unit | Examiner |
|  |  |

Paper No. _____

Assistant Commissioner for Patents
Washington, DC 20231

1. ☒ I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

   ☒ (A) referred to in:

   United States Patent Application Publication No. _____, page ____, line ____,
   United States Patent Number 6,455,275, column face, line ____, or
   an International Application which was filed on or after November 29, 2000 and which designates the United States, WIPO Pub. No. _____, page ____, line ____.

   ☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or 1.14(e)(2)(i), i.e., Application No. _____, paper No. ____, page ____, line ____.

2. ☐ I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

*[Signature]* Michael D. Linton        11/19/02
Signature                              Date

Michael D. Linton
Typed or printed name

RECEIVED
TECH CENTER 1600/2900
02 NOV 18 PM 12:10

| FOR PTO USE ONLY |
|---|
| Approved by: _____ |
| (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.