# EXHIBIT K

**Gary Gershik**

| | |
|---|---|
| **From:** | Lucas, Jay [Jay.Lucas@USPTO.GOV] |
| **Sent:** | Wednesday, June 09, 2004 5:19 PM |
| **To:** | Gary Gershik |
| **Cc:** | Pearson, Charles |
| **Subject:** | RE: U.S. Serial No. 08/477,159 |

Mr. Gershik,
In response to your letter, please be advised that our USPTO records
indicate that application number US 08/477,159 has not published in
accordance with 35USC122(b) and is still considered confidential.

Sincerely,

Jay Lucas
USPTO

-----Original Message-----
**From:** Gary Gershik [mailto:GGERSHIK@COOPERDUNHAM.COM]
**Sent:** Tuesday, June 08, 2004 4:50 PM
**To:** Lucas, Jay
**Cc:** John P. White
**Subject:** U.S. Serial No. 08/477,159

Dear Mr. Lucas,

Further to our June 8, 2004 telephone conference, I understand from you that U.S. Serial No. 08/477,159,
filed July 7, 1995, has not been published as a U.S. Application Publication, has not issued as a U.S.
Patent, and all of its prosecution file contents remain confidential and not accessible by the public as of the
date of this electronic mail.

Kindly confirm this by return electronic mail to me.

As required by M.P.E.P. § 502.03, and recognizing that Internet communications are not secure, I hereby
authorize you to reply to me for the purposes of this inquiry only, by electronic mail. I understand that a
copy of this communication and your reply will be made of record in the application file.

Thank you,

-

Gary J. Gershik
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York  10036
tel. 212-278-0400
fax. 212-391-0525
ggershik@cooperdunham.com

CONFIDENTIALITY NOTICE: This e-mail and any attachment are intended solely for the designated
recipient(s) and contains attorney-client privileged and confidential information. If you are not the
designated recipient or their agent, then you are hereby notified that you have received this e-mail in error,

and that any review, disribution or copying of it is strictly prohibited. If you have received this e-mail in error, please reply to the sender so that the sender is able to redirect the e-mail to the intended recipient, and then delete the e-mail from your computer, without copying, distributing or reading it. Thank you.