# EXHIBIT L

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555

June 9, 2004

<u>VIA FACSIMILE</u>
<u>AND U.S. MAIL</u>

Jason G. Sheasby, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

Re:   <u>Genentech v. Columbia University</u>

Dear Jason:

I write in response to your letter of May 28, 2004 concerning the '159 application and the Biogen and Genzyme license agreements with Columbia and in furtherance of our meet and confer telephone conversation yesterday.

Although we disagree with Columbia's contention that the materials in question are confidential and not subject to disclosure, Genentech will agree to treat the Biogen/Genzyme reply materials as "attorneys' eyes only" pending the resolution of Columbia's motion practice concerning these materials and/or entry of a suitable protective order. This should satisfy Columbia's concerns raised in your letter and during our call yesterday.

**quinn emanuel urquhart oliver & hedges, llp**

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
201 Sansome Street, 6th Floor, San Francisco, California 94104 | TEL 415-986-5700 FAX 415-986-5707
45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

Exhibit L                                                                     49

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Robert W. Stone

50656/21266.1