UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY<br>PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates To All Actions |

## CERTIFICATION

The Trustees of Columbia University in the City of New York have conferred with their counsel regarding the budget for the costs of conducting the full course -- and various alternative courses -- of the litigation and regarding the use of alternative dispute resolution program, such as those outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

    Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK

/s/ Augustine V. Cheng
Associate General Counsel
Columbia University
412 Low Memorial Library
Mail Code 4308
535 West 116th Street
New York, NY 10027
(212) 854-0780
(212) 222-8505 (fax)

/s/ David I.Gindler_____
Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

- 2 -

/s/ Wayne M. Barsky
Wayne M. Barsky
Kevin S. Rosen
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California
90067-3026
(310) 552-8500
(310) 551-8741 (fax)

DATED: June 15, 2004

1138874