UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592 (MLW)

This Document Relates To All Actions

## PROOF OF SERVICE

I, Jason G. Sheasby, an attorney, hereby certify that, on June 15, 2004, I caused a copy

of:

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF COLUMBIA UNIVERSITY'S
EMERGENCY MOTION TO SEAL AND RESTRICT ACCESS TO CONFIDENTIAL
INFORMATION; and**

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF COLUMBIA UNIVERSITY'S EMERGENCY
MOTION TO SEAL AND RESTRICT ACCESS TO CONFIDENTIAL INFORMATION**

to be served by FedEx and e-mail upon counsel for each of the represented parties as follows:

_BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v.
THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK_

Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:

Donald R. Ware, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Counsel for Plaintiff Abbott Bioresearch Center, Inc.:

Mark A. Pals, Esq.
Kirkland & Ellis LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601

*GENENTECH, INC.  v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiff:

        Victoria F. Maroulis, Esq.
        Quinn Emmanuel Urquhart Oliver & Hedges LLP
        555 Twin Dolphin Drive, Suite 560
        Redwood Shores, CA 94065


*IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:

        Arthur Wineburg, Esq.
        Pillsbury Winthrop LLP
        1133 Connecticut Avenue, N.W.
        Washington, D.C. 20036


*JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiff:

        Steven A. Zalesin, Esq.
        Patterson, Belknap, Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY 10036


*THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.*

    Counsel for Defendant Johnson & Johnson:

        Steven A. Zalesin, Esq.
        Patterson, Belknap, Webb & Tyler, LLP
        1133 Avenue of the Americas
        New York, NY 10036


    Counsel for Defendant Ares Trading S.A.:

        Todd M. Sorrell
        Fulbright & Jaworski L.L.P
        865 South Figueroa Street
        Twenty-Ninth Floor
        Los Angeles, CA 90017

Peter F. Felfe, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, NY 10103-3198


_WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK_

<u>Counsel for Plaintiffs</u>:

Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-7203


_COUNSEL FOR THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK_

Wayne Barsky, Esq.
Gibson, Dunn & Crutcher LLP
2029 Century Park East, 41st Floor
Los Angeles, CA 90067


_____/s/ Jason G. Sheasby_____
Jason G. Sheasby