# EXHIBIT 1

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7096
FACSIMILE (310) 202-7199
jsheasby@irell.com

June 12, 2004

**VIA EMAIL AND FEDEX**

Mark A. Pals, Esq.
Marcus E. Sernel, Esq.
Kirkland & Ellis LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601

Adrian M. Pruetz, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Claire Laporte, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Steven A. Zalesin, Esq.
Melissa Mandrgoc, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Leora Ben-Ami, Esq.
Pat Carson, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Re: Columbia University

Counsel:

The Court has asked Columbia to meet and confer with opposing counsel to determine whether Columbia's request for a protective order pursuant to Federal Rule of Civil Procedure 26(c) limiting disclosure of the '159 application to outside attorneys only for each of your clients "has been made moot by the previous disclosures of the relevant information to individuals other than outside counsel for plaintiffs." 6/11/04 Order, at 3.

We ask that you provide the following information to Columbia by 3 PM eastern time on Monday, June 14: (1) what portions of the '159 application are in the possession of you or your clients; (2) how did you or your clients obtain these portions of the '159 application; (3) what individuals employed by your clients have viewed portions of the '159 application, and which portions have they viewed? We ask that you provide the same information with regards to any third party other than an employee of your clients.

1138745

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Mark. A. Pals, Esq.
Marcus M. Sernel, Esq.
Steven A. Zalesin, Esq.
Melissa Mandrgoc, Esq.
Adrian M. Pruetz, Esq.
Leora Ben-Ami, Esq.
Pat Carson, Esq.
Claire Laporte, Esq.
June 12, 2004
Page 2

      Columbia also requests that you make yourself available at 5 PM eastern time on Monday, June 14, for a telephone conference to discuss your responses to the questions in the previous paragraph. The call-in number for the 5 PM eastern time telephone conference is: 800-216-0770. The pass code is: 310 203 7106.

      Very truly yours,

      Jason G. Sheasby

1138745

2