# EXHIBIT 2

JUN 02 2004 16:39 FR KAYE SCHOLER LLP 25  212 836 7514 TO 5131020371996751 P.02

# KAYE SCHOLER LLP

Leora Ben-Ami
212 836-7203
Fax 212 836-6330
lbenami@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

June 2, 2004

Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Re: Columbia University

Dear Jason:

I am in receipt of your letter of May 28, 2004 regarding materials submitted to the District Court by Biogen and Genzyme on May 26, 2004.

As far as I can tell, your disagreement is with Biogen and Genzyme, not Wyeth. While it seems like these materials are not confidential, since anyone can obtain them from the Court, as a courtesy we will handle them as if they were confidential and available solely to outside counsel to give you time to work things out. I assume that a week should give you enough time to either work things out or file a motion with the Court. If you file a motion, we will continue to handle the documents as confidential until the Court rules. Otherwise, unless we are informed that you and Biogen/Genzyme have determined that the documents must be placed under seal by June 8th, we will consider them public after that date.

We have not obtained the '159 application except to the extent filed with the Court.

I hope this alleviates your immediate concern.

Very truly yours,

Leora Ben-Ami

30897496.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   HONG KONG   LONDON   SHANGHAI

3

JUN 02 2004 16:39 FR KAYE SCHOLER LLP 25   212 836 7514 TO 5131020371996751  P.03

## KAYE SCHOLER LLP

Jason G. Sheasby         2         June 2, 2004

bcc:   Brooke Borel

30897496.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   HONG KONG   LONDON   SHANGHAI

** TOTAL PAGE.03 **