# EXHIBIT 4



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Claire Laporte
Boston Office
617.832.1210
claporte@foleyhoag.com

June 14, 2004

**By E-mail**

David I. Gindler, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Re:    *Biogen et al. v. Trustees of Columbia University*
       Civil Action No. 03-11329-MLW (D. Mass.)

Dear David:

I write to respond to your request, in your letter of June 12, 2004, for information in preparation for our telephone conference at 5 p.m. concerning the possible mootness of your motion to seal.

We have undertaken some investigation of this matter, but we have not yet completed this investigation. Accordingly, we may need to supplement the information below.

Two in-house attorneys at Genzyme, five in-house attorneys at Biogen Idec, and one in-house attorney at Baxter have had the opportunity to review portions of the '159 file history.

In particular, Genzyme and Biogen Idec corporate counsel have had access to paper nos. 1-34; a Terminal Disclaimer filed by Columbia on October 23, 2003; an Amendment filed by Columbia in response to a April 23, 2003 Office Action; and a Supplemental IDS. Baxter corporate counsel has had access to all of the above, except for paper nos. 1-34.

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

6

David I. Gindler, Esq.
June 14, 2004
Page 2

Very truly yours,

Claire Laporte

CL:ct