# EXHIBIT 6



**PILLSBURY WINTHROP**LLP

1133 CONNECTICUT AVENUE NW WASHINGTON, DC 20036 202.775.9800 F: 202.833.8491

June 14, 2004

Arthur Wineburg
Phone: 202.775.9880
awineburg@pillsburywinthrop.com

VIA EMAIL: tduong@gibsondunn.com
DoHoang Tini Duong
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

In Re: Columbia University Patent Litigation

Dear Ms. Duong:

In accordance with Judge Wolf's June 11, 2004 Order and in response to your letter of June 14, please be advised that outside counsel for and in-house counsel of Amgen and Immunex have reviewed the '159 application file. We received copies of documents in the '159 application file from the U.S.P.T.O. as well as from Plaintiff Biogen Corp.

The prosecution of the '159 application was also publicly disclosed in Amgen's complaint with no objection raised by Columbia. See Paragraph 45-49 and Section 72(4) of Amgen's Second Amended Complaint.

Very truly yours,

PILLSBURY WINTHROP LLP

*Arthur Wineburg*

Arthur Wineburg

AW:jlt

9