UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592<br><br>This document relates to all actions |

**PLAINTIFFS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE AN OVERLENGTH OPPOSITION TO COLUMBIA'S MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS**

Plaintiffs Genentech, Inc., Biogen Idec MA Inc., Genzyme Corporation, Abbott Bioresearch Labs., Inc., and Johnson & Johnson respectfully seek leave to file an overlength memorandum in support of their Joint Opposition to Columbia's Motion to Stay Litigation Pending Conclusion of Reexamination and Reissue Proceedings in the Patent and Trademark Office.

The additional pages are necessary because the issues presented by Columbia's motion are complex and have required extensive research into both case law and patent examining rules relevant to the proceedings in the Patent and Trademark Office.

Further, this joint opposition represents the efforts of five plaintiffs to consolidate into a single brief arguments they originally crafted separately. Although plaintiffs' cooperative effort has resulted in a brief more than twenty pages long, plaintiffs believe that their joint submission avoids the redundancy and inefficiency that would result if their arguments were spread over three or more separate submissions.

Accordingly, plaintiffs respectfully request the additional pages necessary for them to make their submission joint.

Counsel for Columbia has indicated that Columbia does not oppose this motion.

Respectfully submitted,

Dated: June 16, 2004

| /s/ Claire Laporte | /s/ Charles K. Verhoeven |
|---|---|
| Donald R. Ware (BBO # 516260) | Adrian M. Pruetz (Cal. Bar No. 118215) |
| Claire Laporte (BBO # 554979) | Charles K. Verhoeven (Cal. Bar No. 170151) |
| Carla Miriam Levy (BBO # 654212) | Robert W. Stone (Cal. Bar No. 163513) |
| FOLEY HOAG LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 155 Seaport Boulevard | 50 California Street, 22nd Floor |
| Boston, MA 02210-2600 | San Francisco, California 94111 |
| Telephone: (617) 832-1000 | Telephone: (415) 875-6600 |
| Facsimile: (617) 832-7000 | Facsimile: (415) 875-6700 |
| Attorneys for BIOGEN IDEC MA INC. and GENZYME CORPORATION | Attorneys for GENENTECH, INC. |

| /s/ Marcus E. Sernel | /s/ Steven A. Zalesin |
|---|---|
| Mark A. Pals | Steven A. Zalesin (SZ 0901) |
| Marcus E. Sernel | Jeffrey I.D. Lewis (JL 8335) |
| KIRKLAND & ELLIS LLP | Melissa Mandrgoc (MM 4686) |
| AON Building | PATTERSON, BELKNAP, WEBB & TYLER LLP |
| 200 East Randolph Drive | 1133 Avenue of the Americas |
| Chicago, Illinois 60601 | New York, New York 10036 |
| Telephone: (312) 861-2000 | Telephone: (212) 336-2000 |
| Facsimile: (312) 861-2200 | Facsimile: (212) 336-2222 |
| Attorneys for ABBOTT BIORESEARCH CENTER, INC. | Attorneys for JOHNSON & JOHNSON |

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO #18831))
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554
Attorneys for ABBOTT BIORESEARCH
CENTER, INC.

- 3 -

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(A)(2)

Pursuant to LR 7.1(A)(2), the undersigned certifies that counsel for plaintiffs Genentech, Inc., Biogen Idec MA Inc., Genzyme Corporation, Abbott Bioresearch Labs., Inc., and Johnson & Johnson have conferred with counsel for the defendant Columbia.  Columbia has indicated that it does not oppose this motion.

                                                  /s/ Claire Laporte
                                                  Claire Laporte

Dated: June 16, 2004