# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES - GENERAL

Priority  
Send ✓  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

Case No. CV 03-4349 MRP(CWx)     Date/Filed: February 18, 2004

Title: IMMUNEX CORPORATION  v.  THE TRUSTEES OF COLUMBIA UNIV.

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SR. JUDGE

Vangelina Pina                          Not Present
Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearances                     No Appearances

PROCEEDINGS: SCHEDULING ORDER (IN CHAMBERS)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16, this case has been placed on the calendar in Courtroom 12 for a Pre-trial Conference on MONDAY, November 15, 2004, at 10:00 A.M. The case is set for Trial on TUESDAY, December 7, 2004, at 11:00 A.M. Unless excused for good cause, each party in the action shall be represented at the Pre-Trial Conference and all Pre-trial meetings of counsel by the attorney who is to have charge of the conduct of the trial on behalf of the party. Court further schedules the Discovery cut-off for August 27, 2004, and the Motion cut-off for September 24, 2004, (hearing of said motions).

The Court requires strict compliance with the requirements of Local Rule 16. Therefore, carefully prepared Memoranda of Contentions of Fact and Law and a proposed Pre-trial Conference Order shall be submitted in accordance with the provisions of Local Rule 16-2 through 16-6. The Form of the proposed Pre-trial Conference Order shall be in conformity with the format set forth in Local Rule 16-6.2.

cc: All Counsel of Record

DOCKETED ON CM
FEB 20 2004
BY                013

MINUTES FORM 90                    Initials of Deputy Clerk  vp
CIVIL - GEN

58

# EXHIBIT C



**PILLSBURY WINTHROP LLP**

725 SOUTH FIGUEROA STREET SUITE 2800 LOS ANGELES, CA 90017-5406  213.488.7100  F: 213.629.1033

March 3, 2004

Jennie L. La Prade
Phone: 213.488.7216
jlaprade@pillsburywinthrop.com

<u>Via Facsimile & First Class Mail</u>

Wayne M. Barsky, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-4276

Kevin S. Rosen, Esq.
Gibson Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071-3197

Re: Immunex Corporation, et al. v. The Trustees of Columbia University in the City of New York

Dear Counsel:

We write to request a meeting of parties in compliance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1. We propose that we hold the meeting telephonically on Monday, March 8, 2004. Please let us know at your earliest convenience a convenient time for the telephonic meeting.

We look forward to your prompt response.

Very truly yours,

PILLSBURY WINTHROP LLP

Jennie L. La Prade

cc: Arthur Wineburg
    Kirke M. Hasson

LTR TO ROSEN AND BARSKY.DOC

# EXHIBIT D



**PILLSBURY WINTHROP**LLP

1133 CONNECTICUT AVENUE, N.W. WASHINGTON, DC 20036 202.775.9800 F: 202.833.8491

Arthur Wineburg
Phone: 703.905.2224
awineburg@pillsburywinthrop.com

April 26, 2004

VIA FACSIMILE

Kevin S. Rosen, Esq.
Gibson Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA 90071-3197

    Re:   *IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION; MDL NO. 1592*

Dear Kevin:

    Since by Order of the Judicial Panel on Multidistrict Litigation our case has been transferred to Boston along with the other cases involved in litigation with Columbia concerning U.S. Patent No. 6,455,275 ('275 Patent), it is appropriate that we discuss discovery.

    It is our understanding from your representations made in the transfer motions that Columbia has produced documents and other information pursuant to Rule 26(a)(1) and responded to discovery propounded by plaintiffs in the other actions. Since our case is now consolidated with these cases for purposes of discovery, I would appreciate your making available to Amgen all the discovery you provided in any of these cases.

    Prior to the MDL Order, we were in discussions regarding the commencement of discovery. Since most of the other parties subject to the MDL Order have held Rule 26(f) conferences and made 26(a)(1) disclosures, I propose that we "catch-up" without requiring the Court's attention. Therefore I propose holding the Rule 26(f) meeting within the next five (5) business days, exchanging initial disclosures under 26(a)(1) by May 3rd, and commencing formal discovery immediately thereafter. If you agree that a Rule 26(f) meeting is not necessary, we are prepared to exchange initial disclosures and commence formal discovery immediately.



