# EXHIBIT G

# Inventory of the Michael Lynch Papers (Fonds)

## Biographical History

Michael Lynch (1944-1991) was born in Harnett County, North Carolina. He moved to Toronto in 1971 to be a lecturer at the University of Toronto. He received his PhD from the University of Iowa in 1972. At the time of his death, Michael was associate professor in the English Department, University of Toronto.

Before he died of an AIDS-related illness he was working on a book about male-male intimacy in New York City during the period 1830 to 1880. In 1989 he published a collection of poetry, These Waves of Dying Friends

.

In 1975 Michael helped to form the Toronto Gay Academic Union, in 1978 the Gay Fathers of Toronto, and in 1989 the Toronto Centre for Lesbian and Gay Studies.

He was a contributor/collective member of the gay liberation newspaper, **The Body Politic**, and was editor of the Lesbian and Gay Studies Newsletter from 1981 to 1988. He also helped found Gay Alliance Toward Equality (GATE), was chair of the Committee to Defend John Damien, the AIDS Committee of Toronto (ACT), serving as its first chair, and the AIDS Memorial Committee. His involvement in AIDS Action Now was also substantial. He originated the idea of AIDS Awareness Week in 1983. He wrote the first major articles on AIDS in Canada and wrote candidly on his own health status.

He stopped teaching in 1990 and died on July 9, 1991, at the age of 46.

## SCOPE AND CONTENT

The Michael Lynch Fonds consists, in part, of the records received at the Canadian Lesbian and Gay Archives from Michael Lynch in 1991, 1987 and 1984. It consists of four sous-fonds: the Michael Lynch sous-fonds itself, the Bill Lewis sous-fonds, the "Whitman in Ontario Conference" (Toronto, Oct. 18, 1980) sous-fonds, and the Lesbian and Gay Studies Newsletter (LGSN) sous-fonds.

The Michael Lynch sous-fonds (91-162) consists primarily of correspondence between Lynch and family members, gay activists and writers, friends and various organizations. It also consists of a number of diaries kept by Lynch, a number of files related to various academic projects undertaken by Lynch, and a rather large series documenting a single academic project, his work on Marsden Hartley.

Case 1:04-md-01592-MLW    Document 22-6    Filed 06/16/2004    Page 3 of 29

The Bill Lewis sous-fonds (87-019) consists largely of photographs, and also contains personal documents as well as material from his office at the University of Toronto.

The Lesbian and Gay Studies Newsletter sous-fonds (91-062) consists primarily of a single series. This series, containing one large file for each issue of the newsletter, contains materials such as correspondence, drafts of articles for the newsletter, copies of articles appearing in other publications, working papers for the newsletter, and other materials relating to the newsletter. A separate series relates solely to the Modern Language Association.

The "Whitman in Ontario Conference (1980)" sous-fonds files were donated by Michael Lynch in 1984. To mark the 100th anniversary of Walt Whitman's visit to Canada, Michael, along with Alan V. Miller of the Canadian Gay Archives, sponsored this one-day conference. Whitman scholars from across North America were invited. The papers included several on Whitman's sexuality.

The material consists of display material used by Michael, various papers presented, programs, correspondence and registration forms.

## CUSTODIAL HISTORY

This fonds (91-162) was donated to the Canadian Lesbian and Gay Archives by Stefan Lynch following the death of Michael Lynch, as instructed in his will. It was received on July 30, 1991. Other material, donated by Michael, arrived in 1982, and 1984. Alan Miller transferred the last material in 1995.

Other accessions donated by or relating to Michael Lynch include: 82-011; 82-020; 82-030; 82-048; 84-021; 84-023; 84-039; 84-048; 87-019; 88-026; 89-008; 91-045; 91-062; 91-157; 91-162; 92-017; 92-041; 92-065; 94-139; 95-239

## Personal Correspondence Series 1

1963-1990
Textual: 1.25m

## Accession 91-162

91-162/01 to 91-162/11

This series consists of personal correspondence including letters, postcards, cards and notes received by Michael Lynch. It also contains photographs, clippings, articles and other materials which accompanied the correspondence. Occassionally, correspondence from Michael Lynch to others has been photocopied and placed in the files. Most of the correspondence is from individuals, however, some reflects M. Lynch's interactions with organizations or his work on specific projects.

