UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592 (MLW)

This Document Relates To All Actions

**UNOPPOSSED MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM OF LAW IN SUPPORT OF COLUMBIA
UNIVERSITY'S MOTION TO STAY LITIGATION PENDING
CONCLUSION OF REEXAMINATION AND REISSUE
PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE**

Pursuant to Local Rule 7.1(b)(3), Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby moves for leave to file a Reply Memorandum in further support of its Motion to Stay this litigation.  The proposed Reply is submitted for filing herewith.  None of the other parties to this consolidated proceeding opposes this motion.  In support of this motion, Columbia states as follows:

1.    The Reply will clarify the relevant issues in this motion.

2.    The Reply attaches relevant portions of Columbia's reissue application for U.S. Patent No. 6,455,275, which plaintiffs have requested.  These portions of the reissue application are being shipped for concurrent filing with the Patent and Trademark Office today, June 18, 2004.

WHEREFORE, Columbia respectfully requests that the Court grant Columbia leave to file the Reply, which is submitted herewith.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK

By its attorneys,

/s/ David I.Gindler_____
Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

/s/ Wayne M. Barsky_____
Wayne M. Barsky
Kevin S. Rosen
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California
90067-3026
(310) 552-8500
(310) 551-8741 (fax)

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900
(617) 542-0900 (fax)

DATED:  June 18, 2004

## **Rule 7.1 Certificate**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Columbia has conferred with counsel for all other parties to this consolidated proceeding, and they do not oppose this motion.

/s/ David I. Gindler
David I. Gindler


s/ Wayne M. Barsky
Wayne M. Barsky