UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY<br>PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates To All Actions |

### PROOF OF SERVICE

I, David I. Gindler, an attorney, hereby certify that, on June 18, 2004, I caused a copy of:

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE**

**REPLY MEMORANDUM OF LAW IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE and**

**DECLARATION OF DAVID I. GINDLER IN SUPPORT OF COLUMBIA UNIVERSITY'S REPLY TO MOTION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS IN THE PATENT AND TRADEMARK OFFICE**

to be served by FedEx and e-mail upon counsel for each of the represented parties as follows:

*BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:

    Donald R. Ware, Esq.
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600

Counsel for Plaintiff Abbott Bioresearch Center, Inc.:

    Mark A. Pals, Esq.
    Kirkland & Ellis LLP

>AON Building
>200 East Randolph Drive
>Chicago, IL 60601

GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

>Counsel for Plaintiff:
>
>>Victoria F. Maroulis, Esq.
>>Quinn Emmanuel Urquhart Oliver & Hedges LLP
>>555 Twin Dolphin Drive, Suite 560
>>Redwood Shores, CA 94065

IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

>Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:
>
>>Arthur Wineburg, Esq.
>>Pillsbury Winthrop LLP
>>1133 Connecticut Avenue, N.W.
>>Washington, D.C. 20036

JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

>Counsel for Plaintiff:
>
>>Steven A. Zalesin, Esq.
>>Patterson, Belknap, Webb & Tyler LLP
>>1133 Avenue of the Americas
>>New York, NY 10036

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.

>Counsel for Defendant Johnson & Johnson:
>
>>Steven A. Zalesin, Esq.
>>Patterson, Belknap, Webb & Tyler, LLP
>>1133 Avenue of the Americas
>>New York, NY 10036

- 3 -

<u>*WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*</u>

<u>Counsel for Plaintiffs</u>:

Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-7203

      /s/ David I. Gindler
David I. Gindler