# EXHIBIT 2

GIBSON, DUNN & CRUTCHER, LLP
Wayne M. Barsky, SBN 116731
Kevin S. Rosen, SBN 133304
DoHoang T. Duong, SBN 219127
2029 Century Park East, Suite 4000
Los Angeles, California 90067-4276

Telephone: (310) 552-8500
Facsimile: (310) 557-8741

Attorneys for Defendant and Counterclaimant,
The Trustees Of Columbia University
In The City Of New York

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IMMUNEX CORPORATION, a Washington corporation, and AMGEN, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,<br><br>Defendant. | Case No. CV 03-4349-MRP(CWx)<br><br>[PROPOSED] ORDER STAYING DISCOVERY AND DENYING AMGEN'S *EX PARTE* APPLICATION |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>IMMUNEX CORPORATION, a Washington corporation, and AMGEN, INC., a Delaware corporation,<br><br>Counterdefendants. | |

DOCKETED ON CM

MAR 26 2004

BY _____ 013

68

1

1  The Court has before it a request for a status conference from defendant and
2  counterclaimant, The Trustees of Columbia University in the City of New York
3  ("Columbia") (filed March 19, 2004). Columbia suggests that the Court conduct a
4  status conference to consider staying discovery in this matter pending a ruling by the
5  Judicial Panel on Multidistrict Litigation (the "MDL Panel") on Columbia's petition
6  for consolidated pre-trial proceedings.
7  The Court also has before it, from plaintiffs and counterdefendants Immunex
8  Corporation and Amgen, Inc. (collectively, "Amgen"), an *Ex Parte* Application For
9  Order (i) To Require Columbia To Comply With Its Rule 26 Obligations, (ii) That
10 Formal Discovery May Commence, and (iii) That Amgen's Written Discovery Is
11 Timely, Valid and Proper (the "*Ex Parte* Application).
12 The Court conducted a telephonic conference with counsel for all parties on
13 March 22, 2004. Amgen was represented at the hearing by Arthur Wineburg and
14 Jennie L. La Prade of Pillsbury Winthrop. Columbia was represented by Wayne
15 Barsky of Gibson, Dunn & Crutcher.
16 The Court finds that, in view of Columbia's pending petition before the MDL
17 Panel, oral argument on which is set for March 23, 2004, there is good cause to stay
18 discovery in this action. Accordingly, the Court ORDERS as follows:
19 1. All discovery in this action shall be held in abeyance pending a ruling by the
20 MDL Panel on Columbia's pending petition for consolidated pre-trial proceedings.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2. Amgen's *Ex Parte* Application is DENIED.

Dated: March 25, 2004

*Mariana R Pfaelzer*
Honorable Mariana R. Pfaelzer
United States District Judge

Submitted by:

GIBSON, DUNN & CRUTCHER, LLP
Wayne M. Barsky
Kevin S. Rosen
DoHoang T. Duong


By: _____
Wayne M. Barsky

Attorneys for Defendant and Counterclaimant,
The Trustees Of Columbia University
In The City Of New York

20170787_1.DOC

3