# EXHIBIT 3

Case 1:04-md-01592-MLW    Document 25-4    Filed 06/18/2004    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC, | No C 03-1603 VRW |
|     Plaintiff, | ORDER |
|     v | |
| TRUSTEES OF COLUMBIA UNIVERSITY OF THE CITY OF NEW YORK, | |
|     Defendant. | |

    The court has received letters from the parties. Doc ## 16-17. Defendant has also filed a notice with the court of its motion with the Judicial Panel on Multidistrict Litigation ("JPML") to transfer a number of cases to this court for consolidated pretrial proceedings under 28 USC § 1407. Doc # 20.

    The court finds it appropriate to stay discovery in this case for such time as the JPML has pending motions regarding this litigation. See Mediterranean Enterprises, Inc v Syangyoung Corp, 708 F2d 1458, 1465 (9th Cir 1983) (holding that

1  a "trial court may, with propriety, find it is efficient for its
2  own docket and the fairest course for the parties to enter a
3  stay of an action before it, pending resolution of independent
4  proceedings which bear upon the case").

6       IT IS SO ORDERED.

8       Date: 12/2/2003          _____/S/_____
9                                VAUGHN R WALKER
10                               United States District Judge