# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

    Plaintiff,

    v.

JOHNSON & JOHNSON, et al.,

    Defendants.
_____/

No. C 03-4875 PJH

**ORDER**

    Defendant Ares Trading S.A. has moved for an order dismissing it from the above-entitled action for lack of personal jurisdiction, or in the alternative, an order staying the action pending a decision on a motion to transfer that is currently pending before the Judicial Panel on Multidistrict Litigation. Plaintiff The Trustees of Columbia University in the City of New York has joined in the request to stay the action.

    Good cause appearing, it is hereby ORDERED that the above-entitled action is STAYED in its entirety pending a ruling from the Panel on the motion to transfer. All dates and deadlines heretofore established are VACATED, including the date set for the hearing on defendant's motion to dismiss (docket No. 42).

    If the transfer request is denied, plaintiff shall promptly notify the court so that the court can assign new dates for the case. If the transfer request remains outstanding on June 1, 2004, plaintiff shall file on that date a status update apprising the court of the progress of the transfer request.

**IT IS SO ORDERED.**

Dated: March 1, 2004

                                          PHYLLIS J. HAMILTON
                                          United States District Judge