# EXHIBIT 7

**REISSUE LITIGATION**

Docket No. 17668-A7-B/JPW/GJG

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patentees/        Richard Axel, Michael H. Wigler, and
Reissue           Saul J. Silverstein
Applicants:

Patent No.:       6,455,275 B1              Serial No.: 08/484,136

Issue Date:       September 24, 2002        Filed: June 7, 1995

For     :         DNA CONSTRUCT FOR PRODUCING PROTEINACEOUS
                  MATERIALS IN EUCARYOTIC CELLS

                                            1185 Avenue of the Americas
                                            New York, New York   10036
                                            June 18, 2004

Mail Stop Reissue
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

SIR:


### PRELIMINARY AMENDMENT TO THE
### ACCOMPANYING REISSUE APPLICATION INCLUDING
### STATEMENT OF STATUS UNDER 37 C.F.R. § 1.173(c)


This Preliminary Amendment is submitted pursuant to 37 C.F.R.
§ 1.173(b) along with an application for reissue of the above-
identified patent filed less than two years after the patent
issued.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 2/12

## In the Specification

Please amend the specification of the subject patent pursuant
to 37 C.F.R. § 1.173(b)(1) as indicated below.

In column 1, after the first full paragraph ending on line 19,
please add the following paragraph:

> The invention described herein was made in the
> course of work under grants numbers CA-23767 and CA-
> 76346 from the National Institutes of Health,
> Department of Health and Human Services. The U.S.
> Government has certain rights in the invention.

This amendment is made to comply with applicants' obligation
under 35 U.S.C. § 202(c)(b) to include within the
specification the above statement and does not constitute new
matter.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 3/12

## In the Claims

Please cancel claim 4 of the Patent.

Please amend the Claims, and add new claims, pursuant to 37
C.F.R. § 1.173(b) as set forth below:

1.  (Amended)  A  transformed  Chinese  Hamster  Ovary cell
    comprising a DNA construct comprising DNA I encoding a
    proteinaceous  material  foreign  to  the  Chinese  Hamster
    Ovary cell and linked thereto amplifiable foreign DNA II
    encoding a[n amplifiable] dominant selectable phenotype,
    which phenotype is not expressed by such Chinese Hamster
    Ovary cell prior to transformation with the construct,
    the [construct] cell being effective for producing the
    proteinaceous  material  when  the  construct  is  introduced
    into  the  Chinese  Hamster  Ovary  cell,  wherein  [the
    construct is] DNA I and DNA II are amplified and stably
    incorporated into the chromosomal DNA of the transformed
    Chinese Hamster Ovary cell.

6.  (Amended) The transformed CHO cell of claim 5, 21, 22, or
    23, wherein DNA II comprises a gene which encodes a
    dihydrofolate  reductase  [which  renders  the  transformed
    CHO cell resistant to methotrexate].

7.  (Amended) The transformed Chinese Hamster Ovary cell of
    claim 5, 21, 22, or 23, wherein the DNA I is attached to
    bacterial plasmid DNA.

8.  (Amended) The transformed Chinese Hamster Ovary cell of
    claim 5, 21, 22, or 23, wherein the DNA II is attached to
    bacterial plasmid DNA.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 4/12

9.    (Amended) The transformed Chinese Hamster Ovary cell of
      claim 5, 21, 22, or 23, wherein both DNA I and DNA II
      [is] are attached to bacterial plasmid DNA.

10.   (Amended) The transformed Chinese Hamster Ovary cell of
      claim 5, 21, 22, or 23, wherein the DNA I is attached to
      phage DNA.

11.   (Amended) The transformed Chinese Hamster Ovary cell of
      claim 5, 21, 22, or 23, wherein the DNA II is attached to
      phage DNA.

12.   (Amended) The transformed Chinese Hamster Ovary cell of
      claim 5, 21, 22, or 23, wherein both DNA I and DNA II
      [is] are attached to phage DNA.

13.   (Amended) The transformed Chinese Hamster Ovary cell of
      any of claims 5-12, 21, 22, or 23 further comprising the
      proteinaceous material.

14.   (Amended) A method of producing a proteinaceous material
      [protein] which comprises culturing transformed CHO cells
      of any of claims 5-13, 21, 22, or 23 under suitable
      conditions to produce the proteinaceous material and
      recovering the proteinaceous material so produced.

