UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL NO. 1592

This Document Relates To All Actions.

**ASSENTED-TO MOTION FOR LEAVE TO FILE A JOINT SURREPLY IN
OPPOSITION TO COLUMBIA UNIVERSITY'S MOTION TO STAY LITIGATION
PENDING CONCLUSION OF REEXAMINATION AND REISSUE PROCEEDINGS
IN THE PATENT AND TRADEMARK OFFICE SUBMITTED ON BEHALF OF
GENENTECH, INC., BIOGEN IDEC MA INC., GENZYME CORPORATION, ABBOTT
BIORESEARCH CENTER, INC., IMMUNEX CORPORATION, AMGEN INC.,
WYETH, AND GENETICS INSTITUTE LLC**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs Genentech, Inc., Biogen Idec MA Inc.,

Genzyme Corporation, Abbott Bioresearch Center, Inc., Immunex Corporation, Amgen Inc.,

Wyeth, and Genetics Institute LLC hereby request leave of the Court to file the Joint Surreply in

Opposition to Columbia University's Motion to Stay Litigation Pending Conclusion of

Reexamination and Reissue Proceedings in the Patent and Trademark Office, filed herewith.  As

grounds for this Motion, Plaintiffs state that its Surreply is necessary because defendant

Columbia University ("Columbia") did not disclose the content of its application for reissue of

U.S. Patent No. 6,455,275, upon which Columbia based its stay motion, until *after* Plaintiffs

filed their Joint Opposition to Columbia University's Motion to Stay Litigation.  Plaintiffs

believe that consideration of their Joint Surreply will be helpful to the Court in resolving the

pending Motion to Stay Litigation.

Respectfully submitted,

Date: June 21, 2004

/s/ Claire Laporte
Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000
Attorneys for BIOGEN IDEC MA INC. and
 GENZYME CORPORATION

/s/ Marcus E. Sernel
Mark A. Pals
Marcus E. Sernel
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

/s/ Peter E. Gelhaar
Peter E. Gelhaar (BBO #18831))
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone:  (617) 720-2880
Facsimile:  (617) 720-3554
Attorneys for ABBOTT BIORESEARCH
CENTER, INC.

/s/ Charles K. Verhoeven
Adrian M. Pruetz (Cal. Bar No. 118215)
Charles K. Verhoeven (Cal. Bar No. 170151)
Robert W. Stone (Cal. Bar No. 163513)
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile: (415) 875-6700
Attorneys for GENENTECH, INC.

/s/ Eileen M. Herlihy
Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Ave. at Prudential Center
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4400

Arthur Wineburg
PILLSBURY WINTHROP LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036
Direct Phone: 202-775-9880
Telephone: (202) 775-9800
Facsimile: 202-833-8491

Kirke M. Hasson
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for IMMUNEX CORPORATION
and AMGEN INC.

/s/ Patricia A. Carson
Leora Ben-Ami
Patricia A. Carson
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
(212) 836-8000

Robert S. Frank, Jr. (BBO #177240)
Eric J. Marandett (BBO #561730)
Paul D. Popeo (BBO #567727)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
Telephone: (617) 248-5000

Attorneys for WYETH and
GENETICS INSTITUTE LLC

## Certification of Counsel

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Columbia University on this motion and that counsel for Columbia University assented to this motion.

/s/ Claire Laporte