UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CA03-11329_____

Biogen Inc. et al _____          The Trustees of Columbia University____
            PLAINTIFF                                    DEFENDANT

Claire Laporte _____          Scott Maffei _____

Donald Ware _____          David Gindler _____

_____          Jason Sheasby _____

        COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE__Wolf_____        CLERK__O'Leary_____        REPORTER__Twomey__

CLERK'S NOTES

| DATES: | Motion Hearing - also in attendance is counsel for the parties involved in the MDL matter 04md1592. |
|---|---|
| 06/22/04 | Court allows all pending motions to admit pro hac vice, leave to file in excess and leave to file. |
| | Court goes over the agenda for the hearings scheduled for today.  Court goes over its tentative views |
| | with counsel.  Court takes a short recess to allow the parties to confer regarding the same.   Court listens to |
| | oral argument from the parties.  Court takes a recess from 1:30 -2:45.  Court resumes.  Court listens to the |
| | parties proposed schedule.  All plaintiffs would like to poarticipate in the summary judgment phase.  Johnson |
| | Johnson & Johnson to file a status report by Friday, June 25, 2004 as to whether it will participate in the |
| | trial as well.  All other plaintiffs would like to participate in the trial.  Court returns its focus to the pending |
| | motion for a temporary restraining order (#36).  Court takes the motion under advisement.  Court listens to |
| | oral arguments on the emergency motion to seal and restrict access (#54).  Plaintiff's agree to limit |
| | circulation of the disputed documents to in-house counsel who have already seen it since they received it |
| | from the PTO.  Court orders for now that there should be no further distribution beyond in-house and |
| | outside counsel.  Parties to file a list of the names of the individuals entitled to see for each client and |
| | that they have been made aware if the court's order.  The documents already in the court file shall remain |
| | sealed..  Court to issue a short order memorializing the order(s) entered orally at today's hearing. |
| | Court takes a brief recess to allow the parties to confer regarding the schedule and will meet with counsel |
| | off the record at 4:30. |
| | |
| | |