```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) ) | MDL NO. 1592 |

<u>ORDER</u>

WOLF, D.J.                                                June 23, 2004

     The Clerk has established a new CM/ECF Case, No. 04-md-01592, to serve as the master docket for this multi-district litigation. Accordingly, it is hereby ORDERED that:

     1.   The parties shall file any document that relates to only one case in the docket associated with that case.

     2.   The parties shall file any document that relates to two or more cases in the master docket.

     3.   The parties shall review the master docket and the dockets associated with their cases, confer and, by July 16, 2004, notify Deputy Clerk Kathleen Boyce by mail or telephone (617)748-9155 of any documents that they believe are filed in the incorrect docket.

                                                            /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE