UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-md-01592<br><br>This Document Relates to All Actions |

**NOTICE OF APPEARANCE**

Please enter the appearance of Carla Miriam Levy on behalf of plaintiffs Biogen Idec MA Inc. and Genzyme Corporation in the above matter.

/s/  Carla M. Levy
Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000
Attorneys for BIOGEN IDEC MA INC.
    and GENZYME CORPORATION