UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | Case No. 04-md-01592<br><br>This Document Relates to All Actions |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey I.D. Lewis on behalf of plaintiffs Johnson & Johnson in the above matter.

/s/ Jeffery I.D. Lewis_____
Steven A. Zalesin
Jeffrey I.D. Lewis
Melissa Mandrgoc
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Attorneys for Johnson & Johnson*