## Patterson, Belknap, Webb & Tyler LLP

1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Fax (212) 336-2222

| | | |
|---|---|---|
| Christopher C. Angell | Robert W. Lehrburger | Of Counsel |
| Douglas E. Barzelay | Jeffrey I.D. Lewis | |
| Susan F. Bloom | Robert P. LoBue | Harold R. Tyler |
| Henry P. Bubel | Ellen M. Martin | _____ |
| Laura E. Butzel | Maureen W. McCarthy | |
| William F. Cavanaugh, Jr. | Thomas C. Morrison | Anthony P. Coles |
| Lisa E. Cleary | Bernard F. O'Hare | David F. Dobbins |
| Edward F. Cox | Gloria C. Phares | George S. Frazza |
| John Delli Venneri | Thomas W. Pippert | Robert M. Pennoyer |
| Gregory L. Diskant | Herman H. Raspé | Stephen W. Schwarz |
| David W. Dykhouse | Robert M. Safron | Robert B. Shea |
| Philip R. Forlenza | Karla G. Sanchez | Ira T. Wender, P.C. |
| Hugh J. Freund | Kenneth L. Sankin | |
| Paul G. Gardephe | Peter J. Schaeffer | _____ |
| Eugene M. Gelernter | Andrew D. Schau | |
| Alan Gettner | John E. Schmeltzer, III | Direct Phone |
| David M. Glaser | John P. Schmitt | (212) 336-2110 |
| Antonia M. Grumbach | Rhonda E. Schwartz | |
| Erik Haas | Arthur D. Sederbaum | |
| Andrew L. Herz | Karl E. Seib, Jr. | |
| Dana W. Hiscock | Saul B. Shapiro | |
| Scott Horton | Michael J. Timmons | |
| Scott B. Howard | Peter W. Tomlinson | |
| Karen C. Hunter | Richard R. Upton | |
| Kenneth J. King | Frederick B. Warder III | |
| Rochelle Korman | William W. Weisner | |
| Robin Krause | John D. Winter | |
| Jeffrey E. LaGueux | Stephen P. Younger | |
| Kim J. Landsman | Steven A. Zalesin | |

June 24, 2004

**By Electronic Case Filing**

The Honorable Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, MA 02210

      Re:     In re: Columbia University Patent Litigation, MDL No. 1592

Dear Judge Wolf:

      This responds to the Protective Order issued June 23, 2004. Aside from outside counsel, the following in-house attorneys at Johnson & Johnson are authorized to have access to the prosecution history of the '159 patent: Harman Avery Grossman, Esq., Theodore B. Van Itallie, Jr., Esq. and Myra McCormack, Esq.. All in-house counsel and outside counsel who will have access to these materials have been advised of the terms of the Court's June 23, 2004 Order.

      Respectfully submitted,

/s/ Steven A. Zalesin_____

Steven A. Zalesin

Lead Counsel for Johnson & Johnson