UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY ) <br> PATENT LITIGATION ) <br> _____ ) | No. 04-md-01592 <br> This Document Relates to All Actions |

**NOTICE OF APPEARANCE**

**TO THE CLERK:**

Please enter my appearance as an attorney for plaintiff, Abbott Bioresearch Center, Inc. in the above-entitled case.

Respectfully submitted,

/s/ Michael S. D'Orsi, Esq.
Michael S. D'Orsi (BBO# 566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: June 24, 2004