## CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 • FAX (617) 248-4000

WWW.CHOATE.COM

ERIC J. MARANDETT P.C.
DIRECT DIAL: (617) 248-5287
EMAIL: EMarandett@Choate.com

June 24, 2004

**BY ELECTRONIC FILING**

The Honorable Mark L. Wolf
United States District Judge
John Joseph Moakley U.S. Courthouse
Room 5110
Courthouse Way
Boston, MA  02210

    RE:   *In re Columbia University Patent Litigation*
            CM/ECF Case, No. 04-md-01592

Dear Judge Wolf:

    I am counsel to plaintiffs Wyeth and Genetics Institute, LLC (collectively "Wyeth")  in the case styled *Wyeth and Genetics Institute LLC v. The Trustees of Columbia University in the City of New York*, Civil Action No. 03-11570-MLW pending in this Court and consolidated as part of the above-referenced MDL proceedings.  I write pursuant to the Court's June 23, 2004 Protective Order to inform the Court that, in addition to outside counsel for Wyeth, the members of Wyeth's in-house counsel staff listed below shall be authorized to access the prosecution history of United States Patent Application No. 08/477,159 (the "159 Application"):

        (1)    David A. Manspeizer, Esq.

        (2)    Thomas S. Szatkowski, Esq.

        (3)    Andrea Ryan, Esq.

        (4)    Albert Ubieta, Esq.

The Honorable Mark L. Wolf
June 24, 2004
Page 2

      Wyeth's outside counsel and each of the above-referenced individuals who are authorized to access the prosecution history of the '159 Application under the Protective Order has been advised of the terms of that order or will be so advised before they are permitted access to the restricted materials.

                                                         Respectfully submitted,

                                                         /s/ Eric J. Marandett

                                                        Eric J. Marandett P.C.

EJM:vmr

cc:     Counsel of Record

3713577_1.DOC