**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

WRITER'S DIRECT DIAL NO.
213/443-3134
WRITER'S INTERNET ADDRESS
adrianpruetz@quinnemanuel.com

June 24, 2004

VIA E-FILING

The Honorable Mark L. Wolf
United States District Judge
United States District Court
  For the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

<u>In Re Columbia Patent Litigation</u>, MDL No. 1592

Dear Judge Wolf:

I am counsel for Genentech, Inc. in the above referenced matter and write this letter pursuant to paragraph 4 of the Court's Protective Order entered on June 23, 2004. Aside from outside counsel and their support personnel, only the following in-house counsel are authorized to access the prosecution history of U.S. Patent Application No. 08/477,159 (the "'159 application") under the terms of the Protective Order: Sean A. Johnston, Gary H. Loeb, and Mark L. Jackson. Outside counsel, their support personnel and the foregoing in-house counsel have been advised of the terms of the June 23, 2004 Protective Order.

Respectfully submitted,

*Adrian M. Pruetz/lwps*

Adrian M. Pruetz

50656/70831.1

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336