

Claire Laporte
Boston Office
617.832.1210
claporte@foleyhoag.com

June 24, 2004

The Honorable Mark L. Wolf
Clerk to the Honorable Mark L. Wolf
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:   *In re Columbia University Patent Litigation*
            Civil Action No. 04-MD-01592-MLW

Dear Judge Wolf:

    This letter responds on behalf of Biogen Idec MA Inc. and Genzyme Corporation to Paragraph 4 of the Court's Protective Order issued June 23, 2004 in the above referenced matter. In addition to outside counsel and their support staff, the following in-house counsel will have access the prosecution history of U.S. Patent Application No. 08/477,159 and the information contained therein. All individuals with such access have been advised of the terms of the Court's Protective Order.

    <u>Biogen Idec MA Inc.</u>
    Raymond G. Arner
    Thomas Bucknum
    Niki D. Cox
    Jan M. Kern
    Ramsey R. Stewart

    <u>Genzyme Corporation</u>
    Thomas J. Desrosier
    Jennifer L. Dupré

Very truly yours,

/s/ Claire Laporte
Claire Laporte

cc:    Counsel of record for all parties

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP     BOSTON    WASHINGTON, DC    www.foleyhoag.com