

111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

EILEEN M. HERLIHY
617.239.0646
eherlihy@palmerdodge.com

June 24, 2004

Honorable Mark L. Wolf
U.S. District Court District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    <u>In re: Colombia University Patent Litigation, 04-md-01592</u>

Dear Judge Wolf:

    Pursuant to this Court's Protective Order of June 23, 2004, the plaintiffs Immunex Corporation and Amgen Inc. (hereinafter "Amgen") submit that in addition to outside counsel, the following Amgen in-house counsel have access to the file history for U.S. Patent Application No. 08/477,159 ("the '159 file history"):  Monique Cordray, Siegmund Gutman, Kathleen Fowler, and Stuart Watt.  Outside counsel and the foregoing in-house counsel with access to the '159 file history have been advised of the terms of the Court's Protective Order of June 23, 2004.

Respectfully submitted,

<u>/s/Eileen M. Herlihy</u>

Eileen M. Herlihy

cc:    All counsel (via email)