UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | Case No. 1:04-md-1592 MLW |

**NOTICE OF APPEARANCE**

Please enter the appearance of W. Paul Schuck on behalf of plaintiff Genentech, Inc. in the above matter.

DATED: June 24, 2004

/s/   W. Paul Schuck
W. Paul Schuck (Cal. Bar No. 203717, admitted *pro hac vice*)

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
paulschuck@quinnemanuel.com

Attorneys for GENENTECH, INC.

50656/70845v1.wpd