UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | Case No. 1:04-MD 1592 MLW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jason G. Sheasby on behalf of The Trustees of Columbia University in the City of New York.

Dated: June 25, 2004

Respectfully submitted,

/s/ Jason G. Sheasby
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
(310) 203-7199 (fax)

ATTORNEYS FOR THE TRUSTEES
OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK

1144868