# DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

FILED
IN CLERKS OFFICE
2004 JUN 28 P 12: 03
U.S. DISTRICT COURT
DISTRICT OF MASS

Michael S. D'Orsi
msd@dcglaw.com

June 24, 2004

**BY HAND DELIVERY**
Hon. Mark L. Wolf
United States District Judge
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   In Re: Columbia University Patent Litigation, MDL No. 1592

Dear Judge Wolf:

I am Massachusetts counsel to Abbott Bioresearch Center, Inc. and write this letter pursuant to Paragraph 4 of the Court's June 23, 2004 Protective Order. Aside from outside counsel and their support personnel, only the following in-house counsel will have access to the prosecution history of U.S. Patent Application no. 08/477,159 (the "'159 application") under the terms of that order: John Conway, Sara Lyke, Lawrence Pope and Jose Rivera. Outside counsel, their support personnel and the foregoing in-house counsel have been advised of the terms of the June 23, 2004 Protective Order.

Sincerely,

Michael D'O

Michael S. D'Orsi

MSD/jlf
cc:   All Counsel (via e-mail)