UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 04-md-01592-MLW |

## NOTICE OF APPEARANCE

Please take notice of the appearance, as attorney for Wyeth and Genetics Institute, LLC, of E. Page Wilkins from Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109.

Respectfully submitted,

    /s/ E. Page Wilkins
Robert S. Frank, Jr. (BBO #177240)
Eric. J. Marandett (BBO#561730)
Paul D. Popeo (BBO #567727)
E. Page Wilkins (BBO #654535)
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109-2804
Tel:   (617) 248-5000
Fax:   (617) 248-4000

*Of Counsel*:
Leora Ben-Ami
Patricia A. Carson
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
Tel:   (212) 836-8000
Fax:   (212) 836-6330

Dated: July 15, 2004

3723710v1