E. PAGE WILKINS
DIRECT DIAL: (617) 248-4066
EMAIL: PWILKINS@CHOATE.COM

CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 • FAX (617) 248-4000

WWW.CHOATE.COM

July 15, 2004

**BY ELECTRONIC FILING**

Dennis O'Leary
Courtroom Clerk to the Hon. Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, MA 02210

    RE:    <u>In re: Columbia University Patent Litigation, 04-md-01592-MLW</u>

Dear Mr. O'Leary:

    Please place the following individuals on the electronic notice list for the above-captioned action:

    1.  Leora Ben-Ami, Esq.
        Kaye Scholer LLP
        425 Park Avenue
        New York, NY 10022-3598
        Tel:    (212) 836-8000
        Fax:   (212) 836-6330
        Email: lbenami@kayescholer.com

    2.  Patricia A. Carson, Esq.
        Kaye Scholer LLP
        425 Park Avenue
        New York, NY 10022-3598
        Tel:    (212) 836-8000
        Fax:   (212) 836-6355
        Email: pcarson@kayescholer.com

Dennis O'Leary
July 15, 2004
Page 2

    3. Eric J. Marandett, Esq.
       Choate, Hall & Stewart
       Exchange Place
       53 State Street
       Boston, MA 02109
       Tel:   (617) 248-5000
       Fax:  (617) 248-4000
       Email: emarandett@choate.com

    4. E. Page Wilkins, Esq.
       Choate, Hall & Stewart
       Exchange Place
       53 State Street
       Boston, MA  02109-2804
       Tel:   (617) 248-5000
       Fax:  (617) 248-4000
       Email: pwilkins@choate.com

Very truly yours,

/s/ E. Page Wilkins

E. Page Wilkins

cc:    Counsel of Record (via email)