**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

RECEIVED

Date _____ 7·16·04

By _____

---

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL NO. 1592

This Document Relates To All Actions.

---

**PLAINTIFFS' MOTION FOR**
**LIMITED DISCOVERY RELEVANT TO**
**THE ISSUE OF NON-STATUTORY DOUBLE PATENTING**

Pursuant to the Court's June 23, 2004 Order, plaintiffs seek leave to obtain from Columbia limited and focused discovery relevant to the issue of non-statutory double patenting, namely the continual production by Columbia of the ongoing prosecution file for U.S. patent application No. 08/447,159 ("'159 application"), as it becomes available, as well as Columbia's current copy of the file history. As grounds for this request, plaintiffs state that the '159 file history is relevant to claim construction of the claims in the '275 patent and the prior Axel patents, as more fully set forth in the accompanying memorandum of law.

Plaintiffs do not seek other discovery of Columbia at this time based upon Columbia's agreement to promptly produce copies of all papers filed in the reexamination and reissue proceedings for the '275 patent and to produce copies of corresponding foreign file histories in the possession of Cooper & Dunham, and based upon the understanding that Columbia does not intend to rely upon any testimony of the inventors or John White in connection with the double patenting issues in this case. If, in light of Columbia's responsive contentions, expert reports, or arguments proffered by Columbia to oppose summary judgment, it appears that further fact

discovery is necessary or appropriate, plaintiffs reserve the right to ask that the scope of fact discovery be revisited at that time.

DATED: July 16, 2004

_____

Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
Attorneys for BIOGEN IDEC MA INC. and
  GENZYME CORPORATION


_____

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200


Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554
Attorneys for ABBOTT BIORESEARCH
CENTER, INC.


Respectfully submitted,

_____

Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Attorneys for GENENTECH, INC.


_____

Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Ave. at Prudential Center
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4400


Arthur Wineburg, admitted *pro hac vice*
PILLSBURY WINTHROP LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036
Direct Phone: 202-775-9880
Telephone: (202) 775-9800
Facsimile: 202-833-8491


Kirke M. Hasson, admitted *pro hac vice*
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200


Attorneys for IMMUNEX CORPORATION
and AMGEN INC.

_Steven A. Zalesin / CML_

Steven A. Zalesin, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Attorneys for JOHNSON & JOHNSON

_Leora Ben-Ami / CML_

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

Robert S. Frank, Jr. (BBO #177240)
Eric J. Marandett (BBO #561730)
Paul D. Popeo (BBO #567727)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
Telephone: (617) 248-5000

Attorneys for WYETH and
GENETICS INSTITUTE LLC

## Certification of Counsel

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs Biogen and Genzyme conferred with counsel for Columbia regarding the issues addressed in this motion but was unable to resolve or narrow the issues.

_CML_

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2004, I caused a true copy of the above document to be served upon counsel of record for all parties in this action.

_CML_

3