UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MDL-01592 |

**APPENDIX TO MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR LIMITED DISCOVERY RELEVANT TO
THE ISSUE OF NON-STATUTORY DOUBLE PATENTING
[REDACTED]**

## TABLE OF CONTENTS

**Declaration of Carla M. Levy**

Tab 1.   Excerpts from the transcript of the June 22, 2004 hearing in <u>Biogen, Inc. et al. v. Columbia University</u>, CA 03-11329 (D. Mass.).

Tab 2.   **REDACTED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

### DECLARATION OF CARLA M. LEVY

I, Carla M. Levy, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am associated with the law firm of Foley Hoag LLP in Boston, Massachusetts, Counsel for Biogen Idec MA Inc. and Genzyme Corporation. I base this declaration on my personal knowledge unless otherwise stated.

2. Attached at Tab 1 is a true and correct copy of excerpts from the transcript of the hearing in Biogen, Inc. et al. v. Columbia University, CA 03-11329 (D. Mass.), which took place in Boston, Massachusetts on June 22, 2004.

3.

**REDACTED**

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 16, 2004

_____
Carla M. Levy