FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW) |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF AMANDA TESSAR

Pursuant to Local Rule 83.5.3(b), Scott McConchie, a member of the bar of this Court, hereby moves this Court for an order allowing Amanda Tessar to appear in this matter on behalf of The Trustees of Columbia University in the City of New York ("Columbia"). As grounds for this motion, the undersigned relies upon the affidavit of Attorney Tessar (submitted herewith) and states as follows:

1. Attorney Tessar is an attorney with the firm of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), in that firm's Denver office. Gibson Dunn is one of the firms that represents Columbia in this litigation. Attorney Tessar had not entered an appearance in any of the cases before they were transferred to this Court by the Judicial Panel on Multidistrict Litigation.

2. Attorney Tessar is a member of the bar of the State of Colorado and is registered to practice before United States Patent and Trademark Office.

2. Attorney Tessar is a member in good standing in all jurisdictions where she has been admitted to practice.

3. There are no disciplinary proceedings pending against Attorney Tessar in any jurisdiction.

4. Attorney Tessar is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. Counsel for Columbia has raised this matter with counsel for the plaintiffs in this

- 2 -

multidistrict litigation, and plaintiffs' counsel assent to this motion.

WHEREFORE, Scott McConchie hereby requests that this Court admit Attorney Tessar to appear for Columbia in this matter, and to add Attorney Tessar to the Court's distribution list. Attorney Tessar's email address is ATessar@gibsondunn.com. Her mailing address is 1801 California Street, Suite 4100, Denver, Colorado 80202.

Respectfully submitted,

*SMcC*

Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

DATED: July 22, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
7/22/04  SMcC