UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592 (MLW)

### AFFIDAVIT OF AMANDA TESSAR, ESQ.

Amanda Tessar, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of Colorado. I am an associate in the law firm of Gibson Dunn & Crutcher LLP in Denver, Colorado. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member of the bar of the State of Colorado and am registered to practice before United States Patent and Trademark Office.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 21st day of July, 2004.

_____
Amanda Tessar

I hereby certify that a true copy
of the above document was
served upon the attorney of
record for each other party
by mail/hand/facsimile on:
7/22/04  SmCe

GRIESINGER, TIGHE & MAFFEI, LLP

176 Federal Street
Boston, Massachusetts 02110

TELEPHONE (617) 542-9900
FACSIMILE (617) 542-0900

Scott McConchie
(617) 603-0917

July 22, 2004

Clerk - Civil
United States District Court
  For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

Re:   Columbia University Patent Litigation – MDL No. 1592 (MLW)

Dear Sir or Madam:

Please find enclosed for filing:

1. Assented-To Motion for Admission Pro Hoc Vice of Amanda Tessar;

2. Affidavit of Amanda Tessar, Esq.; and

3. Check for Filing Fee of $50.00.

Thank you for your attention to this matter.

Very truly yours,

Scott McConchie

SM:kg
Enclosures

cc: All Counsel of Record