UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) | No. 04-md-01592 |
| | ) | This Document Relates to All Actions |

## MOTION TO ENTER APPEARANCES PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned member of the bar of this Court moves for an Order allowing Melissa Mandrgoc and Jessica A. Golden of Patterson, Belknap, Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, New York 10036 to appear and practice in the above-entitled case on behalf of plaintiff Johnson & Johnson.

In support of this motion, the undersigned relies upon the attached certifications of Ms. Mandrgoc and Ms. Golden pursuant to Local Rule 83.5.3(b) and the attached Certificates of Good Standing of Ms. Mandrgoc and Ms. Golden.

Dated: July 22, 2004

Respectfully submitted,

/s/ Claire Laporte

Claire Laporte (BBO#554979)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
617-832-1000

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## CERTIFICATE UNDER L.R. 7.1(A)(2)

I hereby certify, pursuant to local rule 7.1(a)(2), that I conferred with counsel for defendant Columbia University prior to filing this motion, and that counsel for Columbia has assented to this motion.

/s/ Claire Laporte

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND ON July 22, 2004  /s/ Claire Laporte

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE