UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | ) <br> ) No. 04-md-01592 <br> ) <br> ) This Document Relates to All Actions |

**CERTIFICATE OF MELISSA MANDRGOC**

I, Melissa Mandrgoc, hereby certify that I am a member of the Bar of the State of New York and am also registered to practice before the U.S. Patent and Trademark Office. I am an associate in the firm of Patterson, Belknap, Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, NY 10036. I am attorney of record for Johnson & Johnson in this action. I further certify that:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Melissa Mandrgoc

1023279v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) ) ) ) | No. 04-md-01592<br><br>This Document Relates to All Actions |

## CERTIFICATE OF JESSICA A. GOLDEN

I, Jessica A. Golden, hereby certify that I am a member of the Bar of the State of New York. I am an associate in the firm of Patterson, Belknap, Webb & Tyler, LLP, 1133 Avenue of the Americas, New York, NY 10036. I am attorney of record for Johnson & Johnson in this action. I further certify that:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Jessica A. Golden
Jessica A. Golden

1023279v1

## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MELISSA ANN MANDRGOC

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 14th day of May, 2001 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 28, 2004

*Catherine O'Hagan Wolfe*
Clerk

7350

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JESSICA AMY GOLDEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 4th day of March, 2002 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 28, 2004



Catherine O'Hagan Wolfe

Clerk

7349