**quinn emanuel** trial lawyers | **san francisco**
50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

July 29, 2004

**BY ELECTRONIC FILING**

Dennis O'Leary
Courtroom Clerk to the Hon. Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, MA 02210

In re: Columbia University Patent Litigation, 04-md-01592-MLW

Genentech, Inc. v. The Trustees of Columbia University in the City of New York, 04-cv-11546-MLW

Dear Mr. O'Leary,

    Please place the following individuals on the electronic notice list for the two above referenced actions:

    Adrian M. Pruetz, Esq.
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Tel:   (213) 443-3000
    Fax:   (213) 443-3100
    Email: adrianpruetz@quinnemanuel.com

quinn emanuel urquhart oliver & hedges, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

Charles K. Verhoeven, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:  (415) 875-6600
Fax:  (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com

Robert W. Stone, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Tel:  (650) 801-5000
Fax:  (650) 801-5100
Email: robertstone@quinnemanuel.com

William Paul Schuck
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:  (415) 875-6600
Fax:  (415) 875-6700
Email: paulschuck@quinnemanuel.com

Very truly yours,

/s/ W. Paul Schuck

W. Paul Schuck


cc:   Counsel of Record (via e-filing)