UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592<br><br>This Document Relates To All Actions. |

### ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LIMITED DISCOVERY RELEVANT TO THE ISSUE OF NON-STATUTORY DOUBLE PATENTING

Pursuant to Local Rule 7.1(B)(3), the undersigned plaintiffs hereby request leave of the Court to file the Reply Memorandum in Support of Plantiffs' Motion for Limited Discovery Relevant to the Issue of Non-Statutory Double Patenting, filed herewith. As grounds for this Motion, the undersigned plaintiffs state that their Reply is necessary to address and respond to issues raised in Columbia's Opposition and will be helpful to the Court in resolving the pending Motion to Stay Litigation. In addition, Columbia has assented to the filing of the Reply.

Date: August 10, 2004                                                                                           Respectfully submitted,

| | |
|---|---|
| /s/ Carla M. Levy | /s/ Adrian M. Pruetz |
| Donald R. Ware (BBO # 516260) | Adrian M. Pruetz, admitted *pro hac vice* |
| Claire Laporte (BBO # 554979) | Charles K. Verhoeven, admitted *pro hac vice* |
| Carla Miriam Levy (BBO # 654212) | Robert W. Stone, admitted *pro hac vice* |
| FOLEY HOAG LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 155 Seaport Boulevard | 50 California Street, 22nd Floor |
| Boston, MA 02210-2600 | San Francisco, California 94111 |
| Telephone: (617) 832-1000 | Telephone: (415) 875-6600 |
| Facsimile: (617) 832-7000 | Facsimile: (415) 875-6700 |
| Attorneys for BIOGEN IDEC MA INC. and GENZYME CORPORATION | Attorneys for GENENTECH, INC. |

| | |
|---|---|
| /s/ Mark A. Pals<br>Mark A. Pals, admitted *pro hac vice*<br>Marcus E. Sernel, admitted *pro hac vice*<br>KIRKLAND & ELLIS LLP<br>AON Building<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>Peter E. Gelhaar (BBO #188310)<br>Michael S. D'Orsi (BBO #566960)<br>DONNELLY, CONROY & GELHAAR, LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Telephone: (617) 720-2880<br>Facsimile: (617) 720-3554<br>Attorneys for ABBOTT BIORESEARCH CENTER, INC. | /s/ Eileen M. Herlihy<br>Eileen M. Herlihy (BBO #231410)<br>PALMER & DODGE LLP<br>111 Huntington Ave. at Prudential Center<br>Boston, MA 02199-7613<br>Telephone: (617) 239-0100<br>Facsimile: (617) 227-4400<br><br>Arthur Wineburg, admitted *pro hac vice*<br>PILLSBURY WINTHROP LLP<br>1133 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Direct Phone: 202-775-9880<br>Telephone: (202) 775-9800<br>Facsimile: 202-833-8491<br><br>Kirke M. Hasson, admitted *pro hac vice*<br>PILLSBURY WINTHROP LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br><br>Attorneys for IMMUNEX CORPORATION and AMGEN INC. |

/s/ Melissa Mandrgoc
Steven A. Zalesin, admitted *pro hac vice*
Melissa Mandrgoc, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Attorneys for JOHNSON & JOHNSON

**Certification of Counsel**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs Biogen Idec MA Inc. and Genzyme Corporation conferred with counsel for Columbia University on this motion and that counsel for Columbia University assented to this motion.

/s/ Carla M. Levy