UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

04-MDL-1592
This document relates to all actions

**JOINT STATUS REPORT PURSUANT TO
THE COURT'S ORDER DATED JUNE 23, 2004**

The parties to the above-captioned multidistrict litigation respectfully submit the

following status report as ordered by the Court.

**A.      Pending Motions**

The following motions are pending:

> **1.      Plaintiffs' Motion for Limited Discovery Relevant to the Issue of Non-Statutory Double Patenting**

This motion will be fully briefed before the August 16, 2004 Status Conference.

> **2.      Amgen and Immunex Corporation's Motion for Leave to Obtain Discovery from Foreseeably Unavailable Witnesses**

This motion will be fully briefed before the August 16, 2004 Status Conference.

**B.      Protective Order On Columbia University's Motion to Seal and Restrict Access to Confidential Information**

Columbia's Emergency Motion to Seal and Restrict Access was argued at the hearing of

June 22, 2004.  On June 23, 2004, the Court issued a protective order.  In tandem with this

protective order, the Court also issued an order requiring further briefing addressing the Court's

First Amendment concerns.  The parties exchanged these further briefs on July 16.  Plaintiffs are

filing today a short brief responding to Columbia's authorities and raising further concerns with

the protective order before the status conference.  If the court chooses to allow additional

briefing from Plaintiffs, Columbia requests that it be given sufficient time (seven court days) to

submit a responsive brief if necessary.

### C.       Double Patenting Contentions

On July 23, 2004, in accordance with the Court's scheduling order of June 23, 2004,

plaintiffs served their double patenting contentions upon Columbia.  On August 6, 2004, in

accordance with the same order, Columbia served responsive contentions upon plaintiffs.  The

parties have raised with each other issues associated with the contentions and the responses to

the contentions. If the parties are unable to resolve these issues, they may seek to involve the

Court.

Dated:  August 11, 2004                                Respectfully submitted,

\s\ Carla M. Levy                                      \s\ Adrain M. Pruetz
Donald R. Ware (BBO # 516260)            Adrian M. Pruetz, admitted *pro hac vice*
Claire Laporte  (BBO # 554979)             Charles K. Verhoeven, admitted *pro hac vice*
Carla Miriam Levy  (BBO # 654212)       Robert W. Stone, admitted *pro hac vice*
FOLEY HOAG LLP                                      QUINN EMANUEL URQUHART OLIVER &
155 Seaport Boulevard                              HEDGES, LLP
Boston, MA 02210-2600                            50 California Street, 22nd Floor
Telephone:  (617) 832-1000                       San Francisco, California 94111
Facsimile:  (617) 832-7000                        Telephone:  (415) 875-6600
Attorneys for BIOGEN IDEC MA INC. and   Facsimile: (415) 875-6700
  GENZYME CORPORATION                      Attorneys for GENENTECH, INC.

\s\ Mark A. Pals

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200


Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, Massachusetts 02108
Telephone:  (617) 720-2880
Facsimile:  (617) 720-3554
Attorneys for ABBOTT BIORESEARCH
CENTER, INC.

\s\ Eileen M. Herlihy

Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Ave. at Prudential Center
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4400


Arthur Wineburg, admitted *pro hac vice*
PILLSBURY WINTHROP LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036
Direct Phone: 202-775-9880
Telephone: (202) 775-9800
Facsimile: 202-833-8491


Kirke M. Hasson, admitted *pro hac vice*
PILLSBURY WINTHROP LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200


Attorneys for IMMUNEX CORPORATION
and AMGEN INC.

\s\ Melissa Mandrgoc

Steven A. Zalesin, admitted *pro hac vice*
Melissa Mandrgoc, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
Attorneys for JOHNSON & JOHNSON

\s\ Patricia A. Carson

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
(212) 836-8000


Robert S. Frank, Jr. (BBO #177240)
Eric J. Marandett (BBO #561730)
Paul D. Popeo (BBO #567727)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
Telephone: (617) 248-5000


Attorneys for WYETH and
GENETICS INSTITUTE LLC

- 4 -

\s\ Kevin S. Rosen
_____
Wayne M. Barsky
Kevin S. Rosen
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, California
90067-3026
(310) 552-8500
(310) 551-8741 (fax)

Morgan Chu
David Gindler
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
310-203-7000

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)
Attorneys for THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE
CITY OF NEW YORK