UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592<br><br>This Document Relates To All Actions. |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A SUPPLEMENTAL
MEMORANDUM SEEKING TO VACATE OR CLARIFY
THE COURT'S JUNE 23, 2004 PROTECTIVE ORDER**

Pursuant to Local Rule 7.1(B)(3), the undersigned plaintiffs hereby request leave of the Court to file the Supplemental Memorandum Seeking to Vacate or Clarify the Court's June 23, 2004 Protective Order. As grounds for this Motion, plaintiffs state that their Supplemental Memorandum is necessary to address and respond to issues raised in Columbia's Supplemental Memorandum Regarding First Amendment Implications of Protective Order (Court's Dkt. 52), as well as to raise some questions concerning the Court's protective order issued June 23, 2004 (Court's Dkt. 34). The undersigned plaintiffs believe their supplemental memorandum will be helpful to the Court in resolving the First Amendment issue concerning the protective order on which the court ordered briefing in its June 23, 2004 scheduling order (Court's Dkt. 33). In addition, Columbia has assented to the filing of the Supplemental Memorandum.

Date:  August 11, 2004                                                          Respectfully submitted,

/s/  Carla M. Levy                                                              /s/  Adrian M. Pruetz
Donald R. Ware (BBO # 516260)                          Adrian M. Pruetz, admitted *pro hac vice*
Claire Laporte  (BBO # 554979)                         Charles K. Verhoeven, admitted *pro hac vice*
Carla Miriam Levy  (BBO # 654212)                      Robert W. Stone, admitted *pro hac vice*
FOLEY HOAG LLP                                         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
155 Seaport Boulevard
Boston, MA 02210-2600                                  50 California Street, 22nd Floor
Telephone:  (617) 832-1000                             San Francisco, California 94111
Facsimile:  (617) 832-7000                             Telephone:  (415) 875-6600
Attorneys for BIOGEN IDEC MA INC. and                  Facsimile: (415) 875-6700
  GENZYME CORPORATION                                  Attorneys for GENENTECH, INC.


/s/  Mark A. Pals                                                               \s\ Patricia A. Carson
Mark A. Pals, admitted *pro hac vice*                  Leora Ben-Ami, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*              Patricia A. Carson, admitted *pro hac vice*
KIRKLAND & ELLIS LLP                                   KAYE SCHOLER LLP
AON Building                                           425 Park Avenue
200 East Randolph Drive                                New York, New York  10022
Chicago, Illinois 60601                                (212) 836-8000
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200                             Robert S. Frank, Jr. (BBO #177240)
                                                       Eric J. Marandett (BBO #561730)
Peter E. Gelhaar (BBO #188310)                         Paul D. Popeo (BBO #567727)
Michael S. D'Orsi (BBO #566960)                        CHOATE HALL & STEWART
DONNELLY, CONROY & GELHAAR, LLP                        Exchange Place
One Beacon Street                                      Boston, MA 02109-2804
Boston, Massachusetts 02108                            Telephone: (617) 248-5000
Telephone:  (617) 720-2880
Facsimile:  (617) 720-3554                             Attorneys for WYETH and
Attorneys for ABBOTT BIORESEARCH                       GENETICS INSTITUTE LLC
CENTER, INC.


### Certification of Counsel

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs Biogen Idec MA Inc. and Genzyme Corporation conferred with counsel for Columbia University on this motion and that counsel for Columbia University assented to this motion.

                                                            /s/ Carla M. Levy

- 2 -