# EXHIBIT A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN, INC., ET AL        )  CA 03-11329
                           )  Boston, MA
v.                         )  June 22, 2004
                           )
COLUMBIA UNIVERSITY, ET AL )

BEFORE THE HONORABLE MARK L. WOLF
UNITED STATES DISTRICT JUDGE

APPEARANCES:

(As previously noted.)

JUDITH A. TWOMEY, RPR
Official Court Reporter
One Courthouse Way
Courtroom 10-Room 5200
Boston, MA 02210
(617)946-2577

42

1   came into effect, which, you know, would have said 20
2   years is the maximum, 20 years from the first
3   application.
4           That in the absence of prosecution laches may be
5   all permissible.  This is probably one of the last
6   patents to get grandfathered in that way.  But when I
7   look at the stay, it's sort of an equitable thing.  This
8   has just been going on a long time.
9           So I'm inclined to deny a stay, either -- carve
10  out -- I'm thinking about it -- "inclined" may be too
11  strong -- but I've been seriously thinking about denying
12  the stay, carving out that double patenting issue.  I
13  could postpone -- you know, I could merge the trial on
14  the merits with the hearing on the double patenting.
15          The one thing I'm inclined to permit go on
16  simultaneously -- some of the parties say there's some
17  witnesses who are getting well up in years, and maybe
18  their depositions ought to be taken and maybe Mr. White's
19  deposition on prosecution laches.
20          But, basically, on the double patenting, sort of
21  -- I mean, this is what I do -- this is merging into some
22  of your disputes on the schedule.  Then I'm going to
23  stop.  But I'm inclined to do what you call staging the
24  case.  I would say phases.  Carve out the double
25  patenting issue.