UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   MDL 04-1592

In Re: Columbia University Patent Litigation

| PLAINTIFF | DEFENDANT |
|---|---|
| Various Counsel | |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary                REPORTER   Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 08/16/04 | Court orders parties to file stipulation regarding courts ability to conduct a trial in all cases by 8/20/04. By agreement with the parties court defers the filing of amended pleadings until the double patent phase of the litigation is concluded. Court orders all counsel to take the necessary steps to register for electronic filing. Court listens to the parties arguments regarding the disputed protective order. Court takes a brief recess. Court orders disclosure of the prosecution history of the subject patent subject to a protective order to be plaintiffs' consent. Said documents should be produced promptly by the defendant. Court hears argument on the plaintiffs' motion for discovery from foreseeably unavailable witnesses (docket no 56). Court allows the motion. Depositions to take place in the place where the witnesses reside or some other location agreed upon by the parties. Court places no limitation on the time and/or scope of the deposition. Depositions, however, shall be completed by 9/30/04. Defendant shall produce the prosecution history by 8/20/04, then within 5 days after any further history is produced. |