**Foley Hoag LLP**
ATTORNEYS AT LAW

August 27, 2004

Carla Miriam Levy
Boston Office
617.832.3038
clevy@foleyhoag.com

The Honorable Mark L. Wolf
Clerk to the Honorable Mark L. Wolf
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    *In re Columbia University Patent Litigation*
            Civil Action No. 04-MDL-01592-MLW

Dear Judge Wolf:

    This letter responds on behalf of Biogen Idec MA Inc. and Genzyme Corporation to the Court's Memorandum and Order issued August 18, 2004 in the above referenced matter (Court's Docket No. 82).

    Attached for filing pursuant to Paragraph 9 of the Order is a statement of each Authorized Individual associated with Biogen Idec MA Inc. and Genzyme Corporation in this matter acknowledging his or her responsibilities under the Order.

                                Sincerely,

                              /s/    Carla M. Levy

cc:    Counsel of record for all parties

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com