UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, LAUREN KNAPP, declare as follows:

1.      I am an associate at Foley Hoag, LLP, outside counsel for Biogen Idec MA Inc.

and Genzyme Corporation in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18,

2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Dated: _____ 2004                    _____

                                        LAUREN KNAPP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, CLAIRE LAPORTE, declare as follows:

1.    I am a partner at Foley Hoag, LLP, outside counsel for Biogen Idec MA Inc. and Genzyme Corporation in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 23 __, 2004

_____
CLAIRE LAPORTE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, CARLA M. LEVY, declare as follows:

1.  I am an associate at Foley Hoag, LLP, outside counsel for Biogen Idec MA Inc.
and Genzyme Corporation in this action.

2.  I have read the Memorandum and Order entered by this Court on August 18,
2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil
and/or criminal contempt.

3.  I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.

Dated: ___August  23___, 2004

_____
CARLA M. LEVY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, DONALD R. WARE, declare as follows:

1.      I am a partner at Foley Hoag, LLP, outside counsel for Biogen Idec MA Inc. and Genzyme Corporation in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18, 2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ____AUGUST 27___, 2004

_____
DONALD R. WARE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, EVA OGIELSKA ZEI, declare as follows:

1.      I am an associate at Foley Hoag, LLP, outside counsel for Biogen Idec MA Inc.

and Genzyme Corporation in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18,

2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Dated: ___Aug 23___, 2004

_____
EVA OGIELSKA ZEI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

---

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, HARVEY F. LODISH, Ph.D. declare as follows:

1.      I have been retained by Biogen Idec MA Inc., Genzyme Corporation, and Abbott Bioresearch Center, Inc. as an expert in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18, 2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 22 August    , 2004

_____
HARVEY F. LODISH, Ph.D.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, THOMAS J. DESROSIER, declare as follows:

1.    I am Senior Vice President and General Counsel for Genzyme Corporation in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___8/26___, 2004

_____
THOMAS J. DESROSIER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, JENNIFER L. DUPRÉ, declare as follows:

1.    I am Senior Patent Counsel for Genzyme Corporation in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/26    , 2004

JENNIFER L. DUPRÉ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, RAYMOND G. ARNER, declare as follows:

1.    I am Vice President and Chief IP Counsel for Biogen Idec MA Inc. in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _August 23_, 2004

_____
RAYMOND G. ARNER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, THOMAS J. BUCKNUM, declare as follows:

1.    I am Executive Vice President and General Counsel for Biogen Idec MA Inc. in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **23 Aug** __, 2004

_____
THOMAS J. BUCKNUM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, NIKI D. COX, declare as follows:

1.    I am Assistant General Counsel and IP Counsel for Biogen Idec MA Inc. in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Aug 23_, 2004

_____
NIKI D. COX

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, JOSEPH KENNY, declare as follows:

1.    I am Assistant General Counsel for Biogen Idec MA Inc. in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _August 20_, 2004

JOSEPH KENNY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, JAN M. KERN, declare as follows:

1.      I am Intellectual Property Paralegal for Biogen Idec MA Inc. in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _Aug_ _20_, 2004

_Jan M. Kern_
JAN M. KERN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT
LITIGATION

No. 04-MD-01592

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, RAMSEY R. STEWART, declare as follows:

1.      I am Associate General Counsel, Intellectual Property, for Biogen Idec MA Inc.

in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18,

2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Dated: _Aug. 20_, 2004

_____
RAMSEY R. STEWART