# EXHIBIT A

OLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES 

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F

stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Abbott Bioresearch Center, Inc.
100 Research Drive
Worcester, Massachusetts 01605
Attn: Legal Department

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated June 1, 1995, between Columbia and BASF Bioresearch Corporation

Columbia for all time disclaims any right under the license agreement to collect a royalty from Abbott Bioresearch Center, Inc. based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael V. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

cc:  Abbott Laboratories
     100 Abbott Park Rd.
     Abbott Park, IL  60064
     Attn:  General Counsel

1099157

Abbott Bioresearch Center, Inc.
March 9, 2004
Page 2

>Abbott Bioresearch Center, Inc.
>100 Research Drive
>Worcester, Massachusetts 01605
>Attn: Robert J. Anderson

1099157

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Amgen, Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320
Attn: General Counsel

Dear Sir or Madam:

This letter addresses your obligation under the license agreement dated June 1, 1989, between Columbia and Amgen, Inc.

Columbia for all time disclaims any right under the license agreement to collect a royalty from Amgen based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1099150

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Biogen, Inc.
Fourteen Cambridge Center
Cambridge, Massachusetts 02142
Att: Vice President, Marketing

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated December, 1993, between Columbia and Biogen, Inc.

Columbia for all time disclaims any right under the license agreement to collect a royalty from Biogen based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

cc:   General Counsel
      Biogen, Inc.
      Fourteen Cambirdge Center
      Cambridge, Massachusetts 02142

1099156

Biogen, Inc.
March 9, 2004
Page 2

Ramsey Stewart
Associate General Counsel
Biogen Idec Inc.
3030 Callan Rd.
San Diego, CA 92121

1099156

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES 

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Genentech, Inc.
1 DNA Way
South San Francisco, CA 94080
Attn: Corporate Secretary

Dear Sir or Madam:

    This letter addresses your obligations under the license agreement dated October 12, 1987, between Columbia and Genentech, Inc.

    Columbia for all time disclaims any right under the license agreement to collect a royalty from Genentech based on the existence of a pending patent application.

    To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1099152

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F

stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Genetics Institute LLC
87 Cambridge Park Drive
Cambridge, MA  02140
Attn:  Bruce C. Eisen, Esq.

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated July 31, 1990, between Columbia and Genetics Institute, Inc.

Columbia for all time disclaims any right under the license agreement to collect a royalty from Genetics Institute based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael V. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1099158

Genetics Institute LLC.
March 9, 2004
Page 2

cc:    Wyeth
       IP Law Department
       87 Cambridge Park Drive
       Cambridge, MA  02140
       Attn: M. Andrea Ryan
       Attn: General Counsel

       Wyeth
       Five Giralda Farms
       Madison, NJ  07940
       Attn: General Counsel

1099158

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
<u>**RETURN RECEIPT REQUESTED**</u>

Genzyme Corporation
500 Kendall Street
Cambridge, MA 02142
Attn: Vice President
      General Counsel

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated February 1994, between Columbia and Genzyme Corporation.

Columbia for all time disclaims any right under the license agreement to collect a royalty from Genzyme based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1099153

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES 

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Immunex Corporation
51 University Street
Seattle, Washington 98101
Attn: Scott Hallquist, Esq.
General Counsel

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated October 1, 1991, between Columbia University and Immunex Corporation.

Columbia for all time disclaims any right under the license agreement to collect a royalty from Immunex based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

cc:   Amgen, Inc.
      One Amgen Center Drive
      Thousand Oaks, CA 91320
      Attn: General Counsel

      Immunex Corp.
      One Amgen Center Drive
      Thousand Oaks, CA 91320
      Attn: General Counsel

1099165

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES 

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F

stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003
Attn: General Counsel

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated December 14, 1989, between Columbia and Johnson & Johnson

Columbia for all time disclaims any right under the license agreement to collect a royalty from J&J based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1099161

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES    

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

President
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated May 31, 1984, between Columbia and Johnson & Johnson.

Columbia for all time disclaims any right under the license agreement to collect a royalty from J&J based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

cc:   Chief Patent Counsel
      Johnson & Johnson
      1 Johnson & Johnson Plaza
      New Brunswick, NJ 08933-7003

1099159

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Wyeth Laboratories
P.O. Box 8299
Philadelphia, PA  19101
Attn: H.P.K. Agersborg, Vice President,
Research & Development

Dear Sir or Madam:

This letter addresses your obligations under the license agreement dated May 30, 1984, between Columbia and American Home Products Corporation.

Columbia for all time disclaims any right under the license agreement to collect a royalty from Wyeth based on the existence of a pending patent application.

To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

cc:     Wyeth
        Five Giralda Farms
        Madison, NJ  07940
        Attn: General Counsel

        Wyeth Pharmaceuticals
        500 Arcola Road
        Collegeville, PA 19426

1099224

Wyeth Laboratories.
March 9, 2004
Page 2


Attn: General Counsel
Attn: Vice President, Research & Development

Wyeth
IP Law Department
87 Cambridge Park Drive
Cambridge, MA 02140
Attn: M. Andrea Ryan

1099224