UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | Case No. 04-md-01592<br><br>This Document Relates to All Actions |

I certify that I have read and understand the Protective Order issued August 18, 2004 and agree to be bound by its terms.

/s/ Steven A. Zalesin                     09/08/04
Steven A. Zalesin                         Dated
PATTERSON, BELKNAP, WEBB & TYLER LLP
Attorney for Johnson & Johnson


/s/ Jeffrey I.D. Lewis                    09/08/04
Jeffrey I.D. Lewis                        Dated
PATTERSON, BELKNAP, WEBB & TYLER LLP
Attorney for Johnson & Johnson


/s/ Melissa Mandrgoc                      09/08/04
Melissa Mandrgoc                          Dated
PATTERSON, BELKNAP, WEBB & TYLER LLP
Attorney for Johnson & Johnson