UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   MDL 04-1592

In Re: Columbia University Patent Litigation
      PLAINTIFF                                            DEFENDANT

Various Counsel

    COUNSEL FOR PLAINTIFF                   COUNSEL FOR DEFENDANT

JUDGE   Wolf             CLERK   O'Leary                 REPORTER   Twomey

CLERK'S NOTES

| DATES: | |
|---|---|
| | Tele-Conference. RE: Defendant's emergency motion to dismiss |
| 09/9/04 | Parties to confer and report by 9/20/2004 regarding settlement and the narrowing of issues regarding the |
| | motion to dismiss. Plaintiff's opposition to be filed by 9/22/2004. Any reply shall be filed by 9/28/2004. |
| | A hearing will be held on 10/6/2004 at 10:00 AM. Order to issue. |