# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, SARAH R. LYKE, on oath, declare as follows:

1. I am Counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 27, 2004                         /s/ Sarah R. Lyke
                                                Sarah R. Lyke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, MARK A. PALS, on oath, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, outside counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 27, 2004

/s/ Mark A. Pals
Mark A. Pals

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, LAWRENCE A. POPE, on oath, declare as follows:

1. I am Counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 27, 2004

/s/ Lawrence A. Pope
Lawrence A. Pope

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, ANNE MARIE RIZZO, on oath, declare as follows:

1. I am an associate at Kirkland & Ellis LLP, outside counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 27, 2004

/s/ Anne Marie Rizzo
Anne Marie Rizzo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, STEPHEN T. WEBB, on oath, declare as follows:

1. I am an associate at Kirkland & Ellis LLP, outside counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 27, 2004              /s/ Stephen T. Webb
                                    Stephen T. Webb

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, MARCUS E. SERNEL, on oath, declare as follows:

1. I am a partner at Kirkland & Ellis LLP, outside counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: August 27, 2004         /s/ Marcus E. Sernel
                               Marcus E. Sernel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY PATENT LITIGATION

No. 04-MD-01592

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, PETER E. GELHAAR, on oath, declare as follows:

1. I am a partner at Donnelly, Conroy & Gelhaar, LLP. We serve as local counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: September 16 , 2004

/s/ Peter E. Gelhaar
Peter E. Gelhaar

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, MICHAEL S. D'ORSI, on oath, declare as follows:

1. I am a partner at Donnelly, Conroy & Gelhaar, LLP. We serve as local counsel for Abbott Bioresearch Center, Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated: September 16, 2004            /s/ Michael S. D'Orsi
                                     Michael S. D'Orsi