UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW<br><br>C. D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

**DECLARATION OF VICKI G. NORTON IN SUPPORT OF AMGEN INC.'S AND IMMUNEX CORPORATION'S MOTION FOR LEAVE TO OBTAIN DISCOVERY FROM FORESEEABLY UNAVAILABLE WITNESS DR. GOODGAL**

I, Vicki G. Norton, declare as follows:

1. I am a partner in the law firm of Wilson Sonsini Goodrich & Rosati, counsel of record for Amgen Inc. and Immunex Corporation. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts.

2. We received documents describing Dr. Goodgal's work in DNA transformation using CHO cells on September 8, 2004.

3. Attached hereto as Exhibit 1 is a true and correct copy of the abstract of Grant Number 5R01GM024263-03, "Genetic Transfer in Mammalian Somatic Cells," awarded to Goodgal, S., University of Pennsylvania Fiscal Year 1980 from the website of Computer Retrieval of Information on Scientific Projects (http://crisp.cit.nih.gov).

4. Attached hereto as Exhibit 2 is a true and correct copy of "Notice of Grant" for "Genetic Transfer in Mammalian Somatic Cells," Grant Number 5R01GM024263-03.

5. In accordance with Local Rule 7.1(a)(2), I conferred with Columbia's counsel, Wayne Barsky on September 16th-18th, 2004, about this Motion and attempted in good faith to resolve the matter but we were unable to reach agreement.

6. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated September 18, 2004 from Vicki Norton to Wayne Barsky.

Executed on September 20, 2004, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                  /s/Vicki G. Norton
                                                  Vicki G. Norton