# EXHIBIT 2

# NOTICE OF GRANT AWARD

DEC 14

DATE ISSUED: December 6, 1979

GRANT NUMBER:
5 R01 GM24263-03       GEN

TYPE OF AWARD: RESEARCH
AUTHORIZED BY: 42 USC 241 42 CFR 59
A___ED BY:

TOTAL PROJECT PERIOD:
From 01/01/78   Through 12/31/80

NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Title of Project or Area of Training

## GENETIC TRANSFER IN MAMMALIAN SOMATIC CELLS

Grantee Institution

UNIVERSITY OF PENNSYLVANIA
3451 WALNUT STREET
FRANKLIN BUILDING/16
PHILADELPHIA, PA 19104

Principal Investigator/Program Director/Awardee

GOODGAL, SOL H          PHD
UNIVERSITY OF PENNSYLVANIA
DEPARTMENT OF MICROBIOLOGY
PHILADELPHIA, PA 19104

### APPROVED BUDGET

FOR BUDGET PERIOD  01/01/80 Through 12/31/80

| | | |
|---|---|---|
| Salaries and Wages ........ $ 20,334 | | |
| Fringe Benefits 5,715 | | |
| Total Personnel Costs ..................$ | 26,049 |
| Consultant Costs ...................... | |
| Equipment ...................... | 1,000 |
| Supplies ...................... | 9,000 |
| Travel - Domestic ...................... | 400 |
| - Foreign | |
| Patient Care - Inpatient ...................... | |
| - Outpatient ...................... | |
| Alterations and Renovations ...................... | |
| Contractual or Third Party Costs...................... | 6,367 |
| ...................... | |
| Trainee Stipends ...................... | |
| Trainee Tuition and Fees ...................... | |
| Trainee Travel ...................... | |

TOTAL DIRECT COSTS ———————> $  42,816

When PHS Prior Approval is required for rebudgeting, submit request to Grants Management Official below.

### AWARD COMPUTATION

| | |
|---|---|
| 1. DIRECT COSTS ......................$ | 42,816 |
| 2. INDIRECT COSTS ......................$ | 0 |
| (Calculated at _____ rate) | |
| 3. TOTAL ......................$ | 42,816 |
| 4. Less Unobligated Balance From | |
| Prior Budget Period(s) ......................$ | |
| 5. AMOUNT OF THIS AWARD ———————> $ | 42,816 |

COST SHARING CONTRIBUTION
(1) Per Instl. agreement dated 07/01/73
(2) Per Indiv. agreement, minimum

SUPPORT RECOMMENDED FOR REMAINDER OF PROJECT PERIOD*

| Budget Period | Total Direct Costs (Includes Stipends) | Stipends |
|---|---|---|
| 04 | NONE | |

*Subject to availability of funds and satisfactory progress.

REMARKS:

APPLICABLE INDIRECT COSTS WILL BE PROVIDED ON A SUMMARY NOTICE.

THE PROGRAM ADMINISTRATOR FOR THIS GRANT IS DR. DAVID BECK - 301/496-7175.
GRANTS MANAGEMENT SPECIALIST(S) FOR THIS GRANT: D. McNISH/B. SPINKS - 301/496-7166.

TERMS OF ACCEPTANCE: By acceptance of funds awarded under this grant, the grantee acknowledges that it will comply with terms and conditions the the following: (1) Legislation cited above; (2) Regulations cited above; (3) Provisions on or attached to this award notice and signed by the official(s) named below; (4) PHS Grants Administration Manual Chapters in effect on the beginning date of the grant Budget Period; (5) PHS Grants Policy Statement in effect on the beginning date of the grant Budget Period; (6) 45 CFR Part 74. The above order of precedence shall prevail.

| Y Common Account Number | CRS/Entity Identification No. | PHS List Number | Document Number |
|---|---|---|---|
| 0-8423527 | 1231352685A1 | 80-GM-0149 | (08) R1GM24263A |

PROGRAM OFFICIAL

___UR E. HEMING, PH.D.
ASSOCIATE DIRECTOR FOR
PROGRAM ACTIVITIES
NAT. INST. OF GEN. MED. SCIENCES

PHS Grants Management Official

EVELYN W. CARLIN
GRANTS MANAGEMENT OFFICER
OFFICE ASSOC. DIRECTOR PROGRAM
ACTIVITIES, NIGMS

HS-1533 (Formerly NIH-2007)
Rev. 9-76) Copies distributed to Principal Investigator, Program Director or Awardee, and Business Office.