UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW<br><br>C.D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

PROOF OF SERVICE

I, Christine Soskins, declare:

I am and was at the time of this service employed in the County of San Diego, California. I am over the age of 18 years and not a party to this action. My business address is 3611 Valley Centre Drive, Suite 525, San Diego, California, 92130.

On September 20, 2004, I caused a copy of AMGEN INC.'S AND IMMUNEX CORPORATION'S MOTION FOR LEAVE TO OBTAIN DISCOVERY FROM FORESEEABLY UNAVAILABLE WITNESS DR. GOODGAL and DECLARATION OF VICKI G. NORTON IN SUPPORT OF AMGEN INC.'S AND IMMUNEX CORPORATION'S MOTION FOR LEAVE TO OBTAIN DISCOVERY FROM FORESEEABLY UNAVAILABLE WITNESS DR. GOODGAL to be served via e-mail upon the following persons:

*Counsel for The Trustees of Columbia University in the City of New York:*
Wayne Barsky
GIBSON DUNN & CRUTCHER LLP
2029 Century Park E, Suite 4000
Los Angeles, CA 90067-3026
Office: (310)552-8500
Fax: (310)551-8741
wbarsky@gibsondunn.com

*Counsel for The Trustees of Columbia University in the City of New York:*
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Office: (310) 277-1010
Fax: (310) 203-7199
dgindler@irell.com

*Counsel for Biogen IDEC MA Inc. and Genzyme Corp.:*
Clare Laporte
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Office: (617) 832-1000
Fax: (617) 832-7000
claporte@foleyhoag.com

*Counsel for Abbott Bioresearch Center, Inc.*
Mark A. Pals
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive, Suite 5400
Chicago, IL 60601
Office: (312) 861-2000
Fax: (312) 861-2200
mpals@Kirkland.com

*Counsel for Johnson & Johnson:*
Steven A. Zalesin
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Office: (212) 336-2000
Fax: (212) 336-2222
SAZALESIN@PBWT.COM

*Counsel for Wyeth and Genetics Institute LLC:*
Leora Ben-Ami
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-7203
Office: (212) 836-8000
Fax: (212) 836-8689
lbenami@kayescholer.com

*Counsel for Genentech, Inc.:*
Adrian M. Pruetz
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Office: (650) 620-4500
Fax: (650) 620-4555
adrianpruetz@quinnemanuel.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this proof of service was executed on September 20, 2004.

_____
Christine Soskins