UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>Defendant. | Civil Action No. 04-10740-MLW<br><br>C.D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

## PROOF OF SERVICE

I, Renée A. Coshin, declare:

I am and was at the time of this service employed in the County of Suffolk, Massachusetts. I am over the age of 18 years and not a party to this action. My business address is 111 Huntington Avenue, Boston, Massachusetts 02199.

On September 20, 2004, I caused a copy of AMGEN INC.'S AND IMMUNEX CORPORATION'S MOTION FOR LEAVE TO OBTAIN DISCOVERY FROM FORESEEABLY UNAVAILABLE WITNESS DR. GOODGAL and DECLARATION OF VICKI G. NORTON IN SUPPORT OF AMGEN INC.'S AND IMMUNEX CORPORATION'S MOTION FOR LEAVE TO OBTAIN DISCOVERY FROM FORESEEABLY UNAVAILABLE WITNESS DR. GOODGAL to be served via e-mail upon the following persons:

1

*Counsel for Plaintiff Baxter Healthcare Corporation*
Donald R. Ware
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Office: (617) 832-1000
Fax: (617) 832-7000

*Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.*
Donald R. Ware
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Office: (617) 832-1000
Fax: (617) 832-7000

*Counsel for Plaintiff Abbott Bioresearch Center, Inc.*
Mark A. Pals
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Suite 5400
Chicago, IL 60601
Office: (312) 861-2000
Fax: (312) 861-2200

*Counsel for Plaintiff Genentech, Inc.*
Victoria F. Maroulis
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Office: (650) 620-4500
Fax: (650) 620-4555

*Counsel for The Trustees of Columbia University in the City of New York*
Kevin S. Rosen
GIBSON, DUNN & CRUTCHER, LLP
2029 Century Park East, Suite 4000
Los Angeles, California 90067-4276
Office: (310) 552-8500
Fax: (310) 557-8741

*Counsel for Plaintiff Johnson & Johnson*
Steven A. Zalesin
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Office: (212) 336-2000
Fax: (212) 336-2222

*Counsel for Defendant Johnson & Johnson*
Steven A. Zalesin
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Office: (212) 336-2000
Fax: (212) 336-2222

*Counsel for Plaintiffs Wyeth and Genetics Institute LLC*
Leora Ben-Ami
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-7203
Office: (212) 836-8000
Fax: (212) 836-8689

and

*Counsel for The Trustees of Columbia University in the City of New York*

David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Office: (310) 277-1010
Fax: (310) 203-7199

Wayne Barsky
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Office: (213) 229-7000
Fax: (213) 229-7520

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the above is true and correct, and that this proof of service was executed on September 20, 2004.

_Renée A. Coshin_
Renée A. Coshin