# EXHIBIT

# A

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

September 17, 2004

**VIA E-MAIL**

Steven A. Zalesin, Esq.
Patterson, Belknap, Webb, and Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Re:   Columbia University/Johnson & Johnson

Dear Steve:

I am writing to follow up on our discussions regarding the Covenant Not to Sue filed on September 1, 2004 ("Covenant"). I can confirm the following on behalf of Columbia:

1.   Under the Covenant, Johnson & Johnson has no liability for patent infringement with respect to EPO, or for royalties under the 1989 license agreement with respect to EPO, unless a reissued version of the '275 patent contains claims that are not the same as or substantially identical to claims of the '275 patent as it currently reads.

2.   Columbia does not seek, and will not require, payment of royalties under the 1989 license agreement for activities that occurred in the United States after August 16, 2000, the expiration date of the '216, '665, and '017 patents, based on the existence of a later expiring foreign patent, except to the extent that Johnson & Johnson's conduct infringed such later expiring foreign patent under the patent laws of the relevant foreign jurisdiction.

Very truly yours,

David I. Gindler

DIG:mc

1186187.