# EXHIBIT

# B

Case 1:04-md-01592-MLW    Document 102-3    Filed 09/22/2004    Page 1 of 5

```
                                                                   1
                       UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MASSACHUSETTS




     IN RE:   COLUMBIA UNIVERSITY     )  CA 04-01592
                                      )  Boston, MA
     PATENT LITIGATION                )  September 9, 2004
                                      )




                   BEFORE THE HONORABLE MARK L. WOLF
                      UNITED STATES DISTRICT JUDGE
                          TELEPHONE CONFERENCE



     APPEARANCES:


     (As previously noted.)













                         JUDITH A. TWOMEY, RPR
                         Official Court Reporter
                           One Courthouse Way
                        Courtroom 10~Room 5200
                            Boston, MA 02210
                             (617)946-2577
```

23

1   issued, we sent letters.
2         THE COURT: I thought -- maybe I misremember. I
3   thought it issued in September, and you didn't send the
4   letter to Biogen until after it wrote in and said, this
5   is our last payment.
6         MR. GINDLER: No, I think we sent letters after
7   the patent issued to everybody who was a licensee and
8   told them areas of the patent (sic). And we didn't sue,
9   start this fight. Actually, Genentech did first. They
10  sued us. And then Amgen sued us. And then Biogen and
11  Genzyme and Abbott sued us. And then Baxter sued us.
12  And once every licensee with any material royalty
13  obligations had sued us, there were only two that were
14  left out, and we thought, well, if we're going to fight
15  it out with most everybody, we might as well fight with
16  everybody, and we brought in J & J and Soronto (sic), who
17  shortly after that sued us back. So this is not a fight
18  that we started.
19        THE COURT: Okay. If the -- let's say the '275
20  claims are not -- I'm satisfied, as Mr. Gindler says I
21  should be, that there's no case or controversy regarding
22  the '275 claims. Then, right now, there are claims
23  against Genentech and J & J that Mr. Gindler would like
24  me to try to have remanded. What are those claims? Mr.
25  Gindler?

24

1     MR. GINDLER:  I think the claim by Genentech is
2   a claim that the license agreement was improperly
3   terminated.  I believe that the basis for termination --
4   one of the bases for termination of the Genentech license
5   agreement was the failure to permit an audit.
6          The J & J claim deals with, I believe, a
7   provision which is unique for the J & J agreement, and I
8   think J & J are just concerned that we would be seeking
9   royalties for products made and sold after the expiration
10  date of the original (sic) patent based upon possibly
11  patents in foreign jurisdictions which are still in
12  existence.  And I can tell you as to the J & J provision,
13  we're not going to seek any such royalties.
14         THE COURT:  Exactly.  This is why I want you all
15  to talk because -- I'll get to it shortly.  I'm almost
16  done with my questions.  Yeah, if that were the only
17  issue that were left, you could settle that.  You just
18  said, in effect, you wouldn't seek anything.  And then
19  Columbia has counterclaims against Amgen and Immunex.
20  What are those counterclaims?
21         MS. TESSAR:  Those counterclaims relate to
22  breach of contract and declaratory judgment -- this is
23  Amanda Tessar -- partially for -- excuse me.  The claims
24  are permanent on Amgen and Immunex's breach of contract
25  and failing to pay royalties relating to, initially, both

                                                                    40

CERTIFICATE


I, JUDITH A. TWOMEY, RPR, Official Court Reporter for the United States District Court, District of Massachusetts, do hereby certify that the foregoing transcript, pages 1 through 39 inclusive, was taken by me stenographically and thereafter by me reduced to transcription and is a true record of the proceedings in the above-entitled matter to the best of my ability.


                              JUDITH A. TWOMEY, RPR
                              Official Court Reporter