UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592<br><br>Judge Mark L. Wolf |

**JOINT MOTION OF ALL PARTIES FOR LEAVE TO FILE
IMPOUNDED DOCUMENTS REGARDING MOTION TO DISMISS**

In connection with the Emergency Motion to Dismiss for Lack of Subject Matter Jurisdiction (the "Motion") filed by the Trustees of Columbia University ("Columbia") and any opposition to the Motion, all parties in this action hereby jointly request an order impounding documents regarding evidence that plaintiffs believe constitutes confidential research activities. The plaintiffs expect to disclose this confidential information in filings made today in opposition to the Motion and have agreed, as memorialized in greater detail in the attached Stipulation Regarding Filing Under Seal and for Confidentiality ("Stipulation"), that (1) such materials should be filed under seal and will be appropriately labeled confidential; (2) each plaintiff waives its right to be served with any other plaintiff's confidential evidence of this type; and (3) Columbia may make general references to research efforts by the plaintiffs in public filings without specific reference to particular processes.

The parties jointly request an order impounding these confidential materials in accordance with the conditions described in the Stipulation.

| | |
|---|---|
| Dated: September 22, 2004 | Respectfully submitted, |
| /s/ Claire Laporte | /s/ Adrian M. Pruetz |
| Donald R. Ware (BBO # 516260) | Adrian M. Pruetz, admitted *pro hac vice* |
| Claire Laporte (BBO # 554979) | Charles K. Verhoeven, admitted *pro hac vice* |
| Carla Miriam Levy (BBO # 654212) | Robert W. Stone, admitted *pro hac vice* |
| FOLEY HOAG LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 155 Seaport Boulevard | 50 California Street, 22nd Floor |
| Boston, MA 02210-2600 | San Francisco, CA 94111 |
| Telephone: (617) 832-1000 | Telephone: (415) 875-6600 |
| Facsimile: (617) 832-7000 | Facsimile: (415) 875-6700 |
| Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION | Attorneys for GENENTECH, INC. |
| /s/ Mark A. Pals | /s/ Eileen M. Herlihy |
| Mark A. Pals, admitted *pro hac vice* | Eileen M. Herlihy (BBO #231410) |
| Marcus E. Sernel, admitted *pro hac vice* | PALMER & DODGE LLP |
| KIRKLAND & ELLIS LLP | 111 Huntington Ave. at Prudential Center |
| AON Building | Boston, MA 02199-7613 |
| 200 East Randolph Drive | Telephone: (617) 239-0100 |
| Chicago, IL 60601 | Facsimile: (617) 227-4400 |
| Telephone: (312) 861-2000 | |
| Facsimile: (312) 861-2200 | Vicki G. Norton. |
| | WILSON, SONSINI, GOODRICH & ROSATI |
| Peter E. Gelhaar (BBO #188310) | 3611 Valley Centre Drive |
| Michael S. D'Orsi (BBO #566960) | San Diego, CA 92130 |
| DONNELLY, CONROY & GELHAAR, LLP | Telephone: (858) 350-2300 |
| One Beacon Street | Facsimile: (858) 350-2399 |
| Boston, MA 02108 | |
| Telephone: (617) 720-2880 | Kirke M. Hasson |
| Facsimile: (617) 720-3554 | PILLSBURY WINTHROP LLP |
| | 50 Fremont Street |
| Attorneys for ABBOTT BIORESEARCH CENTER, INC. | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| | Attorneys for IMMUNEX CORPORATION AND AMGEN INC. |

| | |
|---|---|
| /s/ Steven A. Zalesin<br>Steven A. Zalesin, admitted *pro hac vice*<br>Melissa Mandrgoc, admitted *pro hac vice*<br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br>Attorneys for JOHNSON & JOHNSON | /s/ Leora Ben-Ami<br>Leora Ben-Ami, admitted *pro hac vice*<br>Patricia A. Carson, admitted *pro hac vice*<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br><br>Robert S. Frank, Jr. (BBO #177240)<br>CHOATE HALL & STEWART<br>Exchange Place<br>Boston, MA 02109-2804<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br><br>Attorneys for WYETH AND GENETICS INSTITUTE LLC<br><br>/s/ David I. Gindler<br>Morgan Chu, admitted *pro hac vice*<br>David Gindler, admitted *pro hac vice*<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Thomas F. Maffei (BBO # 313220)<br>GRIESINGER, TIGHE & MAFFEI, LLP<br>176 Federal Street<br>Boston, MA 02210-2600<br>Telephone: (617) 542-9900<br>Facsimile: (617) 542-0900<br><br>/s/ Wayne M. Barsky<br>Wayne M. Barsky<br>Kevin S. Rosen<br>Amanda J. Tessar<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3026<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br><br>Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |