UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL NO.  1592

Judge Mark L. Wolf

**STIPULATION REGARDING FILING UNDER SEAL
AND FOR CONFIDENTIALITY**

The undersigned, counsel for all parties, hereby stipulate to the following:

1. Any plaintiff, in connection with its opposition to Columbia University's "Emergency Motion to Dismiss for Lack of Subject Matter Jurisdiction," may file with the Court, under seal, evidence regarding its confidential research activities.

2. Each plaintiff waives any right it may have to be served with a copy of any other plaintiff's confidential evidence so submitted for filing under seal.

3. Any such evidence shall be marked "Confidential -- Subject to Protective Order."  Columbia University agrees that such evidence shall not be disclosed to anyone other than the lawyers at Irell & Manella, Gibson, Dunn & Crutcher, and Greisinger, Tighe & Maffei who are actively involved in this litigation; Elizabeth Keefer and Augustine Cheng of Columbia University's Office of the General Counsel; and their paralegal, secretarial, and support staff.  Counsel receiving such evidence shall take reasonable steps to prevent any dissemination of such evidence, and shall not use such evidence for any purpose other than this action.  Notwithstanding the foregoing, Columbia may reference in its public filings  the general proposition that plaintiffs may have work in progress that

might not be publicly available but that may be being made even if not sold -- but only at this or a comparable level of generality and without reference to any particular process.

Dated: September 22, 2004              Respectfully submitted,

/s/ Claire Laporte
Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION

/s/ Adrian M. Pruetz
Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GENENTECH, INC.

/s/ Mark A. Pals
Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for ABBOTT BIORESEARCH CENTER, INC.

/s/ Eileen M. Herlihy
Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Ave. at Prudential Center
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4400

Vicki G. Norton.
WILSON, SONSINI, GOODRICH & ROSATI
3611 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

Kirke M. Hasson
PILLSBURY WINTHROP LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for IMMUNEX CORPORATION AND AMGEN INC.

 /s/ Steven A. Zalesin
Steven A. Zalesin, admitted *pro hac vice*
Melissa Mandrgoc, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222

Attorneys for JOHNSON & JOHNSON

 /s/ Leora Ben-Ami
Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
Telephone: (617) 248-5000
Facsimile:  (617) 248-4000

Attorneys for WYETH AND
GENETICS INSTITUTE LLC

 /s/ David I. Gindler
Morgan Chu, admitted *pro hac vice*
David Gindler, admitted *pro hac vice*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
Telephone:  (617) 542-9900
Facsimile:   (617) 542-0900

/s/ Wayne M. Barsky
Wayne M. Barsky
Kevin S. Rosen
Amanda J. Tessar
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone:  (310) 552-8500
Facsimile:   (310) 551-8741

Attorneys for THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE
CITY OF NEW YORK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592<br><br>Judge Mark L. Wolf |

**[PROPOSED] ORDER ENTERING STIPULATION REGARDING FILING UNDER SEAL AND FOR CONFIDENTIALITY**

For the reasons described in the Joint Motion of All Parties for Leave to File Impounded Documents Regarding Motion to Dismiss, it is hereby ORDERED that the Joint Motion is ALLOWED.  The Stipulation Regarding Filing under Seal and for Confidentiality is hereby ENTERED.

_____
UNITED STATES DISTRICT JUDGE