# Exhibit 2

| | |
|---|---|
| From: | Gindler, David [DGindler@irell.com] |
| Sent: | Wednesday, September 01, 2004 2:58 PM |
| To: | sazalesin@pbwt.com; Laporte, Claire; Vicki Norton Esq.; Adrian Pruetz Esq.; Ware, Donald; Eileen Herlihy Esq.; Leora Ben-Ami Esq.; Mark A. Pals Esq.; Melissa Mandrgoc Esq.; Patricia Carson Esq.; Robert Stone Esq. |
| Cc: | Barsky, Wayne M.; Tom Maffei; Scott McConchie |
| Subject: | Covenant Not to Sue from Columbia University |

I am writing to inform you that Columbia is filing today the attached Covenant Not to Sue with respect to the '275 patent. As you will see, the Covenant Not to Sue eliminates any actual case or controversy between plaintiffs and Columbia with respect to the '275 patent. I would appreciate your informing me by 1:00 p.m. PDT on Thursday, September 2, whether plaintiffs will agree to dismiss their actions against Columbia and dispense with any further proceedings on their claims.

At Wayne Barsky's request, I am sending this message on Columbia's behalf to counsel for Amgen.

David I. Gindler, Esq.
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067
dgindler@irell.com
(310) 203-7106  Direct Dial
(310) 556-5206  Direct Fax
(323) 377-7826  Mobile

"MMS <irell.com>" made the following
annotations on 09/01/2004 11:58:08 AM
-----------------------------------------------------------

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.