# Exhibit 9

**COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES**

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F

stv.columbia.edu

March 9, 2004

*Andrea Ryan* ✓

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**


RECEIVED MAR 1 2 2004 By___

Genetics Institute LLC
87 Cambridge Park Drive
Cambridge, MA 02140
Attn: Bruce C. Eisen, Esq.

Dear Sir or Madam:

    This letter addresses your obligations under the license agreement dated July 31, 1990, between Columbia and Genetics Institute, Inc.

    Columbia for all time disclaims any right under the license agreement to collect a royalty from Genetics Institute based on the existence of a pending patent application.

    To the extent you have paid a royalty under the license agreement based on the existence of a pending patent application, as opposed to an issued patent, please make an accounting of these payments to Columbia (with supporting documentation), and Columbia will refund the appropriate amount.

Very truly yours,

Michael V. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1099158

Genetics Institute LLC.
March 9, 2004
Page 2

cc: Wyeth
    IP Law Department
    87 Cambridge Park Drive
    Cambridge, MA 02140
    Attn: M. Andrea Ryan
    Attn: General Counsel

    Wyeth
    Five Giralda Farms
    Madison, NJ 07940
    Attn: General Counsel

1099158