# Exhibit 10

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F

stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Genetics Institute LLC
87 Cambridge Park Drive
Cambridge, MA 02140
Attn: Bruce C. Eisen, Esq.

Re:   Notice of Material Breach of License Agreement

Dear Sir or Madam:

Pursuant to Section 5(b) of the license agreement dated July 31, 1990, between Columbia and Genetics Institute, Inc., Columbia hereby gives notice that Genetics Institute is in material breach of its obligations under this agreement.

Columbia is terminating the license agreement based on the following material breaches by Genetics Institute: (1) failing to pay all royalties due on Licensed Products manufactured on or after September 24, 2002, the date on which United States Patent No. 6,455,275 was issued; (2) failing to provide required reports for such unpaid royalties; (3) failing to pay all fees due under the license agreement. Accordingly, this agreement shall terminate in thirty days, unless Genetics Institute cures its material breach within that time frame.

This letter identifies only those material breaches based on which Columbia is terminating the license agreement. Nothing contained herein is intended to be, nor should be construed as, a waiver or modification of any of Columbia's rights to seek all appropriate relief for any breach of the parties' license agreement not set forth in this letter.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1065226

Genetics Institute LLC.
March 9, 2004
Page 2

cc:  Wyeth
     IP Law Department
     87 Cambridge Park Drive
     Cambridge, MA  02140
     Attn: M. Andrea Ryan
     Attn: General Counsel

     Wyeth
     Five Giralda Farms
     Madison, NJ  07940
     Attn: General Counsel

1065226