# Exhibit 13

87 CambridgePark Drive
Cambridge, MA 02140

M. Andrea Ryan
Assistant General Counsel, Patents
Vice President-Wyeth Research
617 665 8758 tel
617 876 5851 fax

# Wyeth

May 4, 2004

**Sent Via Federal Express**
Michael J. Cleare, Ph.D.
Columbia University
Science and Technology Ventures
Engineering Terrace, Suite 363
500 West 120th Street
New York, NY  10017

Re:   **Columbia University and Genetics Institute, LLC License Agreement**

Dear Dr. Cleare:

My letter to you dated April 8, 2004, requested that you clarify Columbia's purported justification for terminating GI's license particularly in light of the parties' ongoing efforts to arrange an audit. Also requested were the prosecution files corresponding to any pending applications in the Axel patent family so that we can properly evaluate the need to maintain the GI license. Having received no response to date, we repeat our prior requests and remind Columbia that any termination of the GI license at this juncture would be premature, in bad faith and would implicate a number of causes of action against Columbia.

We further note that as set forth in Judge Wolf's April 15, 2004 order issued in response to Biogen's and Genzyme's motion for a temporary restraining order and preliminary injunction, Columbia has agreed to refrain from (i) seeking leave to amend its answer to assert infringement counterclaims; (ii) initiating actions against Biogen or Genzyme asserting infringement of the '275 patent and (iii) seeking injunctive relief against Biogen or Genzyme. Consistent with Columbia's stated goal of coordination as advanced in support of its successful motion for a multi-district litigation, we expect that Columbia will extend this agreement to all of the MDL co-plaintiffs, including Wyeth and Genetics Institute. If our understanding is in error please let me know promptly.

Very truly yours,

M. Andrea Ryan

MAR/lf

**Wyeth**

    bcc:    Leora Ben-Ami, Esq.
             Thomas Szatkowski, Esq.
             Albert Ubieta, Esq.

S:\LACOMMON\PATENTS\MARLTRS\Ltr to Dr. Cleare CU 043004.DOC

Wyeth Pharmaceuticals
Wyeth Consumer Healthcare
Fort Dodge Animal Health