# Exhibit 16

                                                                    1

                        UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MASSACHUSETTS



     BIOGEN, INC., ET AL            )  CA 03-11329
                                    )  Boston, MA
     v.                             )  June 22, 2004
                                    )
     COLUMBIA UNIVERSITY, ET AL     )



                    BEFORE THE HONORABLE MARK L. WOLF
                       UNITED STATES DISTRICT JUDGE



     APPEARANCES:

     (As previously noted.)








                          JUDITH A. TWOMEY, RPR
                          Official Court Reporter
                            One Courthouse Way
                          Courtroom 10~Room 5200
                             Boston, MA 02210
                              (617)946-2577

15

1   early resolution and, if it gets resolved, we're done.
2   And that would be attractive if it were correct, and the
3   problem is that it's not correct.
4       So, if this court were to go forward, carve out
5   double patenting, hold an early summary judgment hearing,
6   invalidate our patent, every single claim, what's going
7   to happen?  Well, the most likely scenario is as follows,
8   and this is something the plaintiffs agreed with.  Our
9   patent will come out of the Patent Office, come out of
10  reexamination and reissue with certain claims intact that
11  are new or amended, and we'll be back, and we'll do the
12  same thing all over again.
13      THE COURT:  You might be back.  You might have a
14  new license agreement.  And I'll get to this when we get
15  to the stay, but they say I'm going to have to interpret
16  these claims anyway to decide whether to give them
17  attorneys' fees or to interpret the reissued claims.
18  But, okay, I guess I get the sense of it.
19      Is there more?
20      MR. GINDLER:  I feel pretty comfortable in
21  saying that if our patent emerges from the Patent Office
22  -- and, remember, 64 percent of patents which go into
23  reexamination or reissue come out with new and amended
24  claims -- I feel pretty confident in saying the same
25  talented lawyers seated to my right are going to be back