# EXHIBIT H

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.
212.854.8444
212.854.8463 F
stv.columbia.edu

March 9, 2004

VIA CERTIFIED U.S. MAIL
RETURN RECEIPT REQUESTED

Abbott Bioresearch Center, Inc.
100 Research Drive
Worcester, Massachusetts 01605
Attn: Legal Department

Re: Notice of Material Breach of License Agreement

Dear Sir or Madam:

Pursuant to Section 5(b) of the license agreement dated June 1, 1995, between Columbia and BASF Bioresearch Corporation, Columbia hereby gives notice that Abbott Bioresearch Center, Inc. ("ABC") is in material breach of its obligations under this agreement.

Columbia is terminating the license agreement based on the following material breaches by ABC: (1) failing to pay all royalties due on Licensed Products manufactured on or after September 24, 2002, the date on which United States Patent No. 6,455,275 was issued; (2) failing to provide required reports for such unpaid royalties; (3) failing to pay all fees due under the license agreement. Accordingly, this agreement shall terminate in thirty days, unless ABC cures its material breach within that time frame.

This letter identifies only those material breaches based on which Columbia is terminating the license agreement. Nothing contained herein is intended to be, nor should be construed as, a waiver or modification of any of Columbia's rights to seek all appropriate relief for any breach of the parties' license agreement not set forth in this letter.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

1065225



Abbott Bioresearch Center, Inc.
March 9, 2004
Page 2


cc:  Abbott Laboratories
     100 Abbott Park Rd.
     Abbott Park, IL 60064
     Attn: General Counsel

     Abbott Bioresearch Center, Inc.
     100 Research Drive
     Worcester, Massachusetts 01605
     Attn: Robert J. Anderson

IL65225

