UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MDL-1592<br><br>Judge Mark L. Wolf |

## DECLARATION OF JOCHEN G. SALFELD

I, Jochen G. Salfeld, declare as follows:

1. I am Divisional Vice-President of Biologics at Abbott Bioresearch Center, Inc. ("ABC") and am authorized to make this Declaration on its behalf. The statements made herein are based on my personal knowledge except as where indicated.

2. ABC is the successor-in-interest to BASF Bioresearch, Corporation, which was the original licensee in the June 1, 1995 License Agreement with Columbia University.

3. ABC is the manufacturer of HUMIRA®, a monoclonal antibody to TNF-α currently approved for treatment of rheumatoid arthritis. The product is currently made by ABC in Worcester, Massachussets.

4. ABC is a subsidiary of Abbott Laboratories. Abbott Biotechnology, Limited ("ABL") is another subsidiary of Abbott Laboratories.

5. Abbott has announced plans to shift some of its manufacturing of HUMIRA® to an ABL-owned $350 million plant in Puerto Rico. Construction of the plant is underway and it is expected to be operational in the next few years.

6. It is my understanding that, although ABC is the manufacturer of HUMIRA®, the product is sold through various Abbott entities, including ABL, Abbott Laboratories, Inc., Abbott Logistics, BV, and Abbott Biotechnology Netherlands, BV.

7. Abbott Laboratories, ABL and possibly other Abbott subsidiaries engage in efforts to market and encourage sales of HUMIRA® in the United States.

8. ABC researchers create new or revised DNA constructs, transformed cells, and proteins nearly every day.

9. ABC is presently involved in significant research into various possible antibodies to certain target antigens, including Interleukin-12 ("IL-12") and IL-18, with the hope of treating indications such as Crohn's Disease and Multiple Sclerosis.

10. Millions of dollars are spent each year in research and development of new drug candidates. There are at least ten antibody targets currently being investigated at ABC.

11. ABC has at least three drug candidates in various stages of pre-clinical and clinical trials that implicate the Columbia patent claims. The three drug candidates are known by the internal code names ABT-874, ABT-325, and ABT-007. These candidates are antibodies produced by transformed eukaryotic cells. Although the gene sequences and DNA constructs have been created for these drug candidates, new transformed cell lines may be created in the future.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed at Worcester, Massachusetts on this 22nd day of September, 2004.

/s/ Jochen G. Salfeld
Jochen G. Salfeld