UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates to All Actions |

### DECLARATION OF BRAD SNEDECOR IN SUPPORT OF PLAINTIFF GENENTECH INC.'S OPPOSITION TO COLUMBIA UNIVERSITY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

I, Brad Snedecor, declare as follows:

1. I am the Director of Early Stage Cell Culture Development at Genentech, Inc. I have personal knowledge of the facts set forth in this Declaration.

2. Attached as Exhibit A is a true and correct copy of the Genentech 2003 Annual Report.

3. Attached as Exhibit B is a true and correct copy of the Genentech Condensed Consolidated Statements of Income for the six months ended June 30, 2004.

4. Recombinant DNA technology, including the cotransformation of cells with DNA constructs, is at the foundation of Genentech's business. In 2003, Genentech invested $722 million in research and development relating to the discovery, manufacture, and development of potential drugs using recombinant DNA technology. Genentech continues to invest substantial funds in these research and development efforts, investing more than $400 million so far this year.

5. These investments have resulted in Genentech's current and continuing use of recombinant DNA technology – including the cotransformation of cells with DNA

constructs – to discover, synthesize, and study compounds that may exhibit as-yet unknown therapeutic properties.

Executed on September 22, 2004, at SSF, California.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Brad Snedecor, Ph.D.