# EXHIBIT A

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES

**RECEIVED**

MAR 2 3 2004

Stephen G. Juelsgaard
Genentech, Inc. Legal Dept.

Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 18, 2004

VIA CERTIFIED U.S. MAIL
RETURN RECEIPT REQUESTED

Genentech, Inc.
1 DNA Way
South San Francisco, CA 94080
Attn: Corporate Secretary

Re: Notice of Material Breach of License Agreement

Dear Sir or Madam:

Pursuant to Section 5(b) of the license agreement dated October 12, 1987, between Columbia and Genentech, Inc., Columbia hereby gives notice that Genentech is in material breach of its obligations under this agreement.

Columbia is terminating the license agreement based on the following material breaches by Genentech: (1) failing to pay all royalties due on Licensed Products manufactured on or after September 24, 2002, the date on which United States Patent No. 6,455,275 was issued; (2) failing to provide required reports for all such unpaid royalties; (3) failure to provide proper certified royalty reports; (4) failing to allow an audit of its books and records in accordance with the terms of the agreement; (5) failing to pay all fees due under the license agreement. Accordingly, this agreement shall terminate in thirty days, unless Genentech cures its material breach within that time frame.

This letter identifies only those material breaches based on which Columbia is terminating the license agreement. Nothing contained herein is intended to be, nor should be construed as, a waiver or modification of any of Columbia's rights to seek all appropriate relief for any breach of the parties' license agreement not set forth in this letter.

Very truly yours,

Michael J. Cleare, Ph.D.
Executive Director
Science and Technology Ventures

MICHAEL J. CLEARE, PhD
Executive Director
Science & Technology Ventures

1071236