Dkt. 17668-A7-B/JPW/WDD

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants : Richard Axel et al.

Serial No. : 08/484,136          Examiner:   M. Latimer

Filed : June 7, 1995          Group Art Unit: 1805

For : DNA CONSTRUCT FOR PRODUCING PROTEINACEOUS
MATERIAL IN EUCARYOTIC CELLS

1185 Avenue of the Americas
New York, New York 10036
November 26, 1997

Honorable Assistant Commissioner
  for Patents
Washington, D.C.   20231

Sir:

### INFORMATION DISCLOSURE STATEMENT

In accordance with their duty of disclosure under 37 C.F.R. §
1.56, applicants would like to direct the Examiner's attention to
the following references which are listed on Form PTO-1449
(Exhibit 1).  References 1-23, 25, 27-48, 50-53, 56-59, 61, 63,
64, 66, 69-71, 73, 74, 77-93, 95, 97, 98, 101, 105-107, 109, 112,
and 113 are attached hereto as Exhibits 2-90, respectively:

1.   U.S. Patent No. 3,800,035 for Goore, M., "Production of
     Interferon from human leucocytes in the absence of
     serum" issued March 26, 1974 (filed Dec. 7,
     1971)(Exhibit 2);

2.   U.S. Patent No. 4,195,125 for Wacker, A., "Process for
     obtaining insulin producing animals cells" issued March
     25, 1980 (filed Dec. 20, 1978)(Exhibit 3);

3.   U.S. Patent No. 4,237,224 for Cohen, S.N. and Boyer,
     H.W., "Process for producing biologically functional
     molecular chimeras" issued Dec. 2, 1980 (filed Jan. 4,
     1979)(Exhibit 4);

CU 02062

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 2

4.  U.S. Patent No. 4,264,731 for Shine, J., "DNA joining method" issued Apr. 28, 1981 (filed Apr. 21, 1978)(Exhibit 5);

5.  U.S. Patent No. 4,342,832 for Goeddel, D.V. et al., "Method of constructing a replicable cloning vehicle having quasi-synthetic genes" issued Aug. 3, 1982 (filed July 5, 1979) (Exhibit 6);

6.  U.S. Patent No. 4,356,270 for Itakura, K., "Recombinant DNA cloning vehicle" issued Oct. 26, 1982 (filed Nov. 5, 1979)(Exhibit 7);

7.  U.S. Patent No. 4,363,877 for Goodman, H.M. et al., "Recombinant transfer vectors" issued Dec. 14, 1982 (filed Apr. 19, 1978)(Exhibit 8);

8.  U.S. Patent No. 4,366,246 for Riggs, A.D., "Method for microbial polypeptide expression" issued Dec. 28, 1982 (filed Nov. 5, 1979)(Exhibit 9);

9.  U.S. Patent No. 4,399,216 for Axel, R. et al., "Processes for inserting DNA into eucaryotic cells and for producing proteinaceous materials" issued Aug. 16, 1983 (filed Feb. 25, 1980)(Exhibit 10);

10.  U.S. Patent No. 4,411,994 for Gilbert, W. et al., "Protein synthesis" issued Oct. 25, 1983 (filed Jun. 8, 1978) (Exhibit 11);

11.  U.S. Patent No. 4,634,665 for Axel, R. et al., "Processes for inserting DNA into eucaryotic cells and for producing proteinaceous materials" issued Jan. 6, 1987 (filed Aug. 11, 1983)(Exhibit 12);

CU 02063

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 3

12. U.S. Patent No. 5,179,017 for Axel, R. et al., "Processes for inserting DNA into eucaryotic cells and for producing proteinaceous materials" issued Jan. 12, 1993 (filed Jun. 18, 1991)(Exhibit 13)

13. U.K. Patent No. 1,521,032 for Pioli, D. et al., "Biological treatment," published Aug. 9, 1978 (Exhibit 14);

14. U.K. Patent Application No. 2,007,675 for Itakura, K., "Synthetic DNA and process therefor," published May 23, 1979 (Exhibit 15);

