| Form PTO-1449 | U.S. Department of Commerce Patent and Trademark Office | Atty. Docket No. 17603-A7B/JPW/GJG | Serial No. 08/484,136 |
|---|---|---|---|
| INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | | Applicants Richard Axel et al. | |
| | | Filing Date June 7, 1995 | Group |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Subclass | Filing Date if Appropriate |
|---|---|---|---|---|---|---|---|
| MK | 1 | 08/477,159 | | Axel et al. | | | June 5, 1995 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | Translation No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| MK | 2 | Chasin et al., "Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity" Proc. Natl. Acad. Sci., July 1980 p. 4216-4220 (Exhibit 1); |
|---|---|---|
| | 3 | Trust. Of Columbia Univ. v. Roche Diagnostics GMBH, 150 F. Supp.2d 191 (D. Mass 2001) (Exhibit 3); |
| | 4 | Trust. Of Columbia Univ. v. Roche Diagnostics, 126 F. Supp.2d 16 (D. Mass 2000) (Exhibit 4). |

CU 02281

| EXAMINER J. KETTER | DATE CONSIDERED 5/2/02 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Applicants: Richard Axel et al.
Serial No.: 08/484,136
Filed: June 7, 1995
Exhibit A

Stamps: RECEIVED APR 25 2002; APR 22 2002 PATENT & TM OFFICE