REDACTED; CONFIDENTIAL
VERSION FILED UNDER SEAL

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | CIVIL ACTION NO.: 04-10740-MLW<br><br>C. D. Cal. No. CV 03-4349 MRP (CWx)<br><br>Judge Mark L. Wolf |

## DECLARATION OF SYLVIA HU, Ph.D., IN OPPOSITION TO COLUMBIA UNIVERSITY'S "EMERGENCY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION"

### [CONFIDENTIAL –PROTECTIVE ORDER FILED UNDER SEAL]

I, Sylvia Hu, declare as follows::

1.     I am employed by Amgen Inc. ("Amgen") as a Distinguished Fellow. I submit this declaration in support of Amgen's opposition to the "Emergency Motion to Dismiss for Lack of Subject Matter Jurisdiction" filed by defendant, The Trustees of Columbia University in the City of New York ("Columbia").

2. I received my Ph.D. degree in chemistry in 1976 from the California Institute of Technology. I then engaged in post-doctoral study at the University of Southern California Medical School from 1976 to 1979. From 1979 to 1982, I was on the faculty of the City of Hope Hospital, Department of Pediatrics.

3. I then commenced my employment at Amgen in 1982. Through a succession of titles as a research scientist, director, senior director, and now Distinguished Fellow, my work for Amgen has been research principally relating to

REDACTED; CONFIDENTIAL VERSION FILED UNDER SEAL

6. In the course of my work as described above, I have become and am generally familiar with research activities under way in several other groups at Amgen, including

REDACTED; CONFIDENTIAL VERSION FILED UNDER SEAL


REDACTED; CONFIDENTIAL VERSION FILED UNDER SEAL

The above information is considered highly confidential within Amgen, provided only to persons who have a need to know, and protected as confidential by written policies and confidentiality agreements as well as physical security.

Executed under penalty of perjury this 22nd day of September, 2004, at Thousand Oaks, California.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Sylvia Hu

Draft Sylvia Hu1 (3).doc