UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MDL-01592<br><br>This Document Relates To:<br>No. 03-CV-11329-MLW |

FILED
Clerk's Office
USDC, Mass.
Date 9-22-04
By /s/
Deputy Clerk

**ASSENTED-TO MOTION OF BIOGEN IDEC MA, INC. AND GENZYME CORPORATION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM OF LAW IN OPPOSITION TO COLUMBIA UNIVERSITY'S MOTION TO DISMISS**

Biogen Idec MA, Inc. ("Biogen") and Genzyme Corporation ("Genzyme"), two of the plaintiffs in *Biogen, Inc. v. Trustees of Columbia University*, No. 03-CV-11329-MLW (D. Mass. filed July 15, 2003), respectfully seek leave to file an overlength memorandum of law in opposition to Columbia University's Motion to Dismiss. The length of the memorandum is necessary because, among other things, the memorandum presents detailed, confidential information about ongoing research and development activities of both Biogen and Genzyme, activities which fall outside the scope of the limited covenant not to sue on which Columbia bases its Motion. Biogen and Genzyme believe that consideration of such information will be helpful to the Court in resolving Columbia's Motion.

Dated: September 22, 2004

Respectfully submitted,

/s/ CML

Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
Attorneys for BIOGEN IDEC MA INC. and
 GENZYME CORPORATION

- 2 -

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs Biogen and Genzyme conferred with counsel for defendant Trustees of Columbia University ("Columbia"), who have assented to this motion.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 22d day of September, 2004, I caused a true copy of the above document to be served upon counsel of record for all parties in this action.

_____