UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | NO. 04-MDL-01592<br><br>This Document Relates To:<br>No. 03-CV-11329-MLW |

**F I L E D**
Clerk's Office
USDC, Mass.
Date 9.22.04
By _____
Deputy Clerk

## ASSENTED-TO MOTION TO IMPOUND

Pursuant to Local Rule 7.2, plaintiffs Biogen Idec MA, Inc. ("Biogen") and Genzyme Corporation ("Genzyme") request that this Court impound (1) Opposition of Biogen Idec MA, Inc. and Genzyme Corporation to Columbia University's Motion to Dismiss, and (2) Appendix of Declarations to the Opposition of Biogen Idec MA, Inc. and Genzyme Corporation to Columbia University's Motion to Dismiss. These papers will be served pursuant to the September 22, 2004 Stipulation Regarding Filing Under Seal and for Confidentiality among the parties to the multidistrict litigation. Biogen and Genzyme will make an electronic filing of a redacted version of their Opposition.

As grounds for this motion, Biogen and Genzyme state that these documents contain confidential research and development information that will cause them serious harm if disclosed. Biogen and Genzyme request that these documents remain under seal until sixty (60) days after the entry of final judgment in this case, at which time custody of the impounded documents shall be remitted to Biogen and Genzyme's counsel of record in this action.

Dated: July 22, 2004

Respectfully submitted,

_____
Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
Attorneys for BIOGEN IDEC MA INC. and
 GENZYME CORPORATION

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for plaintiffs Biogen and Genzyme conferred with counsel for defendant Trustees of Columbia University ("Columbia"), who assented to this motion.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 22d day of September, 2004, I caused a true copy of the above document to be served upon counsel of record for all parties in this action.

_____