

# PALMER & DODGE LLP

111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

EILEEN M. HERLIHY
617.239.0646
eherlihy@palmerdodge.com

September 17, 2004

Honorable Mark L. Wolf
U.S. District Court District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   In Re: Columbia University Patent Litigation
      MDL No. 1592

Dear Judge Wolf:

This letter responds on behalf of Immunex Corporation and Amgen Inc. to the Court's Memorandum and Order issued August 18, 2004, in the above referenced matter.

Attached for filing pursuant to Paragraph 9 of the Order is a statement of each Authorized Individual associated with Immunex Corporation and Amgen Inc. in this matter acknowledging his or her responsibilities under the Order.

Respectfully submitted,


/s/   Eileen M. Herlihy

EMH/dcb
Enclosures