UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, EILEEN M. HERLIHY, declare as follows:

1. I am a partner at Palmer & Dodge LLP, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2004

Eileen M. Herlihy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, ARTHUR WINEBURG, declare as follows:

1. I am a partner at Akin Gump Strauss Hauer & Feld LLP, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Aug. 31, 2004

Arthur Wineburg

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, VICKI G. NORTON, declare as follows:

1. I am a partner at Wilson Sonsini Goodrich & Rosati, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2004

_____
Vicki G. Norton

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, LARA J. PAYNE, declare as follows:

1. I am an associate at Wilson Sonsini Goodrich & Rosati, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2004

_____
Lara J. Payne

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER
OF AUGUST 18, 2004**

I, SIEGMUND Y. GUTMAN, declare as follows:

1. I am Counsel for Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 31, 2004

_____
Siegmund Y. Gutman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER**
**OF AUGUST 18, 2004**

I, MONIQUE L. CORDRAY, declare as follows:

1. I am Associate General Counsel for Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/1, 2004

Monique L. Cordray

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER
OF AUGUST 18, 2004**

I, KATHLEEN FOWLER, declare as follows:

1. I am Senior Counsel for Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Sept. 1, 2004

Kathleen Fowler

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, CYNTHIA H. ZANG, declare as follows:

1. I am an associate at Palmer & Dodge LLP, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2004

Cynthia H. Zhang

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

No. 04-MD-01592

**STATEMENT PURSUANT TO THE COURT'S ORDER
OF AUGUST 18, 2004**

I, NATALIE J. MORGAN, declare as follows:

1. I am an associate at Wilson Sonsini Goodrich & Rosati, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 22, 2004

Natalie J. Morgan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |

**STATEMENT PURSUANT TO THE COURT'S ORDER
OF AUGUST 18, 2004**

I, MICHAEL J. HOSTETLER, declare as follows:

1. I am an associate at Wilson Sonsini Goodrich & Rosati, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2. I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/2, 2004

_____
Michael J. Hostetler

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MD-01592 |
|---|---|

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, KIRKE M. HASSON, declare as follows:

1.  I am a partner at Pillsbury Wintrop LLP, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2.  I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2004

_____
Kirke M. Hasson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

No. 04-MD-01592

STATEMENT PURSUANT TO THE COURT'S ORDER
OF AUGUST 18, 2004

I, ERIN D.E. JOFFRE, declare as follows:

1.  I am an associate at Palmer & Dodge LLP, outside counsel for Immunex Corporation and Amgen Inc. in this action.

2.  I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Sept. 17, 2004

Erin D.E. Joffre