UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 04-01592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>        Defendant. | Civil Action No. 04-10740-MLW<br><br>C. D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

**AMGEN INC.'S AND IMMUNEX CORPORATION'S MOTION TO COMPEL DEFENDANT TO PRODUCE DR. SIMINOVITCH FOR HIS DEPOSITION OR IN THE ALTERNATIVE FOR ENTRY OF LETTERS ROGATORY**

Amgen Inc. and Immunex Corporation (collectively "Amgen") hereby move this Court for an order compelling The Trustees of Columbia University ("Columbia") to produce Dr. Louis Siminovitch for a deposition and to produce his documents because Dr. Siminovitch is retained by and under the control of Columbia. In the alternative, Amgen requests that the Court enter the Letters Rogatory, attached hereto as Exhibit A, to begin the discovery process in Canada, because Dr. Siminovitch lives in Canada. Columbia assents to the entry of Letters Rogatory.

Regardless of the relief granted, Amgen requests that the current deadline for completing Dr. Siminovitch's deposition, September 30, 2004, be extended to allow sufficient time to secure his deposition. Columbia also assents to the requested extension of time.

The bases for Amgen's motion are more fully set forth in the brief in support of this motion.

Dated: September 24, 2004

Respectfully submitted,

IMMUNEX CORPORATION and AMGEN INC.
By their attorneys,

/s/ Eileen M. Herlihy

Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4400

Vicki G. Norton (CA #175067)
WILSON SONSINI GOODRICH & ROSATI
3611 Valley Centre Drive, Suite 525
San Diego, CA 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399

**Certificate of Conference Under Local Rules**

In accordance with the Local Rule 37.1(b) and Local Rule 7.1, Amgen's counsel, Eileen Herlihy, certifies that she conferred with Columbia's counsel, Amanda Tessar, on September 24, 2004 regarding Amgen's motion for an order requiring Columbia to produce Dr. Siminovitch for a deposition but was unable to reach an agreement. In this conference, Columbia's counsel assented to Amgen's request that the Court enter Letters Rogatory regarding Dr. Siminovitch, and assented to Amgen's request for an extension of time to take Dr. Siminovitch's deposition.

/s/ Eileen M.Herlihy
Eileen M. Herlihy

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the document to be served by e-mail on September 24, 2004, upon the following parties.

/s/  Kara Krolikowski

Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
dware@foleyhoag.com
CLaporte@Foleyhoag.com
clevy@foleyhoag.com
Telephone:  (617) 832-1000
Facsimile:   (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, IL  60601
mpals@kirkland.com
msernel@kirkland.com
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
peg@dcglaw.com
msd@dcglaw.com
Telephone:  (617) 720-2880
Facsimile:   (617) 720-3554

Attorneys for ABBOTT BIORESEARCH CENTER, INC.

Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
adrianpruetz@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
robertstone@quinnemanuel.com
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for GENENTECH, INC.

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
lbenami@kayescholer.com
pcarson@kayescholer.com
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
rfrank@choate.com
Telephone: (617) 248-5000
Facsimile:  (617) 248-4000

Attorneys for WYETH AND GENETICS INSTITUTE LLC

Steven A. Zalesin, admitted *pro hac vice*
Melissa Mandrgoc, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
sazalesin@pbwt.com
mmandrgoc@pbwt.com
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for JOHNSON & JOHNSON

Morgan Chu, admitted *pro hac vice*
David Gindler, admitted *pro hac vice*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mchu@irell.com
dgindler@irell.com
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK