# EXHIBIT C



UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------------------x

IN RE:  COLUMBIA UNIVERSITY        MDL NO. 1592

PATENT LITIGATION

------------------------------------------x

IMMUNEX CORPORATION, a Washington

Corporation and AMGEN INC., a Delaware

Corporation,

                    Plaintiffs,

                                    Civil Action No.

        -against-                   04-10740-MLW

THE TRUSTEES OF COLUMBIA UNIVERSITY

in the City of New York, a New York

Corporation,

                    Defendants.

------------------------------------------x

AND RELATED COUNTERCLAIM

------------------------------------------x



                         September 14, 2004

                         9:11 a.m.


        VIDEOTAPED DEPOSITION of P.R. SRINIVASAN,
taken by the Plaintiffs, pursuant to Subpoena, at
the law offices of WILSON SONSINI GOODRICH &
ROSATI, P.C., 12 East 49th Street, New York, New
York before Karen Perlman, a Shorthand Reporter
and Notary Public within and for the State of New
York.

The Koll Center
501 West Broadway
Suite 1330
San Diego, CA 92101
Tel: 619.234.9100
Fax: 619.234.9109
Toll Free: 877.234.DEPO
3 3 7 6

sscourtreporters.com

DISK
ENCLOSED



1                    P.R. Srinivasan

2  that, and that provides funds for certain

3  activities, that's how you -- you just came to

4  know of it.

5        Q.    When you referred to the funds for

6  certain activities, what were you referring to?

7        A.    It was, I think it -- because they

8  had -- it supported some -- it supported the --

9  their labs -- laboratories, and also I think they

10  had -- and they also provided some -- it provided

11  also some friends, I think -- I don't know how --

12  I have no idea how they did that.

13            It also said that some -- it also

14  helped some of the students who needed stipends

15  or something like that, that's -- that's the only

16  way I heard it.

17        Q.    Did any of the money from these

18  patents benefit your department?

19            MR. BARKSY:  No foundation.  Calls

20        for speculation.

21            You may answer.

22        A.    I -- I have no idea, I have no idea.

23  At least I didn't get any money.  That's all I

24  can tell you.

25        Q.    Did any of your students receive any

```
 1                    P.R. Srinivasan
 2  money --
 3          A.    No.
 4          Q.    -- from those funds?
 5          Do you recall who first contacted
 6  you regarding becoming a consultant in connection
 7  with this litigation?
 8              MR. BARKSY:  Well, your question
 9          assumes facts not in evidence.
10              But, Professor Srinivasan, she's only
11          asking if you remember the name of the
12          person with whom you first spoke, that's
13          all she's asking and that is all you should
14          answer.
15          A.    Yes, I -- I do remember it -- the --
16  it was Mr. Chen from the -- with general counsel,
17  I guess, general counsel and he --
18              MR. BARKSY:  You've answered her
19          question.  Thank you.
20          Q.    When you say, "general counsel,"
21  you're referring to the general counsel of
22  Columbia University?
23          A.    I don't know what is -- I don't know
24  what his exact title is.  I -- I assumed he was a
25  general counsel.  I don't know what capacity
```

1              P.R. Srinivasan

2    general counsel, I don't have any idea.

3        Q.    But he's an attorney at Columbia

4    University?

5        A.    I believe so, yes, he said he was an

6    attorney here.

7        Q.    And when did Mr. Chen first contact

8    you regarding becoming a consultant in this

9    litigation?

10             MR. BARSKY:  You're only being asked

11        about a date, so you should not repeat any

12        other manner of your communications.

13       A.    May -- may -- maybe during the

14   summer, I don't know.  Certainly about -- just --

15   I don't know exactly when, I can't tell you, but

16   certainly it would be between the last -- at

17   least during the last -- during the last two

18   months.  That is all I can recall, I can't recall

19   when.

20       Q.    So sometime after the 4th of July

21   holiday this year?

22       A.    As I said, since I don't -- I don't

23   recall exact date because I never -- I never paid

24   attention -- at least paid attention to the -- as

25   to when, but it's a fact, it's possible, but I

```
1                    P.R. Srinivasan
2    don't remember right now.
3         Q.    Have you -- let's see.  Let me start
4    again.
5                Did you meet with Mr. Chen in
6    person?
7         A.    No, I did not.
8         Q.    Have you ever met someone named John
9    White?
10        A.    John White?
11        Q.    Umm-hmm.
12        A.    No.
13        Q.    Have you been asked to sign any
14   documents in connection with prosecution of a
15   patent on which Richard Axel is the named
16   inventor?
17               MR. BARKSY:  Can I hear that
18        question again, please.
19               (The record is read.)
20               MR. BARKSY:  You may answer.
21        A.    It's still not clear to me when you
22   mean prosecution of a patent.
23        Q.    By prosecution of a patent, I'm
24   referring to interactions with the Patent and
25   Trademark Office of the United States?
```

124

181

1

2                          CERTIFICATE

3

STATE OF NEW YORK )

4                              :

COUNTY OF NEW YORK)

5

6        I, KAREN PERLMAN, a Shorthand Reporter and

7   Notary Public within and for the State of New

8   York, do hereby certify:

9        That P.R. SRINIVASAN, the witness whose

10  deposition is hereinbefore set forth, was duly

11  sworn by me and that such deposition is a true

12  record of the testimony given by such witness.

13       I further certify that I am not related to

14  any of the parties to this action by blood or

15  marriage, and that I am in no way interested in

16  the outcome of this matter.

17       IN WITNESS WHEREOF, I have hereunto set my

18  hand this 15th day of September, 2004.

19

20

21

22          *Karen Perlman* (signature)

23    _____

24               KAREN PERLMAN

25