# Exhibit D

<u>COLUMBIA UNIVERSITY</u>

<u>License Agreement
relating to
U.S. Patent No. 4,399,216 et al</u>.

THIS AGREEMENT, dated as of July 31, 1990, between THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation ("Columbia"), and GENETICS INSTITUTE, INC., a Delaware corporation ("Licensee"),

**REDACTED**

3. **Fees and Royalties**.

(b) On the first day of January of each calendar year following 1990, Licensee shall pay Columbia a non-refundable annual fee of $30,000. In each year, beginning in 1991, in which Licensee owes royalty payments to Columbia, Licensee may credit that year's annual fee against royalty payments due.

REDACTED