# Exhibit G

COLUMBIA UNIVERSITY SCIENCE AND TECHNOLOGY VENTURES



Engineering Terrace, Suite 363
Mail Code 2206
500 West 120th Street
New York, NY 10027, U.S.A.

212.854.8444 T
212.854.8463 F
stv.columbia.edu

March 9, 2004

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

Genetics Institute LLC
87 Cambridge Park Drive
Cambridge, MA  02140
Attn:  Bruce C. Eisen, Esq.

      Re:    <u>Notice of Material Breach of License Agreement</u>

Dear Sir or Madam:

      Pursuant to Section 5(b) of the license agreement dated July 31, 1990, between Columbia and Genetics Institute, Inc., Columbia hereby gives notice that Genetics Institute is in material breach of its obligations under this agreement.

      Columbia is terminating the license agreement based on the following material breaches by Genetics Institute:  (1) failing to pay all royalties due on Licensed Products manufactured on or after September 24, 2002, the date on which United States Patent No. 6,455,275 was issued; (2) failing to provide required reports for such unpaid royalties; (3) failing to pay all fees due under the license agreement.  Accordingly, this agreement shall terminate in thirty days, unless Genetics Institute cures its material breach within that time frame.

      This letter identifies only those material breaches based on which Columbia is terminating the license agreement.  Nothing contained herein is intended to be, nor should be construed as, a waiver or modification of any of Columbia's rights to seek all appropriate relief for any breach of the parties' license agreement not set forth in this letter.

                    Very truly yours,

                    Michael J. Cleare, Ph.D.
                    Executive Director
                    Science and Technology Ventures

Genetics Institute LLC.
March 9, 2004
Page 2


cc:    Wyeth
       IP Law Department
       87 Cambridge Park Drive
       Cambridge, MA  02140
       Attn: M. Andrea Ryan
       Attn: General Counsel

       Wyeth
       Five Giralda Farms
       Madison, NJ  07940
       Attn: General Counsel