UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592 (MLW)

This Document Relates To All Actions

## COLUMBIA UNIVERSITY'S ASSENTED-TO MOTION FOR LEAVE TO FILE AN OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant The Trustees of Columbia University in the City of New York ("Columbia") respectfully seeks leave to file an overlength reply memorandum in support of its Motion to Dismiss. The length of the reply memorandum is necessary because it responds, in consolidated form, to all six of the opposition memoranda filed by the plaintiffs. Plaintiffs' opposition memoranda total ninety-nine pages of text, excluding declarations and exhibits. Accordingly, Columbia respectfully requests leave to file this consolidated reply which is less than one-third the collective length of the opposition memoranda to which it responds.

September 28, 2004

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

/s/ David I. Gindler
David I. Gindler
Irell & Manella LLP

/s/ Wayne M. Barsky
Wayne M. Barsky
Gibson, Dunn & Crutcher LLP

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Columbia conferred with counsel for plaintiffs, who have assented to this motion.

_____/s/ David I. Gindler_____
David I. Gindler