# EXHIBIT 3

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

September 19, 2004

**VIA E-MAIL**

To:   Counsel of Record for Plaintiffs*

Re:   In re Columbia University Patent Litigation, MDL No. 1592

Dear Counsel:

I am writing to follow up regarding the scheduling of expert depositions. We propose that the parties conduct expert depositions in Boston on the following dates, with each deposition starting at 9:00 a.m.:

| | |
|---|---|
| Sept. 27: | Harvey Lodish |
| Sept. 28: | Rodney Kellems |
| Sept. 29: | Bruce Dolnick |
| Sept. 30: | William Lennarz |
| Oct. 1: | Frank Ruddle |

We have received a letter from Genentech's counsel indicating that Dr. Kellems is available only on September 23 and only in Houston. This letter gives no factual support for these contentions, other than a generalized statement of "unavailability" and "other commitments." This is not acceptable. We do not intend to fly around the country to take multiple expert depositions because plaintiffs chose to hire four experts instead of one. Nor are we able to conduct these depositions until Dr. Ruddle has had sufficient time to review the four rebuttal expert reports that plaintiffs have served and the references cited therein. Accordingly, we ask that plaintiffs jointly confirm as soon as possible that the schedule described above is acceptable.

Very truly yours,

David I. Gindler

cc:   Wayne Barsky, Esq.

1186293