# EXHIBIT 7

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

September 13, 2004

**VIA E-MAIL**

Donald Ware, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

Re:   License Agreement between Columbia University and Biogen, Inc.

Dear Mr. Ware:

I am writing to follow up with respect to the status of the License Agreement between The Trustees of Columbia University in the City of New York ("Columbia") and Biogen, Inc. ("Biogen") dated as of December 1993. In light of the Covenant Not to Sue that Columbia filed on September 1, 2004, Columbia withdraws the notice of termination dated March 9, 2004. With the withdrawal of the notice of termination, Columbia confirms that the License Agreement is in full force and effect retroactive to the date on which the termination otherwise would be effective.

By withdrawing the notice of termination, Columbia is not waiving any grounds for termination of the License Agreement, except for the failure to pay royalties based on the '275 patent as it currently reads with respect to any product currently made, used, offered for sale, sold, or imported by Biogen, or any product that was made, used, offered for sale, sold, or imported by Biogen prior to the date of the Covenant Not to Sue.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

David I. Gindler

DIG:mc

1183274.

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

September 13, 2004

**VIA E-MAIL**

Donald Ware, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

    Re:    <u>License Agreement between Columbia University and Genzyme Corporation</u>

Dear Mr. Ware:

    I am writing to follow up with respect to the status of the License Agreement between The Trustees of Columbia University in the City of New York ("Columbia") and Genzyme Corporation ("Genzyme") dated as of February 1994. In light of the Covenant Not to Sue that Columbia filed on September 1, 2004, Columbia withdraws the notice of termination dated March 9, 2004. With the withdrawal of the notice of termination, Columbia confirms that the License Agreement is in full force and effect retroactive to the date on which the termination otherwise would be effective.

    By withdrawing the notice of termination, Columbia is not waiving any grounds for termination of the License Agreement, except for the failure to pay royalties based on the '275 patent as it currently reads with respect to any product currently made, used, offered for sale, sold, or imported by Genzyme, or any product that was made, used, offered for sale, sold, or imported by Genzyme prior to the date of the Covenant Not to Sue.

    If you have any questions, please do not hesitate to contact me.

                      Very truly yours,

                      David I. Gindler

DIG:mc

1183107.