# EXHIBIT 8

```
                                                                    1
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS



     IN RE:  COLUMBIA UNIVERSITY      )  CA 04-01592
                                      )  Boston, MA
     PATENT LITIGATION                )  September 9, 2004
                                      )



                 BEFORE THE HONORABLE MARK L. WOLF
                   UNITED STATES DISTRICT JUDGE
                       TELEPHONE CONFERENCE



     APPEARANCES:


     (As previously noted.)













                        JUDITH A. TWOMEY, RPR
                        Official Court Reporter
                         One Courthouse Way
                       Courtroom 10~Room 5200
                          Boston, MA 02210
                           (617)946-2577
```

                                                                10

1          THE COURT:  Well, but I haven't gone back to the
2  pleadings today.  The question before me is not -- you
3  know, it's in part whether there's any case or
4  controversy at all.  If I'm going to dismiss -- well,
5  these are the type of issues.  But, I mean, as a
6  practical matter, if you're going to talk about
7  settlement, which Columbia tells me as recently as the
8  joint report yesterday it's willing to do, or if you're
9  going to talk about narrowing the issues, I think
10 Columbia has to be clear on whether Biogen has a license
11 today or not.
12         MR. GINDLER:  This is David Gindler.  I'm happy
13 to communicate that position to Biogen sometime later
14 today.  I will go back and look at their (sic) letter.
15         THE COURT:  But with regard to all of the
16 plaintiffs.
17         MR. GINDLER:  I'm happy to do that for all of
18 the plaintiffs.
19         THE COURT:  All right.  Because it's -- and if
20 it takes you longer than today, take your time.  I mean,
21 you're not going to take forever, I know.
22         MR. GINDLER:  I don't think it will take longer
23 than today or tomorrow.
24         THE COURT:  All right.  Because that -- I was
25 wondering about the language insofar as they were based