# EXHIBIT 9

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

September 19, 2004

**VIA E-MAIL**

Claire Laporte, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210-2600

Re:   In re Columbia University Patent Litigation, MDL No. 1592

Dear Claire:

As you know, Columbia has informed Biogen and Genzyme that their license agreements are in full force and effect. Accordingly, under *Gen-Probe Inc. v. Vysis, Inc.*, 359 F.3d 1376 (Fed. Cir. 2004), there is no subject matter jurisdiction over any of Johnson & Johnson's declaratory relief claims against Columbia. I would appreciate your confirming as soon as possible that Biogen and Genzyme will voluntarily dismiss these claims. Please call me on Monday to discuss this issue.

Very truly yours,

David I. Gindler

DIG:mc

1186169