UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY<br>PATENT LITIGATION | MDL No. 04-MD-1592 (MLW)<br><br>Civil Action No. 04-10470-MLW<br>C.D. Cal. No. CV 02-4349 MRP (CWx) |

**COLUMBIA UNIVERSITY'S EMERGENCY MOTION FOR LEAVE TO COMPLETE THE DEPOSITION OF AMGEN'S PRINCIPAL EXPERT, BRUCE DOLNICK**

Dated: October 1, 2004

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Wayne M. Barsky
Kevin S. Rosen
Amanda Tessar
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California
90067-3026
(310) 552-8500
(310) 551-8741 (fax)

ATTORNEYS FOR THE TRUSTEES
OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK

The Trustees of Columbia University ("Columbia") seek leave pursuant to Federal Rule of Civil Procedure 30(d)(2) to complete the deposition of the principal expert retained by Amgen Inc. and Immunex Corp. (collectively "Amgen") in this case, Dr. Bruce Dolnick. Dr. Dolnick has been deposed for a single, seven-hour day thus far. Columbia believes that Dr. Dolnick's deposition can be completed in a single additional day of seven hours of testimony, and seeks no more than that amount of time by this motion. Columbia requests that it be permitted to complete Dr. Dolnick's deposition within a reasonable time before its responses to summary judgment motions are due.

The bases for Columbia's motion are set forth in the memorandum of law in support of this motion.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

/s/ Wayne M. Barsky
Wayne M. Barsky
Gibson, Dunn & Crutcher LLP

/s/ Scott McConchie
Scott McConchie
Griesinger Tighe & Maffei, LLP

Dated: October 1, 2004

### Certificate Under L.R. 7.1

In accordance with Local Rule 7.1(a)(2), Wayne Barsky, counsel for Columbia, certifies that he conferred with Amgen's counsel, Vicki Norton and Lara Payne, on September 29, 2004 about this Motion and attempted in good faith to resolve the matter, but was unable to reach agreement.

/s/ Wayne M. Barsky
Wayne M. Barsky
Gibson, Dunn & Crutcher LLP