UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 04-MD-1592 (MLW)<br><br>Civil Action No. 04-10470-MLW<br>C.D. Cal. No. CV 02-4349 MRP (CWx) |

## AFFIDAVIT OF SCOTT McCONCHIE

Scott McConchie, upon oath, deposes and says as follows:

1. I am an attorney at the firm of Griesinger, Tighe & Maffei, LLP. I represent the defendant, Columbia University, in this action. I am a member in good standing of the bars of this Court and of the Commonwealth of Massachusetts. This affidavit is submitted in connection with Columbia University's Emergency Motion For Leave To Complete The Deposition Of Amgen's Principal Expert, Bruce Dolnick.

2. Attached hereto is a true copy of the Deposition Transcript of Bruce Dolnick, dated September 29, 2004. Due to its length, the transcript is not being submitted electronically, but will be attached to the courtesy copy sent to the Court. Counsel for Columbia will email plaintiffs' counsel a copy of the transcript.

/s/ Scott McConchie
Scott McConchie

Dated: October 1. 2004