UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY ) MDL NO. 1592
PATENT LITIGATION )

ORDER

WOLF, D.J.                                              October 1, 2004

The court has just received Biogen Idec MA, Genzyme Corporation, and Abbot Bioresearch Center, Inc.'s Emergency Motion to Extend Summary Judgment Briefing Schedule (the "Motion"). It is hereby ORDERED that:

1. The other parties shall, by 4:30 p.m. on October 4, 2004, respond to the Motion.

2. Counsel for Biogen and Genzyme shall, by 5:00 p.m. today, submit to Deputy Clerk Dennis O'Leary two courtesy copies of the Motion and the attachments to it.

3. While the court will grant at least a one week extension, the request for a three week extension will be addressed at the October 6, 2004 hearing.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE