```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) ) | MDL NO. 1592 |

ORDER

WOLF, D.J.                                            October 1, 2004

It is hereby ORDERED that:

1. The other parties shall, by 4:30 p.m. on October 4, 2004, respond to Columbia University's October 1, 2004 Emergency Motion for Leave to Complete the Deposition of Amgen's Principal Expert, Bruce Dolnick (the "Motion"). The Motion will be addressed at the October 6, 2004 hearing.

2. In connection with Columbia's motion to dismiss, the parties shall be prepared to discuss at the October 6, 2004 hearing GFI, Inc. v. Franklin Industries, 27 F. Supp. 2d 696, 691-92 (N.D. Miss. 1998).

```
                          /s/ MARK L. WOLF
                      UNITED STATES DISTRICT JUDGE
```