# EXHIBIT A

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

3611 Valley Centre Drive, Suite 525
San Diego, CA 92130
PHONE 858.350.2300
FAX 858.350.2399
www.wsgr.com

VICKI G. NORTON
Internet: vnorton@wsgr.com
Direct Dial: (858) 350-2305

September 17, 2004

Wayne Barsky, Esq.
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California 90067-3026

Re:  **Immunex Corp. and Amgen Inc. v. Columbia University**

Dear Wayne:

We previously discussed today Amgen's request for Columbia's agreement to the deposition of an additional elderly witness, Dr. Sol Goodgal. You asked for evidence of Dr. Goodgal's grant publication. Accordingly, we enclose a copy of the Notice of Grant Award to Dr. Goodgal for the project "Genetic Transfer in Mammalian Somatic Cells." We previously provided you with the abstract for this grant.

We would consider delaying Dr. Goodgal's deposition beyond the next few weeks so long as you agree that his deposition can proceed well prior to the end of October. Further, we will only consider delaying his deposition if you agree that it will go forward regardless of the outcome of Columbia's motion to dismiss.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Vicki G. Norton

VGN/aeb

AMGEN - Ltr 2 to Barsky re goodgal.doc

PALO ALTO    AUSTIN    KIRKLAND    NEW YORK    RESTON    SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO

09/17/2004  12:56  8583502399                WSGR                                    PAGE  03

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE                          DATE ISSUED: December 6, 1979
PUBLIC HEALTH SERVICE         RESEARCH    21280
                                                                      GRANT NUMBER:
# NOTICE OF GRANT AWARD
                              DEC 14 1979                             5 R01 GM24263-03      GEN

TYPE OF AWARD:  RESEARCH                                              TOTAL PROJECT PERIOD:
AUTHORIZED BY:  42 USC 241, 42 CFR 52                                 From 01/01/78  Through 12/31/80
AWARDED BY:     NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Title of Project or Area of Training
GENETIC TRANSFER IN MAMMALIAN SOMATIC CELLS

| Grantee Institution | Principal Investigator/Program Director/Awardee |
|---|---|
| UNIVERSITY OF PENNSYLVANIA<br>3451 WALNUT STREET<br>FRANKLIN BUILDING/16<br>PHILADELPHIA, PA  19104 | GOODGAL, SOL H                          PHD<br>UNIVERSITY OF PENNSYLVANIA<br>DEPARTMENT OF MICROBIOLOGY<br>PHILADELPHIA, PA  19104 |

APPROVED BUDGET

FOR BUDGET PERIOD  01/01/80  Through  12/31/80

| | |
|---|---|
| Salaries and Wages | $ 20,334 |
| Fringe Benefits | 5,715 |
| Total Personnel Costs | $ 26,049 |
| Consultant Costs | |
| Equipment | 1,000 |
| Supplies | 9,000 |
| Travel - Domestic | 400 |
| - Foreign | |
| Patient Care - Inpatient | |
| - Outpatient | |
| Alterations and Renovations | |
| Contractual or Third Party Costs | 6,367 |
| Trainee Stipends | |
| Trainee Tuition and Fees | |
| Trainee Travel | |
| TOTAL DIRECT COSTS | $ 42,816 |

AWARD COMPUTATION

| | |
|---|---|
| 1. DIRECT COSTS | $ 42,816 |
| 2. INDIRECT COSTS | $ 0 |
| (Calculated at _____ rate) | |
| 3. TOTAL | $ 42,816 |
| 4. Less Unobligated Balance From Prior Budget Period(s) | $ |
| 5. AMOUNT OF THIS AWARD | $ 42,816 |

COST SHARING CONTRIBUTION  (1) Per Inst. agreement dated  07/01/73
                           (2) Per Indiv. agreement, minimum

SUPPORT RECOMMENDED FOR REMAINDER OF PROJECT PERIOD*

| Budget Period | Total Direct Costs (Includes Stipends) | Stipends |
|---|---|---|
| 04 | NONE | |

When PHS Prior Approval is required for rebudgeting, submit request to Grants Management Official below.

*Subject to availability of funds and satisfactory progress.

REMARKS:
APPLICABLE INDIRECT COSTS WILL BE PROVIDED ON A SUMMARY NOTICE.

THE PROGRAM ADMINISTRATOR FOR THIS GRANT IS DR. DAVID BECK - 301/496-7175.
GRANTS MANAGEMENT SPECIALIST(S) FOR THIS GRANT: D. McNISH/B. SPINKS - 301/496-7166.

TERMS OF ACCEPTANCE: By acceptance of funds awarded under this grant, the grantee acknowledges that it will comply with terms and conditions of the following: (1) Legislation cited above; (2) Regulations cited above; (3) Provisions on or attached to this award notice and signed by the official(s) named below; (4) PHS Grants Administration Manual Chapters in effect on the beginning date of the grant Budget Period; (5) PHS Grants Policy Statement in effect on the beginning date of the grant Budget Period; (6) 45 CFR Part 74. The above order of precedence shall prevail.

| PY Common Account Number | CRS/Entity Identification No. | PHS List Number | Document Number |
|---|---|---|---|
| 3-8423527 | 1231352685A1 | 80-GM-0149 | (08) R1GM24263A |

| PROGRAM OFFICIAL | PHS Grants Management Official |
|---|---|
| *[signature]* | *[signature]* |
| ARTHUR E. HEMING, PH.D.<br>ASSOCIATE DIRECTOR FOR<br>PROGRAM ACTIVITIES<br>NAT. INST. OF GEN. MED. SCIENCES | EVELYN W. CARLIN<br>GRANTS MANAGEMENT OFFICER<br>OFFICE ASSOC. DIRECTOR PROGRAM<br>ACTIVITIES, NIGMS |

45-1523 (Formerly NIH-2007)
Rev. 9-76) Copies distributed to Principal Investigator, Program Director or Awardee, and Business Office.