# EXHIBIT B

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

2029 Century Park East  Los Angeles, California 90067-3026
(310) 552-8500
www.gibsondunn.com

wbarsky@gibsondunn.com

September 17, 2004

**VIA TELECOPIER**

Direct Dial
(310) 557-8183
Fax No.
(310) 552-7010

Client No.
T 92695-00001

Vicki G. Norton, Esq.
Wilson Sonsini Goodrich & Rosati
3611 Valley Centre Drive, Suite 525
San Diego, CA 92130

Re:   *Immunex Corp and Amgen Inc. v. Columbia University*

Dear Ms. Norton:

Thank you for your letter of September 17, 2004, but I think you misunderstood me. I did not ask for evidence of Dr. Goodgal's grant publication. I asked for a copy of his grant application, which you stated was prior art, and of which you confirmed having a copy. You said you would send the application to me. If you have changed your mind about doing so, please tell me.

In any event, we cannot agree with the conditions you outline in your letter for conducting Dr. Goodgal's deposition.

Sincerely,

Wayne M. Barsky

WMB/elh/20175550_1.DOC

cc:   David I. Gindler, Esq.

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER