UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA UNIVERSITY
PATENT LITIGATION

04-MDL-1592
This document relates to all actions

## JOHNSON & JOHNSON'S RESPONSE TO EMERGENCY MOTION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to the Court's Order dated October 1, 2004, plaintiff Johnson & Johnson ("J&J") respectfully states that it does not oppose the motion by Biogen Idec MA, Genzyme Corporation and Abbott Research Laboratories, Inc. to extend the briefing schedule with respect to motions for summary judgment on the issue of double patenting.

October 4, 2004

Respectfully submitted,

PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
212-336-2000


By: /s/   Steven A. Zalesin
    Steven A. Zalesin
    Melissa Mandrgoc

Attorneys for Plaintiff Johnson & Johnson

Of counsel:

    Harman Avery Grossman, Esq.
    Johnson & Johnson