UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates to All Actions |

**PLAINTIFF GENENTECH, INC.'S STATEMENT OF NONOPPOSITION TO EMERGENCY MOTION TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to the Court's Order dated October 1, 2004, plaintiff Genentech, Inc. hereby states that it does not oppose the Emergency Motion To Extend Summary Judgment Briefing Schedule filed October 1, 2004, by plaintiffs Biogen Idec MA, Inc., Genzyme Corporation, and Abbott Bioresearch Center, Inc.

DATED: October 4, 2004

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By    /s/ Adrian M. Pruetz
    Adrian M. Pruetz
    Charles K. Verhoeven
    Robert W. Stone

50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiff Genentech, Inc.*