# Exhibit A

                                                                    1

                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


IN RE:   COLUMBIA UNIVERSITY      )   CA 04-01592
                                  )   Boston, MA
PATENT LITIGATION                 )   September 9, 2004
                                  )


                BEFORE THE HONORABLE MARK L. WOLF
                   UNITED STATES DISTRICT JUDGE
                       TELEPHONE CONFERENCE


APPEARANCES:


(As previously noted.)










                    JUDITH A. TWOMEY, RPR
                    Official Court Reporter
                      One Courthouse Way
                  Courtroom 10~Room 5200
                       Boston, MA 02210
                        (617)946-2577

9

1    raised this in our conference call with Mr. Gindler on
2    Tuesday and, similarly, were not told one way or the
3    other what Columbia's position was as to whether there
4    was a license in effect.
5           THE COURT:  Well, that anticipated my next
6    question.  These are the type of things when, you know,
7    you're conferring, to narrow or eliminate disputes, you
8    ought to be focusing on, because if Biogen has its
9    license back, if it's Columbia's position -- and it has
10   to be clarified that it's not terminated -- under that
11   Gen-Probe case that I discussed at 29 to 30 of
12   preliminary injunction decision on August 13, maybe that
13   contributes to eliminating a case in controversy too.
14   Or, conversely, and this is really a rhetorical -- this
15   is really not a rhetorical question -- if they have lost
16   their licenses, does that distinguish this from that
17   Supersack line of cases?
18           MR. GINDLER:  Your Honor, it might create a
19   controversy between the parties as to whether or not
20   their license is in effect, but it would not be in a
21   controversy at all about the '275 patent because it would
22   simply be a controversy, for example, with Biogen as to
23   whether or not we had the right to terminate or, later,
24   to permit an audit.  That's not a question about the '275
25   patent.

1      THE COURT:  Well, but I haven't gone back to the
2  pleadings today.  The question before me is not -- you
3  know, it's in part whether there's any case or
4  controversy at all.  If I'm going to dismiss -- well,
5  these are the type of issues.  But, I mean, as a
6  practical matter, if you're going to talk about
7  settlement, which Columbia tells me as recently as the
8  joint report yesterday it's willing to do, or if you're
9  going to talk about narrowing the issues, I think
10  Columbia has to be clear on whether Biogen has a license
11  today or not.
12      MR. GINDLER:  This is David Gindler.  I'm happy
13  to communicate that position to Biogen sometime later
14  today.  I will go back and look at their (sic) letter.
15      THE COURT:  But with regard to all of the
16  plaintiffs.
17      MR. GINDLER:  I'm happy to do that for all of
18  the plaintiffs.
19      THE COURT:  All right.  Because it's -- and if
20  it takes you longer than today, take your time.  I mean,
21  you're not going to take forever, I know.
22      MR. GINDLER:  I don't think it will take longer
23  than today or tomorrow.
24      THE COURT:  All right.  Because that -- I was
25  wondering about the language insofar as they were based