# EXHIBIT 4

Deposition Schedule

## Herlihy, Eileen

**From:** Laporte, Claire [CLaporte@Foleyhoag.com]
**Sent:** Friday, September 24, 2004 12:22 PM
**To:** dgindler@irell.com; wbarsky@gibsondunn.com; ATessar@gibsondunn.com; Paul Schuck; awineburg@akingump.com; clevy@foleyhoag.com; charlesverhoeven@quinnemanuel.com; Herlihy, Eileen; ezei@foleyhoag.com; Claire Laporte (Laporte, Claire); mmcfarlane@kayscholer.com; mmandrgoc@pbwt.com; msd@dcglaw.com; Ware, Donald; Adrian Pruetz; Jeffrey Lewis; Kirke Hasson; Leora Ben-Ami; Marcus Sernel; Mark Pals; Pat Carson; Quinn Emanuel; Robert Stone; Steve Zalesin; Victoria Maroulis
**Subject:** Deposition Schedule

Dear counsel: It appears that we have agreement on the following schedule:

| | |
|---|---|
| Dr. Lennarz | September 27 |
| Dr. Dolnick | September 29 |
| Dr. Lodish | October 1 |
| Dr. Kellems | October 2 |
| Dr. Ruddle | October 3 and 4 |

Still to be determined are the issues Columbia has raised concerning document production.

– Claire Laporte

10/4/2004