UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 04-MD-1592 (MLW)<br><br>Civil Action No. 04-10470-MLW<br>C.D. Cal. No. CV 02-4349 MRP (CWx) |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF COLUMBIA UNIVERSITY'S EMERGENCY MOTION FOR LEAVE TO COMPLETE THE DEPOSITION OF AMGEN'S PRINCIPAL EXPERT, BRUCE DOLNICK**

Dated: October 5, 2004

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Wayne M. Barsky
Kevin S. Rosen
Amanda Tessar
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California
90067-3026
(310) 552-8500
(310) 551-8741 (fax)

ATTORNEYS FOR THE TRUSTEES
OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK

Pursuant to Local Rule 7.1(B)(3), The Trustees of Columbia University ("Columbia") requests leave of Court to file a short reply brief in support of its Emergency Motion For Leave To Complete The Deposition Of Amgen's Principal Expert, Bruce Dolnick. The reply brief is filed simultaneously with the filing of this motion. Columbia believes that its 1½ page reply brief will assist the Court in understanding and evaluating the arguments presented in Amgen's opposition brief.

Counsel for Amgen has assented to Columbia filing a reply.

> Respectfully submitted,
>
> THE TRUSTEES OF COLUMBIA
> UNIVERSITY IN THE CITY OF NEW YORK
>
> By its attorneys,
>
> /s/ Amanda Tessar
> Amanda Tessar
> Gibson, Dunn & Crutcher LLP
>
> /s/ Scott McConchie
> Scott McConchie
> Griesinger, Tighe & Maffei, LLP

Dated: October 5, 2004

## Certificate Under L.R. 7.1

In accordance with Local Rule 7.1(a)(2), counsel for Columbia conferred with counsel for Amgen, and counsel for Amgen indicated that they assent to this motion.

> /s/ Amanda Tessar
> Amanda Tessar
> Gibson, Dunn & Crutcher LLP

- 1 -