UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



FILED IN CLERK'S OFFICE
2004 SEP 30 P 4: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant. | MDL NO. 1592<br><br>Judge Mark L. Wolf |
| AND RELATED COUNTERCLAIM | |

**ASSENTED-TO MOTION FOR ADMISSION OF MONIQUE L. CORDRAY**
*__PRO HAC VICE__*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Eileen M. Herlihy, a member of the bar of this Court, moves that:

Monique L. Cordray, a member of the bars of the States of California and Florida, the District of Columbia, the Southern, Central, Northern and Eastern District of California, and the U.S. Patent and Trademark Office, be granted leave to appear and practice in this Court in the above-entitled action.

Accompanying this Motion is the Affidavit of Monique L. Cordray attesting that: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a

- 2 -

member of the bar in any jurisdiction; and (3) she is familiar with the local Rules of the United States District Court for the District of Massachusetts.

<div style="margin-left: 40%;">
IMMUNEX CORPORATION AND AMGEN INC.
By their attorney,

*Eileen M. Herlihy /kk*
Eileen M. Herlihy
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
eherlihy@palmerdodge.com
(617) 239-0100
</div>

September 30, 2004

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on September 30, 2004 plaintiffs' counsel, Eileen M. Herlihy, conferred with defendant's counsel and defendant's counsel assented to this Motion.

*Eileen M. Herlihy /kk*

- 2 -

## SERVICE LIST FOR AMGEN FILING

I hereby certify that a copy of the foregoing Motion for Admission of Monique L. Cordray *Pro Hac Vice* and accompanying affidavit has been served by email and overnight mail on this 30th day of September, 2004.

*Kara Krolikowski*
Kara Królikowski

Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
dware@foleyhoag.com
CLaporte@Foleyhoag.com
clevy@foleyhoag.com
Telephone:  (617) 832-1000
Facsimile:   (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND
  GENZYME CORPORATION

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, IL  60601
mpals@kirkland.com
msernel@kirkland.com
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
peg@dcglaw.com
msd@dcglaw.com
Telephone:  (617) 720-2880
Facsimile:    (617) 720-3554

Attorneys for ABBOTT BIORESEARCH
CENTER, INC.

Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
adrianpruetz@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
robertstone@quinnemanuel.com
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for GENENTECH, INC.

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
lbenami@kayescholer.com
pcarson@kayescholer.com
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
rfrank@choate.com
Telephone: (617) 248-5000
Facsimile:  (617) 248-4000

Attorneys for WYETH AND
GENETICS INSTITUTE LLC

Steven A. Zalesin, admitted *pro hac vice*
Melissa Mandrgoc, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
sazalesin@pbwt.com
mmandrgoc@pbwt.com
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for JOHNSON & JOHNSON

Morgan Chu, admitted *pro hac vice*
David Gindler, admitted *pro hac vice*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mchu@irell.com
dgindler@irell.com
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK