UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No. 04-10740-MLW<br><br>C.D. Cal. No. CV 03-4349MRP (CWx)<br><br>Judge Mark L. Wolf |

### AFFIDAVIT OF MONIQUE L. CORDRAY

I, Monique L. Cordray, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2. I am the Senior Associate General Counsel for Amgen Inc., One Amgen Center Drive, Thousand Oaks, California 91320.

3. I am an active member of the bar of the State of California having been admitted in 1996.

4. I am an inactive member of the bars of Florida, admitted in 1989, and the District of Columbia, admitted in 1991.

- 2 -

5.  I am also admitted to Southern, Central, Northern and Eastern District of California, and the U.S. Patent and Trademark Office.

6.  I am a member in good standing in every jurisdiction in which I have been admitted to practice.

7.  There are no disciplinary proceedings against me in any jurisdiction.

8.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 24 day of September, 2004.

Monique L. Cordray

- 2 -