UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 30 P 4: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | Civil Action No. 04-10740-MLW. |
| | C.D. Cal. No. CV 03-4349MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

## AFFIDAVIT OF KATHLEEN FOWLER

I, Kathleen Fowler, state as follows:

1.      I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2.      I am Senior Counsel and Patent Attorney for Amgen Inc., One Amgen Center Drive, Thousand Oaks, California 91320.

3.      I am an active member of the bars of the State of California, having been admitted in 1995, and the State of Washington, having been admitted in 2001.

- 2 -

4.    I am also admitted to the Northern District of California, the Supreme Court of California, the Court of Appeals for the Ninth Circuit, and the U.S. Patent and Trademark Office.

5.    I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6.    There are no disciplinary proceedings against me in any jurisdiction.

7.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.


Signed under the pains and penalties of perjury this 24 day of September, 2004.


_____
Kathleen Fowler