UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 30 P 4: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | Civil Action No. 04-10740-MLW |
| | C.D. Cal. No. CV 03-4349MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY, a New York Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

## AFFIDAVIT OF SIEGMUND Y. GUTMAN

I, Siegmund Y. Gutman, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Inc. and Immunex Corporation.

2. I am Corporate Counsel for Amgen Inc., One Amgen Center Drive, Thousand Oaks, California 91320.

3. I am an active member of the bar of the State of Illinois having been admitted in 1997.

4. I am also admitted to the U.S. Patent and Trademark Office.

- 2 -

5.  I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6.  There are no disciplinary proceedings against me in any jurisdiction.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 24th day of September, 2004.

_____
Siegmund Y. Gutman

- 2 -