Kevin S. Rosen, Esq.
April 26, 2004
Page 2

We look forward to your prompt response.

Very truly yours,,

PILLSBURY WINTHROP LLP

Arthur Wineburg

cc: Wayne M. Barsky, Esq.

# EXHIBIT E



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
ALEXANDRIA, VA 22313-1450
www.uspto.go

*Ex Parte* Reexamination Filing Data - March 31, 2004

1. Total requests filed since start of ex parte reexam on 07/01/81 ................................. 6988

    a. By patent owner                2974    43%
    b. By other member of public      3849    55%
    c. By order of Commissioner        165     2%

2. Number of filings by discipline

    a. Chemical Operation             2216    32%
    b. Electrical Operation           2182    31%
    c. Mechanical Operation           2590    37%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 |
| 1988 | 268 | 1996 | 418 | 2004 | 202 YTD |

4. Number known to be in litigation ............................................... 1455    21%

5. Determinations on requests ........................................................... 6771

    a. No. granted ................................................................. 6136 ......... 91%

        (1) By examiner              6031
        (2) By Director (on petition) 105

    b. No. denied ................................................................. 635 ......... 9%

        (1) By examiner              601
        (2) Order vacated             34

1

6.  Total examiner denials (includes denials reversed by Director) .......................... 706

    a. Patent owner requester        410     58%
    b. Third party requester         296     42%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency              21.4 (mos.)
    b. Median pendency               16.8 (mos.)

8.  Reexam certificate claim analysis:

    |   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
    |---|---|---|---|---|
    | a. All claims confirmed | 23% | 30% | 13% | 26% |
    | b. All claims cancelled | 7% | 12% | 19% | 10% |
    | c. Claims changes | 70% | 58% | 68% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present) .......................... 4853

    a. Certificates with all claims confirmed      1287    26%
    b. Certificates with all claims canceled        483    10%
    c. Certificates with claims changes            3083    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER ...................................... 2150

        (1) All claims confirmed      499    23%
        (2) All claims canceled       154     7%
        (3) Claim changes            1497    70%

    b. Certificates _ 3rd PARTY REQUESTER ............................................... 2574

        (1) All claims confirmed      771    30%
        (2) All claims canceled       305    12%
        (3) Claim changes            1498    58%

    c. Certificates _ COMM'R INITIATED REEXAM ...................................... 129

        (1) All claims confirmed       17    13%
        (2) All claims canceled        24    19%
        (3) Claim changes              88    68%

Rexstat x xp.doc

2

# EXHIBIT F



**THE CANADIAN MEDICAL HALL OF FAME**

# Medi-Centre

VIRTUAL MUSEUM CANADA

**Resources**

P.O. Box 5015 | 100 Perth Drive | London, Ontario | N6A 5K8 | Phone: 519-663-3087
Fax: 519-663-3844 | Email: cmhf@rri.on.ca

**Dr. Louis Siminovitch**

Born: May 1, 1920
Birthplace: Montreal, Quebec

- Pioneer in human genetics
- Researcher into the genetic basis of muscular dystrophy and cystic fibrosis
- Helped establish Ontario program exploring genetic roots of cancer

**Bio**

After extensive post-doctoral training at the Institut Pasteur (1947-53), Dr. Siminovitch became a member of the Department of Biophysics at the University of Toronto, where he carried out research into the genetic basis of such conditions as muscular dystrophy, cystic fibrosis, and several forms of cancer. He also made contributions to knowledge in several fields of genetics, both animal and human. As a teacher, Dr. Siminovitch influenced and trained two generations of Canadian bio-medical researchers. He was appointed an Officer of the Order of Canada in 1980 and a Companion in 1989.

**SideFx**

Dr. Siminovitch has worked tirelessly for many Canadian medical organizations including hospitals and research institutes specifically in the area of genetics. Check out the website of one institution - the newly named Canadian Institutes for Health Research (www.cihr.ca) (formerly the Medical Research Council of Canada) ) by clicking the link above. The site has news about the latest studies and research projects.

**Close Window**

THE CANADIAN MEDICAL HALL OF FAME© 2002. ALL RIGHTS RESERVED