The correspondence is arranged into three groups. The first two groups of correspondence are files which were created by Michael Lynch and have been left largely in the original order in which they were received. They are arranged primarily by the name of the sender of the correspondence, in an alphabetic order. Around August of 1982 Michael Lynch appears to have stopped filing his correspondence by the name of the individual and merely deposited all letters received into shoe boxes. The third group of files, which were received by the Canadian Lesbian and Gay Archives still in the boxes, has been arranged by archives staff in chronological order by month.

Where materials are arranged primarily by the name of the person who sent the correspondence, often more than a single writer is represented in the files. Therefore, an index to the correspondents in the first two groups of correspondence in this series follows the file listing provided. There is no such listing for the chronologically arranged files.

## *File List Series 1*

### Early Correspondence Files (1963-1979)

### Accession 91-162/

/01 (01) Body Politic Trial 1977
/01 (02) Body Politic Trial 1977-1978
/01 (03) Brown 1971-1976
/01 (04) Canadian Lit/Drama 1972
/01 (05) Drivers 1964-1975
/01 (06) Duble 1974-1977
/01 (07) Dunn etc. 1964-1975
/01 (08) Esther 1976-1979
/01 (09) Galney 1969-1971
/01 (10) Galney 1966-1979
/01 (11) Goddard 1965-1978

CLGA: Michael Lynch Papers

/02 (01) Goldensohn 1967-1978
/02 (02) Home 1978-1979
/02 (03) Housewright 1978-1979
/02 (04) Iowa 1970-1979
/02 (05) I.C.H. 1966-1967
/02 (06) Jobs, Public Affairs, etc. 1965-1970
/02 (07) Jones 1969-1978
/02 (08) Kaplan 1970-1977
/02 (09) Kinsey 1967-1979
/02 (10) Liske 1964-1977
/02 (11) Mammy 1965-1974
/03 (01) Oberlin 1964-1975
/03 (02) Oberlin 1966-1976
/03 (03) Oberlin 1963-1974
/03 (04) Poetry Series 1 & 2 1973-1975

# Middle Correspondence Files (1964-1982)

/03 (05) Berube 1980-1982
/03 (06) Bognar 1977-1981
/03 (07) Cady 1975-1979
/03 (08) Cady 1979-1981
/03 (09) Chalkin c. 1979
/03 (10) Chambers 1976-1982
/03 (11) Costin n.d.
/03 (12) Duncan 1976
/03 (13) Dunn 1979-1982
/03 (14) Gunn 1977-1980
/04 (01) Gantz 1980-1982
/04 (02) Hall 1976-1981
/04 (03) Hansen 1978-1979
/04 (04) Housewright 1980-1981
/04 (05) Isherwood 1977-1979
/04 (06) Jones 1980-1982
/04 (07) Katz 1977-1980
/04 (08) Kinsey 1973-1981

CLGA: Michael Lynch Papers

/04 (09) Klintworth 1981-1982
/04 (10) Klintworth 1981-1982
/04 (11) Lee 1979-1981
/04 (12) Lee 1979-1982
/04 (13) Lewis 1976-1980
/04 (14) Lynch (nee Jones), Gail 1979-1982
/04 (15) Lynch, Gail 1979-1982
/05 (01) Lynch, Pat 1982
/05 (02) Martin 1974-1980
/05 (03) Mehringer 1975-1982
/05 (04) Meigs 1982
/05 (05) New York Folk 1976-1981
/05 (06) Ostrom/Norgado 1979-1982
/05 (07) Reinhard 1979-1981
/05 (08) Ricks/Skinner 1978-1982
/05 (09) Rule 1977-1982
/05 (10) Russell 1975-1981
/05 (11) Stambollan 1980-1979
/05 (12) Spiers/Metz 1978-1982
/05 (13) Spiers/Metz 1978-1982
/05 (14) Steakley 1975-1982
/05 (15) Stephan n.d.
/05 (16) Stephan n.d.
/06 (01) Stephan n.d.
/06 (02) Summers 1980
/06 (03) Toronto Folk 1972-1981
/06 (04) Toronto Folk 1972-1981
/06 (05) TRW 1964-1982
/06 (06) TRW 1964-1982
/06 (07) Umans 1980-1982
/06 (08) Williams 1978-1980
/06 (09) White 1980-1981
/06 (10) Whitmania 1980