15.   (Amended) [The] A method of [claim 14, wherein the
      proteinaceous material is glycoprotein] producing a
      glycoprotein comprising a proteinaceous portion and a
      sugar portion which method comprises culturing CHO cells
      of any of claims 1, 3, 5-13, 16-18 or 21-23 under
      conditions suitable so as to produce a proteinaceous
      material which is a precursor of the glycoprotein and

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 5/12

sugar and to synthesize or assemble the glycoprotein, and
recovering the glycoprotein so synthesized or assembled,
wherein amplified foreign DNA I encodes the proteinaceous
material precursor of the glycoprotein.

16. (Amended) A transformed Chinese Hamster Ovary (CHO) cell
which comprises amplified foreign DNA I corresponding to
a gene encoding a proteinaceous material precursor of a
glycoprotein of interest and amplified DNA II encoding a
dominant selectable phenotype not expressed by the
transformed CHO cell prior to transformation, [and] both
DNA I and DNA II being stably incorporated into the
chromosomal DNA of the transformed Chinese Hamster Ovary
cell.

17. (Amended) The transformed Chinese Hamster Ovary cell of
claim 16, wherein DNA II comprises a gene which encodes
a dihydrofolate reductase [which renders the transformed
cell resistant to methotrexate].

18. (Amended) The transformed Chinese Hamster Ovary cell of
claim 16 or 17, wherein DNA I or DNA II is, or both DNA
I and DNA II [is] are, attached to bacterial plasmid DNA
or phage DNA.

21. The transformed cell of claim 5, wherein the
proteinaceous material is a precursor of a glycoprotein.

22. A transformed Chinese Hamster Ovary (CHO) cell or progeny
thereof which comprises amplified foreign DNA I
corresponding to a gene or genes of interest which encode
a proteinaceous material which is a precursor of a
glycoprotein and amplified foreign DNA II encoding a

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 6/12

dominant selectable phenotype, which phenotype is not expressed by the transformed cell prior to transformation and amplification, DNA I or DNA II or both DNA I and DNA II, or neither DNA I nor DNA II being attached to bacterial plasmid DNA or phage DNA, and both DNA I and DNA II being stably incorporated into the chromosomal DNA of the transformed cell.

23. The transformed cell of claim 5, 21, or 22, wherein foreign DNA I corresponds to genes of interest.

24. The transformed Chinese Hamster Ovary cell of claim 21 or 22, further comprising a glycoprotein, which glycoprotein comprises a proteinaceous portion and a sugar portion, wherein the glycoprotein has been synthesized or assembled in the cell from proteinaceous material encoded by DNA I.

25. A process of producing a proteinaceous material which comprises culturing transformed CHO cells of any of claims 5-13, 21, 22 or 23 under suitable conditions to produce the proteinaceous material.

26. A transformed mammalian cell which comprises amplified foreign DNA I which includes a gene or genes encoding proteinaceous material which is a precursor of a glycoprotein and amplified foreign DNA II which includes a gene encoding a dominant selectable phenotype, both amplified DNA I and amplified DNA II being stably incorporated into the chromosomal DNA of the transformed cell.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 7/12

27. The transformed mammalian cell of claim 26, wherein the gene encoding the dominant selectable phenotype is a gene for a dihydrofolate reductase.

28. The transformed mammalian cell of claim 26 or 27, wherein DNA I or DNA II is, or both DNA I and DNA II are, attached to bacterial plasmid DNA or phage DNA.

29. The transformed cell of any of claim 1, 3, 5-13, 16-19, 21-24 or 26-28, wherein DNA I is not amplifiable in the cell in the absence of amplification of DNA II.

30. The transformed cell of claim 29, wherein DNA I is coamplified as a result of amplification of DNA II.

31. The transformed cell of any of claim 26-30, wherein the cell is a mouse cell.

32. The transformed cell of any of claim 26-30, wherein the cell is a human cell.

33. The transformed cell of any of claim 26-30, wherein the cell is a hamster cell.

34. A process for producing a proteinaceous material which comprises culturing transformed mammalian cells of any of claim 26-33 under suitable conditions so as to produce the proteinaceous material.

35. The process of claim 34 further comprising recovering the proteinaceous material so produced.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 8/12

36. The process of claim 34 further comprising culturing the transformed cell under suitable conditions so as to produce sugar and the precursor of the glycoprotein, and to synthesize or assemble the glycoprotein.