15. U.K. Patent Application No. 2,007,676 for Itakura, K. and Riggs, A.D., "Method for microbial polypeptide expression," published May 23, 1979 (Exhibit 16);

16. U.K. Patent Application No. 2,008,123 for Riggs, A.D., "Method for microbial polypeptide expression," published May 31, 1979 (Exhibit 17);

17. U.K. Patent Application No. 2,010,847 for Wacker, A., "A process for the production of insulin-producing cells," published July 4, 1979 (Exhibit 18);

18. European Patent Publication No. 0022685 for Garapin, F. and Garapin, C-A, "Vecteurs pour le transfert et l'expression de materiel genetique et procede pour leur detection" Institut Pasteur, published Jan. 21, 1981 (Exhibit 19);

19. European Patent Publication No. 0037723 for Bell, G. et al. "Expression of hormone genomic clones" The Regents of the University of California, published Oct. 14, 1981 (Exhibit 20);

CU 02064

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 4

20. European Patent Publication No. 0038765 for Tiollais, P. et al., "Procede de transformation de cellules, notamment eucaryotes, par un ADN originaire des virus de l'hepatite, plus particulierement du virus de l'hepatite viral B, et preparation contenant les produits d'expression desdits ADN" Institut National de la Sante et de la Recherche Medicale, published Oct. 28, 1981 (Exhibit 21);

21. Alt, F.W. et al. (1978) "Selective multiplication of dihydrofolate reductase genes in methotrexate-resistant variant of cultured murine cells." The Journal of Biological Chemistry, 253:1357-1370 (Exhibit 22);

22. Anderson, R.P. et al. (1976) "Tandem duplications of the histidine operon observed following generalized transduction in salmonella typhimurium." J. Mol. Biol., 105:201-218 (Exhibit 23);

23. Anderson, R.P. and Roth, J.R. (1977) "Tandem genetic duplications in phage and bacteria." Ann. Rev. Microbiol., 31:473-505 (Exhibit 24);

24. Anderson, W.F. et al. (1981) "Genetic engineering in mammalian cells." Scientific American, 245:106-121;

25. Anonymous (1974) "Cellular transformation by D.N.A." The Lancet, 1205-1206 (Exhibit 25);

26. Begley, S. (April 21, 1980) "Curing disease with genes." Newsweek, p. 80;

27. Biedler, J.L. et al. (1972) "Drug response, dihydrofolate reductase, and cytogenetics of

CU 02065

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 5

amethopterin-resistant Chinese hamster cells in vitro."
Cancer Research, 32:153-161 (Exhibit 26);

28.  Biedler, J.L. and Spengler, B.A. (1976a) "Metaphase
chromosome anomaly:  Association with drug resistance
and  cell-specific  products."  Science,  191:185-187
(Exhibit 27);

29.  Biedler J.L. and Spengler, B.A. (1976b) "Quantitive
relationship between a chromosome abnormality (HSR)
and  antifolate  resistance  associated  with  enzyme
overproduction." Abs. Int'l Congress on Cell Biol.,
117a (Exhibit 28);

30.  Biochemistry Dictionary, 2nd Ed. (1990) Tokyo Kagaku
Dojin, pp. 69 and 1343 (Exhibit 29);

31.  Bostock, C.J. and Clark, E.M. (1980) "Satellite DNA in
large  marker  chromosomes  of  methotrexate-resistant
mouse cells."  Cell, 19:709-715 (Exhibit 30);

32.  Breathnach, R. et al. (1980) "Correct splicing of a
chicken ovalbumin gene transcript in mouse L cells."
Proc. Natl. Acad. Sci., 77:740-744 (Exhibit 31);

33.  Burch, J.W. and McBride, O.W. (1975) "Human gene
expression in rodent cells after uptake of isolated
metaphase chromosomes." Proc. Nat. Acad. Sci., 72:1797-
1801 (Exhibit 32);

34.  Camacho, A. and Spear, P.G. (1978) "Transformation of
hamster embryo fibroblasts by a specific fragment of
the herpes simplex virus genome." Cell, 15:993-1002
(Exhibit 33);