## Later Correspondence Files (1982-1990)

6/14/2004

CLGA: Michael Lynch Papers

/06 (11) Undated or earlier than August 1979-1983
/06 (12) August 1982
/06 (13) September 1982
/06 (14) October 1982
/06 (15) November 1982
/06 (17) December 1982
/07 (01) January 1983
/07 (02) February 1983
/07 (03) March 1983
/07 (04) April 1983
/07 (05) May 1983
/07 (06) June 1983
/07 (07) July 1983
/07 (08) August 1983
/07 (09) September 1983
/07 (10) October 1983
/07 (11) November 1983
/07 (12) December 1983
/07 (13) January 1984
/07 (14) February 1984
/07 (15) March 1984
/07 (16) April 1984
/07 (17) May 1984
/07 (18) June 1984
/07 (19) July 1984
/07 (20) August 1984
/07 (21) September 1984
/07 (22) October 1984
/07 (23) November 1984
/07 (24) December 1984
/07 (25) January 1985
/08 (01) February 1985
/08 (02) March 1985
/08 (03) April 1985
/08 (04) May 1985
/08 (05) June 1985
/08 (06) July 1985
/08 (07) August 1985

http://www.clga.ca/Material/Records/inven/mlynch/mlynint.htm

6/14/2004

CLGA: Michael Lynch Papers

/08 (08) September 1985
/08 (09) October 1985
/08 (10) November 1985
/08 (11) December 1985
/08 (12) January 1986
/08 (13) February 1986
/08 (14) March 1986
/08 (15) April 1986
/08 (16) May 1986
/08 (17) June 1986
/08 (18) July 1986
/08 (19) August 1986
/09 (01) September 1986
/09 (02) October 1986
/09 (03) November 1986
/09 (04) December 1986
/09 (05) January 1987
/09 (06) February 1987
/09 (07) March 1987
/09 (08) April 1987
/09 (09) May 1987
/09 (10) June 1987
/09 (11) July 1987
/09 (12) August 1987
/09 (13) September 1987
/09 (14) October 1987
/09 (15) November 1987
/09 (16) December 1987
/09 (17) January 1988
/09 (18) February 1988
/09 (19) March 1988
/09 (20) April 1988
/09 (21) May 1988
/09 (22) June 1988
/10 (01) July 1988
/10 (02) August 1988
/10 (03) September 1988
/10 (04) October 1988

CLGA: Michael Lynch Papers

/10 (05) November 1988
/10 (06) December 1988
/10 (07) January 1989
/10 (08) February 1989
/10 (09) March 1989
/10 (10) April 1989
/10 (11) May 1989
/10 (12) June 1989
/10 (13) July 1989
/10 (14) August 1989
/10 (15) September 1989
/10 (16) October 1989
/10 (17) November 1989
/10 (18) December 1989
/10 (19) January 1990
/10 (20) February 1990
/10 (21) March 1990
/10 (22) April 1990
/11 (01) May 1990
/11 (02) June 1990
/11 (03) July 1990
/11 (04) August 1990
/11 (05) September 1990
/11 (06) December 1990

## Name Index for Series 1

The following is a list of names of correspondents with Michael Lynch represented in the first two groups of correspondence files in Series 1. Although the two groups of files are mostly arranged by name, materials were often filed inconsistently, and this list is a further aid to locating correspondence. The list is arranged alphabetically by surname, and the file reference is located on the right. Not all names in the correspondence are included, since some names were indecipherable from the information in the series.

Chronologically arranged correspondence is not indexed using this list.

CLGA: Michael Lynch Papers

Alberti, Carolyn
Anderson, Steven
Atkinson, Sage
Berube, Allan /03 (05)
Body Politic
Bognar, Carl /03 (06)
Bond, Pat /04 (14) - /04 (15)
Britton, Bruce
Brown
Byrd, Lloyd /03 (13)
Byrd, Patricia /03 (13)
Cady, Joseph /03 (07) - /03 (08)
Chaikin, Joseph /03 (09)
Chambers, Douglas /03 (10)
Clavurier, Nicole
Costin, Connie /03 (11)
Damien, Johny
Dayman, Ron
Driver, Harry /01(05) - /01(06)
Driver, Malcolm
Duble
Duffy, Dennis
Duncan, Robert /03 (12)
Dunn
Dynes, Wayne
Ester
Gainey, Berry /01 (09) - /01(10)
Gantz, Joe /04 (01)
Goldensohn, Barry /02(01)
Goddard
Griffin, Art
Gunn, Thom /03 (14)
Hall, Richard /04 (02)
Hanna, Kathleen
Hansen, Bert /04 (03)
Heck, Charlie
Hosek, Chaviva