37. The process of claim 36 further comprising recovering the glycoprotein so synthesized.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 9/12

## REMARKS

Status of Claims and Support for Amendments
Pursuant to 37 C.F.R. § 1.173(c)

Pending Claims:

- Claims 1-3 and 5-20 as issued on September 24, 2002, of
  which Claims 1 and 6-18 are amended herein; and

- New Claims 21-37 as added herein.

Canceled Claims:

- Claim 4 has been canceled.

Support for the amendments to the claims may be found in the
'275 Patent as follows:

Support for the amendments to claim 1 may be found *inter alia*,
as follows: a) amplifiable foreign DNA II at column 6, lines
34-39 and lines 45-46; b) which phenotype is not expressed at
column 6, lines 37-39; c) the cell being effective at column
7, lines 45-46; and d) DNA I and DNA II are amplified and at
column 6, lines 45-47.

Support for the amendment to claims 6 and 17 to recite DNA
comprises a gene which encodes may be found *inter alia* at
column 3, lines 46-48 and column 4, lines 57-58.

The amendments to claims 6-14 to make the claims multiply
dependent is a matter of legal drafting to obtain complete
protection for applicants' invention, and does not involve any
question of technical support.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 10/12

The amendment to claim 14 to change "protein" to material
corrects an obvious typographical error and corrects a lack of
proper antecedent basis in the claim.   For support, see for
example, column 4, lines 22-23; and column 6, lines 19-31.

Support for the amendments to claim 15 may be found *inter alia*
at column 7, lines 32-58; column 4, lines 22-23; column 3,
lines 7-8 and 16-20, and column 4, lines 66-67.

Support for the amendment to claim 16 may be found *inter alia*,
at column 7, lines 32-58; column 3, lines 7-8 and 16-20; and
column 4, liens 22-23.

Support for the amendment to claim 18 may be found *inter alia*,
at column 5, lines 42-48.

Support for new claim 21 may be found *inter alia*, at column 7,
lines 32-58.

Support for new claim 22 may be found *inter alia*, at column 7,
lines 32-58; column 4, lines 22-23; column 3, lines 7-8 and
16-20; column 4, lines 66-67; column 6, lines 7-18; column 7,
lines 42-50; and in Figure 1.

Support for new claim 23 may be found *inter alia*, at column 7,
lines 32-58; and column 6, lines 11-12; and column 7, lines
42-50.

Support for new claim 24 may be found *inter alia*, at column 7,
lines 32-58.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 11/12

Support for new claim 25 may be found *inter alia*, at column 6, lines 10-18.

Support for new claims 26 and 27 may be found *inter alia*, at column 7, lines 32-58; column 3, lines 7-8 and 16-20; column 4, lines 22-23; column 6, lines 33-39, lines 44-46, and line 57 - column 7, line 17; column 2, lines 26-30; column 5, lines 60-64; and in Figure 1.

Support for new claim 28 may be found *inter alia*, at column 5, lines 42-48.

Support for new claim 29 may be found *inter alia*, at column 8, lines 26-37; column 27, lines 24-27; and column 29, lines 3-11.

Support for new claim 30 may be found *inter alia*, at column 27, lines 24-29; column 29, lines 3-11; and column 8, lines 26-37.

Support for new claims 31-33 may be found *inter alia*, at column 4, lines 64-67.

Support for new claims 34 and 36 may be found *inter alia*, at column 6, lines 10-31.

Support for new claims 36 and 37 may be found *inter alia*, at column 7, lines 32-58.

Accordingly, there is no issue of new matter associated with the amendments to any of claims 1 and 6-18 or with new claims 21-37 all of which are directed to the same general invention as originally issued claims 1-20 of the '275 Patent.

Applicants: Richard Axel et al.
Reissue of Patent No.: 6,455,275
Page 12/12


No fee, other than the enclosed $770.00 reissue application filing fee and the enclosed $3,140.00 excess claims fee, is deemed necessary in connection with the filing of this Preliminary Amendment. However, if any additional fee is required, authorization is hereby given to charge the amount of any such fee to Deposit Account No. 03-3125.

                          Respectfully submitted,


                          John P. White
                          Registration No. 28,678
                          Gary J. Gershik
                          Registration No. 39,992
                          Attorneys for Applicants
                          Cooper & Dunham LLP
                          1185 Avenue of the Americas
                          New York, New York 10036
                          (212) 278-0400