CU 02066

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 6

35.  Chang, A., et al. (1978) "Phenotypic expression in E. coli of a DNA sequence coding for mouse dihydrofolate reductase." Nature, 275:617-624 (Exhibit 34);

36.  Chang, S.E. and Littlefield, J.W. (1976) "Elevated dihydrofolate reductase messenger RNA levels in methotrexate-resistant BHK cells." Cell, 7:391-396 (Exhibit 35);

37.  Coon, H.G. and Ho, C. (1977) "Transformation of cultured cells to chloramphenicol resistance by purified mammalian mitochondrial DNA." Brookhaven Symp. Biol., 29:166-177 (Exhibit 36);

38.  Davis, B.D. (1980) "Gene transfer in bacteria." Microbiology:  Including Immunology and Molecular Genetics, Third Edition 138-151, Harper & Row, Publishers, Inc. (Exhibit 37);

39.  Degnen, G.E. et al. (1977) "Overexpression of an unstably inherited gene in cultured mouse cells." Proc. Natl. Acad. Sci., 74:3956-3959 (Exhibit 38);

40.  Dolnick, B.J. et al. (1979) "Correlation of dihydrofolate reductase elevation with gene amplification in a homogeneously staining chromosomal region in L5178Y cells." J. Cell Biology, 83:394-402 (Exhibit 39);

41.  Ehrlich, M. et al. (1976) "Interaction of microbial DNA with cultured mammalian cells.  Binding of the donor DNA to the cell surface." Biochimica et Biophysica Acta, 454:397-409 (Exhibit 40);

CU 02067

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 7

42.   Erickson,  R.J.  and  Braun,  W.  (1968)  "Apparent
      dependence  of  transformation  on  the  stage  of
      deoxyribonucleic acid replication of recipient cells."
      Bacteriological Reviews, 32:291-296 (Exhibit 41);

43.   Fischer,  G.A.  (1962)  "Defective  transport  of
      amethopterin  (methotrexate)  as  a  mechanism  of
      resistance  to the  antimetabolite in L5178Y leukemic
      cells." Biochemical Pharmacology, 11:1233-1234 (Exhibit
      42);

44.   Fling, M. et al. (1979) "Cloning and amplification of
      DNA   sequences   encoding   trimethoprim-resistant
      dihydrofolate  reductase  gene."  Chemical Abstracts,
      published by The American Chemical Society, 90:51265f
      (Exhibit 43);

45.   Flintoff,  W.F. et al. (1976) "Isolation and partial
      characterization  of  three  methotrexate-resistant
      phenotypes from chinese hamster ovary cells." Somatic
      Cell Genetics, 2:245-261 (Exhibit 44);

46.   Fournier, R.E.K. and Ruddle, F.H. (1977a) "Microcell-
      mediated transfer of murine chromosomes into mouse,
      Chinese hamster, and human somatic cells." Proc. Natl.
      Acad. Sci., 74:319-323 (Exhibit 45);

47.   Fournier,  R.E.K.  and  Ruddle, F.H. (1977b) "Stable
      association of the human transgenome and host murine
      chromosomes demonstrated with trispecific microcell
      hybrids." Proc. Natl. Acad. Sci., 74:3937-3941 (Exhibit
      46);

48.   Fox,  J.  (1980)  "Questions muddy gene  transplant
      successes." C & E News, pp. 35, 36 and 42;

CU 02068

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 8

49.  Graf, L.H. et al. (1979) "Transformation of the gene for hypoxanthine phosphoribosyl-transferase." <u>Somatic Cell Genetics</u>, 5:1031-1044;

50.  Graham, F.L. and Van Der Eb, A.J. (1973) "A new technique for the assay of infectivity of human adenovirus 5 DNA." <u>Virology</u> 52:456-467 (Exhibit 47);

51.  Graham, F.L. et al. (1975) "Studies on in vitro transformation by DNA and DNA fragments of human adenoviruses and simian virus 40." <u>Cold Spring Harbor Symp. Quant. Biol.</u>, 39:637-649 (Exhibit 48);