CLGA: Michael Lynch Papers

Housewright, Barbara /04 (04)
Housewright, Neil /04 (04)
Hubert, Kennedy
Isherwood, Christopher /04 (05)
Johnson, Dale /04 (09)
Jones, Cheryl
Jones, Emilie /04 (06)
Jones, Haydn /04 (06)
Jones, Mather
Kantner, Bruce
Kaplan
Katz, Jonathan /04 (07)
Killen, Dick
Kinsey, Doug /04 (08)
Kinsey, Marjorie
Klintworth, John /04 (09) - /04 (10)
Klug, Wayne
Kolakowski, Mike
Kotre, John
Lautenschlager, Wayne
Lee, Dorothy /04 (11) - /04 (12)
Lee, Mrs. Charles see Lee, Dorothy
Lento, Tako
Lento, Thomas
Lewis, Bill /04 (13)
Liske, Craig /04 (08)
Liske, Neal
Lloyd, Faye /03 (13)
Lynch, Gail /04 (01), /04 (14) - /04 (15)
Lynch, Pat /05 (01)
Lynch, Stefan
Martin, Robert /05 (02)
Maxwell, Barry
McConnell, John
McIntyre, Ray
McLeod, Philip
Mehringer, Richard /05 (03)
Meigs, Mary /05 (04)

CLGA: Michael Lynch Papers

Metz, Bernard /05 (12) - /05 (13)
Morgado, Miguel
North Carolina Good Neighbour Council
Olson, Donald
Ostrom, Gary /05 (06)
Parker, Clarissa
Peugeot, Nina
Ragner, Jeanne
Raps, Werner
Reinhard, Robert /05 (07)
Ricks, Esther /05 (08)
Riordon, Michael
Rodeheffer, Janice
Rule, Jane /05 (09)
Russell, Larry /05 (10)
Saslow, Jim
Schrieber, Marjorie see Kinsey, Marjorie
Skinner /05(08)
Spiers, Herb /05 (12) - /05 (13)
Stambolian, George /05 (11)
Stape, John
Steakley, James /05 (14)
Stiefel, Bob
Strange, Randy
Summers /05 (02)
Thomas, Jack
Thompson, Winifred
Umans, Richard /06 (07)
Utterback, Amber
Utterback, Margaret
Visocchi, Joe
Walter, Merv
Waugh, Tom
Weingarten, Carolyn see Brown, Carolyn
Whitaker, Thomas R.
White, Edmund /06 (09)
Whitman, Steven
Williams, Annie

CLGA: Michael Lynch Papers

Williams, Jonathan
Williams, Norman
Wulff, Donna
Young, Ian

## *Diaries Series 2*

1961-1981
Textual: 12 cm.

## Accession 91-162

This series consists of diaries kept by Michael Lynch. Most are in the form of small notebooks in which he made several entries daily, making various observations about his day. The books cover a short period, but within this period a great many details were noted. Other diaries were passed on to the Archives in 1995 (see Alan Miller's donation 95-239).

## File List - Series 2

## Accession 91-162/

/11 (07) Diary 1961 - 1962
/11 (08) Diary 1973 - 1978
/11 (09) Diary 1973 - 1978
/11 (10) Diary 1977 - 1978
/11 (11) Diary May 10, 1980 - August 10, 1980
/11 (12) Diary November 27, 1980 - December 7, 1980
/11 (13) Diary December 8, 1980 - December 19, 1980
/11 (14) Diary December 10, 1980 - January 6, 1981
/11 (15) Diary April 22, 1981 - May 14, 1981
/11 (16) Diary [1985]

## Appointment Books Series 3

1971-1986
Textual: 10 cm.

### Accession 91-162

This series consists of appointment books maintained by Michael Lynch. Most dates have some entries, recording engagements, things to buy, deadlines, etc.