52.  Kaufman, R.J. et al. (1979) "Amplified dihydrofolate reductase genes in unstably methotrexate-resistant cells are associated with double minute chromosomes." <u>Proc. Natl. Acad. Sci.</u>, 76:5669-5673 (Exhibit 49);

53.  Kodansha Scientific (1983) <u>Cell Culture Manual</u>, p. 194-195 (Exhibit 50);

54.  Kretschmer, P.J. et al. (1975) "Indirect selection of bacterial plasmid lacking identifiable phenotypic properties." <u>J. Bacteriology</u>, 124:225-231;

55.  Lai, E.C. et al. (1980) "Ovalbumin is synthesized in mouse cells transformed with the natural chicken ovalbumin gene" <u>PNAS</u>, 77:244-248;

56.  Lehninger, A.L. (1975) "The molecular basis of cell structure and function." <u>Biochemistry</u>, Second Edition 118-119 (Exhibit 51);

57.  Lewis, W.H. (1980) "Parameters governing the transfer of the genes for thymidine kinase and dihydrofolate

CU 02069

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 9

reductase into mouse cells using metaphase chromosomes or DNA." Somatic Cell and Molecular Genetics, 6:333-348 (Exhibit 52);

58.  Maitland, N.J. and McDougall, J.K. (1977) "Biochemical transformation of mouse cells by fragments of herpes simplex virus DNA." Cell, 11:233-241 (Exhibit 53);

59.  Majumdar, A. and Bose, S.K. (1968) "DNA mediated genetic transformation of a human cancerous cell line cultured in vitro." Br. J. Cancer, 22:603-613 (Exhibit 54);

60.  Mantei, N. et al. (1979)  "Rabbit ß-globin mRNA production in mouse L cells transformed with cloned rabbit ß-globin chromosomal DNA." Nature, 281:40-46;

61.  Marx, J.L. (1977) "Gene transfer in mammalian cells: mediated by chromosomes." Science, 197:146-148 (Exhibit 55).

62.  Marx, J.L. (1980)  "Gene transfer given a new twist." Science, 208:386-387;

63.  McBride, O.W. and Ozer, H.L. (1973) "Transfer of genetic information by purified metaphase chromosomes." Proc. Nat. Acad. Sci., 70:1258-1262 (Exhibit 56);

64.  McBride, O.W. and Peterson, J.L. (1980) "Chromosome-mediated gene transfer in mammalian cells." Ann. Rev. Genet., 14:321-345 (Exhibit 57);

65.  McCutchan, J.H. and Pagano, J.S. (1968) "Enhancement of the infectivity of simian virus 40 deoxyribonucleic

CU 02070

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 10

acid with diethylamonoethyl-dextran." Journal National
Cancer Institute, 41:351-356;

66. Merck & Co., Inc. (1968) The Merck Index, p. 568
(Exhibit 58);

67. Mercola, K.E. et al. (1980) "Insertion of a new gene
of viral origin into bone marrow cells of mice."
Science, 208:1033-1035;

68. Miller, C.L. et al. (1978) "Co-transfer of human X-
linked markers into murine somatic cells vial isolated
metaphase chromosomes." PNAS, 75:3346-3350;

69. Minson, A.C. et al. (1978) "Introduction of the herpes
simplex virus thymidine kinase gene into mouse cells
using virus DNA or transformed cell DNA." Cell, 13:581-
587 (Exhibit 59);

70. Mulligan, R.C. et al. (1979) "Synthesis of rabbit ß-
globin in cultured monkey kidney cells following
infection with a SV40 ß-globin recombinant genome."
Nature, 277:108-114 (Exhibit 60);

71. Nikkei Biotechnology (1991) The Latest Technical Term
Dictionary, pp. 515 and 565 (Exhibit 61);

72. Nunberg, J.H. et al. (1978) "Amplified dihydrofolate
reductase genes are localized to a homogeneously
staining region of a single chromosome in a
methotrexate-resistant chinese hamster ovary cell
line." PNAS, 75:5553-5556;