### File List – Series 3

### Accession 91-162/

/12 (01) Calendar 1971
/12 (02) Appointment Book 1978
/12 (03) Appointment Book 1979
/12 (04) Appointment Book 1980
/12 (05) Appointment Book 1981
/12 (06) Appointment Book 1982
/12 (07) Appointment Book 1983
/12 (08) Appointment Book 1986

## Poetry Series 4

1969-1988
Textual: 4 cm.

### Accession 91-162

This series consists of poems authored by Michael Lynch. Two of the four files in this series originally consisted of bound

volumes of poetry, one with a table of contents. The other two were loose poems found throughout the records of Michael Lynch. Most of the poems are undated, and the dates accompanying the files in the list below are only approximate for most of the material within the file. Occasionally correspondence such as rejection letters may be found interfiled with the correspondence.

Please note that other samples of poetry may be found occasionally throughout the correspondence files, particularly the early and middle correspondence files.

## Accession 91-162/

/12 (09) Poetry 1969-1974
/12 (10) Poetry 1970-1971
/12 (11) Poetry 1972-1974
/12 (12) Poetry [1980s]
/12 (13) Poetry 1984-1988

## Accession 95-239/

/01 (11) 1966-1970
/02 (03) no date

## *Research Files Series 5*

1964-1990
Textual: 12 cm.

## Accession 91-162

This series consists of a variety of materials created or received by Michael Lynch during research and other activities related to his academic interests. The files contain a variety of materials, including correspondence, notes, papers authored by Lynch and others, drafts of papers to be presented at conferences, copies of articles, and bibliographies.

The materials are arranged in alphabetic order, however, this order was given to the materials following receipt at the Canadian Lesbian and Gay Archives. The file titles sometimes refer to the subject or individual of interest, such as "Hart Crane" or "Auden". Other file titles reflect Lynch's interactions with a particular journal or with a particular conference.

Please note that files relating to Marsden Hartley are located in Series 6.

## File List – Series 5

### Accession 91-162/

/13 (01) Audin n.d.
/13 (02) Barnes, Djuna 1968
/13 (03) Brandt, Allan 1986
/13 (04) Christopher Street 1978-1979
/13 (05) Company of Love 1976
/13 (06) Correspondence - Recommendations 1971-1975
/13 (07) Crane, Hart 1975-1977
/13 (08) Eakins n.d.
/13 (09) Four Decades 1976-1977
/13 (10) Howard, Richard 1974-1976
/13 (11) Jones, David 1975-1980
/13 (12) Melville 1976-1978
/13 (13) Miscellaneous Notes n.d.
/13 (14) Miscellaneous Notes n.d.
/13 (15) Other Journals 1976-1978
/13 (16) Parnassus 1974-1979
/13 (17) Pound 1980

## *Marsden Hartley Research Material Series 6*

1975-1980
Textual: 15 cm.
Photographic: 194 images

## Accession 91-162

Michael Lynch conducted extensive research on Marsden Hartley, an American painter born in 1877 and died in 1943. This series consists of various materials documenting Marsden Hartley and the research conducted on this person by Michael Lynch. The materials are described in four groups: general research files, which contain a variety of notes and correspondence created by Michael Lynch about Marsden Hartley. The second group of files are correspondence files with individuals and institutions which had custody of Hartley's work or were interested in his research project.

These files commonly contain research notes, articles and other materials in addition to the correspondence. The third group of files consists of index cards, each of which recorded information about various works of art by Hartley. The last group of files contain slides collected by Lynch of Hartley's work.

## General Research Files

## Accession 91-162/

/14 (01) Hartley - Correspondence 1977
/14 (02) Hartley - Prose and Poetry n.d.
/14 (03) Hartley - Research Notes n.d.
/14 (04) Hartley - Page Notes n.d.