CU 02071

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 11

73. Nunberg, J.H. et al. (1980) "Structure and genomic organization of the mouse dihydrofolate reductase gene." Cell, 19:355-364 (Exhibit 62);

74. Ottolenghi-Nightingale, E. (1974) "DNA-mediated transformation in mammalian cells." Cell Commun., 233-254 (Exhibit 63);

75. Pellicer, A. et al. (1978) "The transfer and stable integration of the HSV thymidine kinase gene into mouse cells." Cell, 14:131-141;

76. Pellicer, A. et al. (1980) "Introduction of a viral thymidine kinase gene and the human β-globin gene into developmentally multipotential mouse teratocarcinoma cells." PNAS, 77:2098-2102;

77. Perlman, D. et al. (1975) "Denaturation mapping of R factor deoxyribonucleic acid." J. Bacteriology, 123:1035-1042 (Exhibit 64);

78. Peterson, J.L. and McBride, O.W. (1980) "Cotransfer of linked eukaryotic genes and efficient transfer of hypoxanthine phosphoribosyltransferase by DNA-mediated gene transfer." PNAS, 77:1583-1587 (Exhibit 65);

79. Protein, Nucleic Acid, Enzyme 20(6):574-580 (1975) (Exhibit 66);

80. Protein, Nucleic Acid Enzyme 22(5):354-356 (1977) (Exhibit 67);

81. Roosa, R.A. and Bailey, E. (1970) "DNA-mediated transformation of mammalian cells in culture. Increased transforming efficiency following

CU 02072

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 12

sonication." <u>J. Cell. Physiol.</u>, 75:137-150 (Exhibit 68);

82.  Scangos, G.A. et al. (1979) "Molecular analysis of chromosome-mediated gene transfer." <u>Proc. Natl. Acad. Sci.</u>, 76:3987-3990 (Exhibit 69);

83.  Schimke, R.T. et al. (1978a) "Gene amplification and drug resistance in cultured murine cells." <u>Science</u> 202:1051-1055 (Exhibit 70);

84.  Schimke, R.T. et al. (1978b) "Amplification of dihydrofolate reductase genes in methotrexate-resistant cultured mouse cells." <u>Cold Spring Harbor Symp. Quant. Biol.</u>, 42:649-657 (Exhibit 71);

85.  Schimke, R.T. et al. (1979a) "Studies on the amplification of dihydrofolate reductase genes in methotrexate-resistant cultured mouse cells." <u>Cold Spring Harbor Symp. Quant. Biol.</u>, 43:1297-1303 (Exhibit 72);

86.  Schimke, R.T. et al. (1979b) "Structure and localization of dihydrofolate reductase genes in methotrexate-resistant cultured cells." <u>Eucaryotic Gene Regulation</u>, ICN-UCLA Symposia, R. Axel and T. Maniatis, Editors, Academic Press, 499-510 (Exhibit 73);

87.  Sirotnak, F.M. et al. (1968) "On the nature of a transport alteration determining resistance to amethopterin in the L1210 leukemia." <u>Cancer Research</u>, 28:75-80 (Exhibit 74);

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 13

88. Spandidos, D.A. and Siminovitch, L. (1977a) "Linkage of markers controlling consecutive biochemical steps in CHO cells as demonstrated by chromosome transfer." Cell, 12:235-242 (Exhibit 75);

89. Spandidos, D.A. and Siminovitch, L. (1977b) "Transfer of codominant markers by isolated metaphase chromosomes in Chinese hamster ovary cells." Proc. Natl. Acad. Sci., 74:3480-3484 (Exhibit 76);

90. Spradling, A.C. and Mahowald, A.P. (1980) "Amplification of genes for chorion proteins during oogenesis in Drosophila melanogaster." Proc. Natl. Acad. Sci., 77:1096-1100 (Exhibit 77);

91. Stebbing, N. (1979) "Cellular uptake and in vivo fate of polynucleotides." Cell Biology International Reports, 3:485-502 (Exhibit 78);

92. Sugden, B. et al. (1979) "Epstein-Barr virus DNA is amplified in transformed lymphocytes." Journal of Virology, 31:590-595 (Exhibit 79);