## Correspondence Files

/14 (05) Art Institute of Chicago 1976-1977
/14 (06) Babcock Galleries 1976-1977
/14 (07) Beinecke Library 1976
/14 (08) Berger, Norma G. 1975-1977
/14 (09) Burlingame, R 1976-1977

CLGA: Michael Lynch Papers

/14 (10) Contributors 1976-1977
/14 (11) Hartley's Friends 1976-1977
/14 (12) Miscellaneous Correspondence 1976-1977
/14 (13) New York Area Museums 1976-1977
/14 (14) Other Museums 1976-1977
/14 (15) Philadelphia Area Museums 1977
/14 (16) Private Collectors 1976-1977
/14 (17) Sisson, Richard 1976-1977
/14 (18) Schwartz, S. 1976-1977
/15 (01) Springhorn, C. 1976
/15 (02) Traubel and Friends 1976-1980
/15 (03) Treat Gallery 1976-1978
/15 (04) Walker Collection 1976-1978
/15 (05) Washington, D.C. Museums 1976-1977
/15 (06) Whitney Museum 1976-1979

**Index Cards**

**Accession 91-162/**

/15 (07) Index Cards (Including Colour Code) n.d.
/15 (08) Index Cards n.d.
/15 (09) Index Cards n.d.
/15 (10) Index Cards n.d.

**Slides**

No file numbers - 169 slides depicting Hartley's work.

*Academic Files Series 7*

http://www.clga.ca/Material/Records/inven/mlynch/mlynint.htm

CLGA: Michael Lynch Papers

1964-1990
Textual: 40 cm.

## Accession 91-162

These files were compiled by Michael Lynch as part of his duties as a lecturer and during the time he was a student. They consist of notes on various subjects, arranged alphabetically by subject.

This material has not been processed and will require culling, but here is a file list by box:

## Accession 91-162/16

Aiken, Conrad n.d.
Albee, Edward n.d.
American Criticism and Culture 1967-1968
Bach
Bible, The n.d.
Blackmur, R.P.
Blake, William
Bronte,
Brooks, Van Wyck n.d.
Brown, Merle E. n.d.

## Accession 91-162/17

Brown, Norma O.
Browning
Buber, Martin
Chekhov
Cohen, Leonard
Conrad
Cooper

CLGA: Michael Lynch Papers

Criticism
Croce
Dante
De la Tour
Donne
Dos Passos
Dramatic Theory
Empson
Eliot, T.S.

## Accession 91-162/18

Frye
George
Gide, Andre
Gombrich
Homer
James, Henry
Joyce
Ibsen
Langer
Leavis, F.R.
Leverton
Lorca
Untitled File
Lowell
Lowry, Malcolm

## Accession 91-162/19

Mann
McClure
Merleau-Ponty
Milton
Pound
Rimbaud
Rousseau

CLGA: Michael Lynch Papers

Santayana
Spencer
Latin

## Accession 91-162/20

Stevens, Wallace
Strindberg
Twain, Mark
West, Nathaniel 1967-1968
Whitehead n.d.
William Carlos Williams n.d.
Wordsworth - Coleridge 1966-1968
English, 3, 4, 46

## *Seminar Correspondence Series 8*

1985-1989
Textual: 12 cm.

## Accession 91-162/21

Michael Lynch participated in an ongoing seminar held by the New York Institute for the Humanities at New York University (NYIH). Although the themes of the seminars differed according to the academic year, the focus remained on human sexuality.

This series consists of a small amount of routine correspondence outlining times and subjects for the members of the seminar, and articles which were presented for discussion. When received by the CLGA, the material were in no particular order, but they have been arranged chronologically by archives staff.

## Accession 91-162/21/

NYIH - January-June 1985

http://www.clga.ca/Material/Records/inven/mlynch/mlynint.htm

CLGA: Michael Lynch Papers

NYIH – July-December 1985
NYIH – January-June 1986
NYIH – July-December 1986
NYIH – January-June 1987
NYIH – July-December 1987
NYIH – January-June 1988
NYIH – January-June 1989
NYIH – Miscellaneous 1989

## *Miscellaneous Documents Series 9*

1972-1991
Textual: 3 cm.

## Accession 91-162/22

This series consists of various documents not related to any other series in this inventory. Included are Michael Lynch's diploma, his will, two copies of a book made by Bill Lynch about his relationship with Michael, a tape recording instructions from Michael Lynch about his memorial service, and the will of a member of his family. Also included are a small number of photographs and negatives found separated from any other materials in the fonds.