93. Sullivan, D. et al. (1973) "Synthesis of a deoxyribonucleic acid sequence complementary to ovalbumin messenger ribonucleic acid and quantification of ovalbumin genes." J. Biological Chemistry 248:7530-7539 (Exhibit 80);

94. Szybalska, E. H., et al. (1962) "Genetics of human cell lines, IV. DNA-mediated heritable transformation of a biochemical trait." PNAS, 48:2026-2034;

95. Van den Berg, J. et al. (1978) "Comparison of cloned rabbit and mouse ß-globin genes showing strong

CU 02074

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 14

evolutionary divergence of two homologous pairs of introns." <u>Nature</u> 276:37-44 (Exhibit 81);

96. Wahl, G.M. et al. (1979) "Gene amplification causes overproduction of the first three enzymes of UMP synthesis in N-(Phosphonacetyl)-L-aspartate-resistant hamster cells." <u>The Journal of Biological Chemistry</u>, 254:8679-8689; .

97. Weissmann, C. et al. (1979) "Expression of cloned viral and chromosomal plasmid-linked DNA in cognate host cells." <u>From Gene to Protein Information Transfer in Normal and Abnormal Cells: Miami Winter Symposium</u>, 16:99-132 (Russell, T.R. et al. eds., Academic Press)(Exhibit 83);

98. Werkheiser, W.C. (1961) "Specific binding of 4-amino folic acid analogues by folic acid reductase." <u>The Journal of Biological Chemistry</u>, 236:888-893 (Exhibit 84);

99. Wigler, M. et al. (1977) "Transfer of purified herpes virus thymidine kinase gene to cultured mouse cells." <u>Cell</u>, 11:223-232;

100. Wigler, M. et al. (1978)  "Biochemical transfer of single-copy eucaryotic genes using total cellular DNA as donor." <u>Cell</u>, 14:725-731;

101. Wigler, M. and Silverstein, S. (1979a) "Transformation of mammalian cells." Setlow, J.K. and Hollaender, A. eds. <u>Genetic Engineering: Principles and Methods</u> 1:51-72 (Exhibit 85);

CU 02075

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 15

102. Wigler, M. et al. (1979b) "DNA-mediated transfer of the adenine phosphoribosyltransferase locus into mammalian cells." PNAS, 76:1373-1376;

103. Wigler, M. et al. (1979c) "Transformation of mammalian cells with genes from procaryotes and eucaryotes." Cell, 16:777-785;

104. Wigler, M. et al. (1979d) "Transformation of mammalian cells with prokaryotic and eukaryotic genes." Eucaryotic Gene Regulation, ICN-UCLA Symposia, R. Axel and T. Maniatis, Editors, Academic Press, 457-475;

105. Wigler, M. et al. (1980) "Transformation of mammalian cells with an amplifiable dominant-acting gene." Proc. Nat'l Acad. Sci., 77:3567-3570 (Exhibit 86);

106. Wilkie, N.M. et al. (1979) "Hybrid plasmids containing an active thymidine kinase gene of herpes simplex virus 1." Nucleic Acids Research 7:859-877 (Exhibit 87);

107. Willecke, K. and Ruddle, F.H. (1975) "Transfer of the human gene for hypoxanthine-guanine phosphoribosyltransferase via isolated human metaphase chromosomes into mouse L-Cells." Proc. Nat. Acad. Sci., 72:1792-1796 (Exhibit 88);

108. Willecke, K. et al. (1976) "Cotransfer of two linked human genes into cultured mouse cells." PNAS, 73:1274-1278;

109. Willecke, K. (1978) "Results and prospects of chromosomal gene transfer between cultured mammalian cells." Theor. Appl. Genet. 52:97-104 (Exhibit 89);

CU 02076

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 16

110. Willecke, K. et al. (1979) "Intraspecies transfer via total cellular DNA of the gene for hypoxanthine phosphoribosyltransferase into cultured mouse cells." Molec. Gen. Genet., 170:179-185;

111. Wold, B. et al. (1979) "Introduction and expression of a rabbit ß-globin gene in mouse fibroblasts." PNAS, 76:5684-5690;

112. Wullems, G.J. et al. (1975) "Incorporation of isolated chromosomes and induction of hypoxanthine phosphoribosyltransferase in Chinese hamster cells." Somatic Cell Genetics, 1:137-151 (Exhibit 90); and

113. Zakai, N. et al. (1977) "Membrane ultrastructural changes during calcium phosphate-induced fusion of human erythrocyte ghosts." Proc. Natl. Acad. Sci., 74:2417-2421 (Exhibit 91).