## Accession 91-162/22

Diploma 1972
Will – Dorothy Lee 1983
Hesitating to End 1986
Will – M. Lynch 1987
Memorial Service Tape 1991
Photographs
Negatives

CLGA: Michael Lynch Papers

## *Lesbian and Gay Studies Newsletter Sous-Fonds 10*

1979-1989
Textual: 1.8 m.

### Accession 91-062/

The material in this series is for the most part arranged chronologically, one file for each issue of the newsletter which appeared. At the end of the series there are a group of files which pertain to the Modern Language Association (MLA).

This series has not been fully processed, but here is a file list:

### Accession 91-062/14-18, 21-26

### Accession 91-062/14

Murray, Stephen O. and Sociologists's Gay Caucus
Committee on Gay History
Book review orders 1983-84
Correspondence 1987-89
Correspondence 1984-87
Gay Studies Newsletter, Nov. 1981 - Nov. 1986
Gay Studies Newsletter, Nov. 1987 - Nov. 1988

### Accession 91-062/15

Modern Language Association pre 1980
MLA Discussion Group B
1980 Convention
1981 Convention
1983 Convention
MLA Newsletters

### Accession 91-062/16

CLGA: Michael Lynch Papers

Miscellaneous MLA Materials

**Accession 91-062/17**

Miscellaneous Correspondence 1986-89

**Accession 91-062/18**

Miscellaneous Correspondence 1986-89

**Accession 91-062/19** Missing

**Accession 91-062/20** Missing

**Accession 91-062/21**

G.S.N. Mailing List 1981-1983
G.S.N. Mailing List 1982-1987
March 1981
November 1981
March 1982
November 1982
March 1983 (File 1)

**Accession 91-062/22**

March 1983 (File 2)
July 1983
November 1983
March 1984
July 1984
December 1984
March 1985 (File 1)

**Accession 91-062/23**

March 1985 (Files 2 and 3)

CLGA: Michael Lynch Papers

Page 24 of 28

July 1985 (2 files)
November 1985
March 1986 (File 1)

**Accession 91-062/24**

March 1986 (File 2)
July 1986
November 1986 (3 files)

**Accession 91-062/25**

March 1987 (2 files)
July 1987
November 1987 (2 files)
March 1988 (Files 1 and 2)

**Accession 91-062/26**

March 1988 (File 3)
July 1988
November 1988
March 1989 (2 Files)

GSN Correspondence
GSN November 1981 to November 1986
GSN November 1987 to November 1988

*"Whitman in Ontario Conference," University of Toronto, Erindale College, October 18, 1980, Sous-Fonds*

1980-84
Textual: 3 cm.

**Accession 84-023/**

CLGA: Michael Lynch Papers

## File List in part (some not related to Whitman)

Accession 84-023/01

/01 (01) Correspondence - General
/01 (02) Gay Fathers of Toronto 1983
/01 (03) University of Toronto. Faculty of Medicine. Course on Human Sexuality, 1984-02-03
/01 (04) York University, Working Group on Cultural Studies 1984
/01 (05) Lynch, Michael. "Become Like Men." Address to San Francisco Gay Unitarians, Feb. 1980.
/01 (06) Grubb, Page F. 1979-1981
/01 (07) Katz, Jonathan Ned. "Melville's Secret Sex Text." Paper, 1981
Katz, Jonathan Ned. "Gay History Prose Poems." 1629- 1980
/01 (08) Weeks, Jeffrey. "Homosexuality and British Socialism." 1977-1980
/01 (09) University of Toronto. Erindale College. "Principal's Academic Report." 1978-1983
/01 (10) Calapai, Letterio 1983
/01 (11) Northeast Modern Language Association, convention program, March 29- 31, 1984, Dickinson College 1984
/01 (12) Harvey Milk Film Project 1984

## Whitman in Ontario materials

/01 (13) "A Whitman Portrait Gallery in Which the Only Sitter is Whitman." Series of photographs, 1854-1887, pulled from many sources, copies pasted on boards, for display at conference.
/01 (14) "Whitman in Ontario" mailing list of participants, including correspondence with participants : Rainer Baehre, Rosemary Cullen, James Doyle, Geoffrey Egan, Deborah Gorham, Cyril Greenland, Mary Ann Jamieson, Joann Krieg, Robert K. Martin, Stuart MacKinnon, Beth Miller, Wendy Mitchinson, Charley Shively, Robert Stacey. 1980-1981
/01 (15) Financial records 1981-1982
/01 (16) Program posters, including Sept. 1980, Body Politic, inside cover and copies of program for the day, Oct. 18, 1980.
/01 (17) Papers given:

**Michael Lynch** "The Lover of His Fellows and the Hot Little Prophets" (A draft introduction to 'Whitman and Whitmanites in Ontario: 1880-1920')

CLGA: Michael Lynch Papers

**James Doyle** "Whitman's Canadian Jottings and Nineteenth-Century American Narratives of Travel In Canada."
**Beth Miller** "Richard Maurice Bucke: A Seasoner for All Men."
**Mary Ann Jameson** "The Reception of Walt Whitman in London, Ontario."
**Joann P. Krieg** "'Adhersiveness' and Charlotte Perkins Gilman's 'Herland'"
**Geoffrey Egan** "The Late Nineteenth-century Debate on the Nature of Homosexuality: A Canadian Contribution."
**Robert K. Martin** "Melting in Fondness: Love in Whitman's Poems of the 1870's."
**Wendy Mitchinson** "R. M. Bucke: Asylum Superintendent."
**Deborah Gorham** "Flora MacDonald Denison and Walt Whitman."
/01 (18) Book proposal, University of Toronto Press, 1981-1982
/01 (19) Miscellaneous correspondence
/01 (20) Registration forms

## INVENTORY OF THE BILL LEWIS SOUS-FONDS

### BIOGRAPHICAL HISTORY

William H. Lewis (1950-1987) was a scientist, gay activist, and AIDS researcher. He died on September 17, 1987 at the age of 37.

Bill was involved with Winnipeg's Gays for Equality in the mid 1970s, having moved there to work on his PhD in microbiology, at the University of Manitoba. He moved to the University of Toronto in 1977 and became an assistant professor in the Department of Surgery and Department of Microbiology.

In the November 1982 issue of the Body Politic, Canada's gay liberation paper, Bill collaborated with Michael Lynch (his lover of many years) on articles that attempted to calm AIDS panic among the gay community. These were the first of a series of level and well-informed papers on just what the disease was doing to a community misinformed by the mainstream media.

Later, he helped in founding the AIDS Committee of Toronto and served on its first board.

## SCOPE AND CONTENT

### Bill Lewis Sous-Fonds General Description

The Bill Lewis sous-fond has not yet been arranged and described. This description provides an overview to the materials in the fonds.

### Photos and Negatives

A large number of photographs and negatives have been processed but not yet arranged, and are located in two letter-sized hollinger boxes. The photographs are typical to those often found in personal fonds, they contain baby photos of Bill Lewis and family, photos of his immediate family and relatives during the time he was growing up, travel photos, photos of friends and lovers.

The photos range in date from the early 1950's to the 1980's. Most are undated, almost none have any information provided about the content or context of the photo. Most are colour.

### Textual Material

The textual material is located in large-sized records centre boxes, and has not been properly arranged.

## CUSTODIAL HISTORY

The Bill Lewis sous-fonds formed part of the Michael Lynch fonds donated to the Canadian Lesbian and Gay Archives by Stefan Lynch following the death of Michael Lynch, as instructed in his will. Some material was given to CLGA by Michael in 1987 (accession 87-019)

CLGA: Michael Lynch Papers

## Accession 87-019/01

Box 1 contains materials relating to Bill Lewis' education, including report cards, yearbooks, letters of reference, scholarship notices, etc. It also contains a number of diaries maintained by Lewis, and some materials relating to his death such as condolences and a copy of his memorial service.

Box 2 contains a small amount of personal correspondence, copies of published articles, correspondence relating to his employment at the University of Toronto, and a large amount of material on AIDS, including clippings, scientific articles, and pamphlets.

Box 3 contains curriculum vitae, general correspondence (1978- 85), published scientific articles (1973-87).

Boxes 4-10 include research files on tumour immunity, viral gene transfer and other scientic pursuits. Only box 6 contains more personal material on AIDS, including the AIDS Committee of Toronto.

*Keeping our stories alive!*
Canadian Lesbian & Gay Archives, © 1997-2004. Contact Information.
This page is: www.clga.ca/?Material/Records/inven/mlynch/mlynint.htm (add to Favorites)
Last revised: **November 14, 1996**