Applicants would like to point out to the Examiner that the subject application, U.S. Serial No. 08/484,136, filed June 7, 1995, is a continuation of U.S. Serial No. 08/395,520, filed February 27, 1995, which is a continuation of U.S. Serial No. 08/217,007, filed March 23, 1994, which is a continuation of U.S. Serial No. 07/866,800, filed June 26, 1992, which is a continuation of U.S. Serial No. 07/716,915, filed June 18, 1991, now U.S. Patent No. 5,179,017, issued January 12, 1993, which is a divisional of U.S. Serial No. 07/346,089, filed May 2, 1989, which is a continuation of U.S. Serial No. 06/915,273, filed October 3, 1986, which is a divisional of U.S. Serial No. 06/522,408, filed August 11, 1983, now U.S. Patent No. 4,634,665, issued January 6, 1987, which is a divisional of U.S. Serial No. 06/124,513, filed February 25, 1980, now U.S. Patent No. 4,399,216, issued August 16, 1983.

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 17

Applicants submit herewith as Exhibit 92 a June 10, 1981 PCT Search Report issued for International Application No. PCT/US81/00240 which claims the priority of U.S. Serial No. 06/124,513, filed February 25, 1980, now U.S. Patent No. 4,399,216, issued August 16, 1983, from which the subject application claims priority. Applicants point out that references 1, 17, 54, 55, 60, 66, 67, 99, 102-104, and 111 were cited in the June 10, 1981 PCT Search Report.

Applicants submit herewith as Exhibit 93 a January 14, 1983 EPO Partial Search Report issued for European Application No. 81 90 0787 which claims the priority of U.S. Serial No. 06/124,513, filed February 25, 1980, now U.S. Patent No. 4,399,216, issued August 16, 1983, from which the subject application claims priority. Applicants point out that references 18-20, 35, and 105 were cited in the January 14, 1983 EPO Partial Search Report.

Applicants submit herewith as Exhibit 94 a June 20, 1983 EPO Supplementary Search Report for European Application No. 81 90 0787 which claims the priority of U.S. Serial No. 06/124,513, filed February 25, 1980, now U.S. Patent No. 4,399,216, issued August 16, 1983, from which the subject application claims prioirty. Applicants point out that references 18-20, 35, 44, and 105 were cited in the June 20, 1983 EPO Supplementary Search Report.

Applicants draw the Examiner's attention to the fact that references 21, 55, 60, 70, 72, 75, 83, 90, 96, 99, 102-104, and 108 were cited in an opposition to the grant of European Patent No. 0 045 809 issued to The Trustees of Columbia University In The City of New York which claims the priority of International Application No. PCT/US81/00240 which claims priority from U.S. Serial No. 06/124,513, filed February 25, 1980, now U.S. Patent No. 4,399,216, issued August 16, 1983, from which the subject application claims priority.

CU 02078

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 18

Applicants draw the Examiner's attention to the fact that references 30, 35, 45, 49, 52, 53, 55, 60, 71, 72, 75, 79, 80, 83, 95, 100, 101, and 102-104 were cited in oppositions to Japanese Application No. 501133/81, filed February 23, 1981, which claims priority from International Application No. PCT/US81/00240 which claims priority from U.S. Serial No. 06/124,513, filed February 25, 1980, now U.S. Patent No. 4,399,216, issued August 16, 1983, from which the subject application claims priority.

In accordance with 37 C.F.R. § 1.98(a)(3), applicants submit a concise description of references 18, 20, 30, 53, 71, 79, and 80 which are not in English.

European Patent Publication No. 0022685 for Garapin, F. et al., "Vecteurs pour le transfert et l'expression de materiel genetique et procede pour leur detection" Institut Pasteur, published Jan. 21, 1981, reference 18 above, attached hereto as Exhibit 19, which is in French, discloses the use of vectors for the transfer and expression of genetic material and processes for detecting said transfer.

European Patent Publication No. 0038765 for Tiollais, P. et al., "Procede de transformation de cellules, notamment eucaryotes, par un ADN originaire des virus de l'hepatite, plus particulierement du virus de l'hepatite viral B, et preparation contenant les produits d'expression desdits ADN" Institut National de la Sante et de la Recherche Medicale, published Oct. 28, 1981, reference 20 above, attached hereto as Exhibit 21, which is in French, discloses a process for cellular transformation, particularly eukaryotes, with hepatitis virus DNA, especially hepatitis virus B, and a preparation containing the product expressed by said DNA.

CU 02079

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 19

Biochemistry Dictionary, 2nd Ed. (1990) Tokyo Kagaku Dojin pp. 69 and 1343, reference 30 above, attached hereto as Exhibit 29, which is in Japanese, discloses that methotrexate is methylaminopterin and aminopterin has a similar chemical structure to methotrexate.

Kodansha Scientific (1983) Cell Culture Manual, pp. 194-195, reference 53 above, attached hereto as Exhibit 50, which is in Japanese, discloses that mouse L cells are fibroblasts.

Nikkei Biotechnology (1991) The Latest Technical Term Dictionary, pp. 515 and 565, reference 71 above, attached hereto as Exhibit 61, discloses that HAT medium includes hypoxanthine, aminopterin, and thymidine and is used to test cultured cells for transformation and a typical plasmid used for recombinant DNA testing is pBR322 of E. coli.

Protein, Nucleic Acid, Enzyme 20(6):574-580 (1975), reference 79 above, attached hereto as Exhibit 66, which is in Japanese, discloses recombination selective method and the uses of drug resistance as markers of selective method.

Protein, Nucleic Acid Enzyme 22(5):354-356 (1977), reference 80 above, attached hereto as Exhibit 67, which is in Japanese, discloses that the selection of a transformant is performed by a marker carried on a vector, for example, the tetracycline resistance of the pSC101 vector or the colicin resistance of Col E1 factor, where plaque formation indicates transformation.

Applicants have previously filed an Information Disclosure Statement with copies of the references numbered above as 24, 26, 49, 54, 55, 60, 62, 65, 67, 68, 72, 75, 76, 94, 96, 99, 100, 102-104, 107, 108, 110, and 111 in connection with U.S. Serial No.08/395,520, filed February 27, 1995 from which the subject application claims priority. Accordingly, copies of references

CU 02080

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Page 20

numbered above as 24, 26, 49, 54, 55, 60, 62, 65, 67, 68, 72, 75,
76, 94, 96, 99, 100, 102-104, 107, 108, 110, and 111 are not
required to be provided pursuant to 37 C.F.R. §1.98(d).
Applicants will, however, gladly supply the Examiner with copies
of said references upon request.

In accordance with 37 C.F.R § 1.17(p), applicants herewith submit
a check in the amount of two hundred forty dollars ($240.00)
payable to the United States Patent and Trademark Office as the
fee for an information disclosure statment.

No fee, other than the two hundred forty dollar ($240.00) fee for
an information disclosure statement, is deemed necessary in
connection with the filing of this information disclosure
statement.  However, if any additional fee is required,
authorization is hereby given to charge the amount of any such
fee to Deposit Account No. 03-3125.

If a telephone interview would be of assistance in advancing
prosecution of the subject application, applicants' undersigned

CU 02081

Applicants:  Richard Axel et al.
Serial No.: 08/484,136
Filed:  June 7, 1995
Page 21

attorney invites the Examiner to telephone him at the number
provided below.

Respectfully submitted,

John P. White
Registration No. 28,678
Attorney for Applicants
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

CU 02082