UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW) |

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, ADRIAN M. PRUETZ, declare as follows:

1.      I am a partner at Quinn Emanuel Urquhart Oliver & Hedges LLP, outside counsel for Genentech, Inc. in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  September <u>16</u>, 2004

_Adrian M. Pruetz_
Adrian M. Pruetz

74015.1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592  (MLW)

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, CHARLES K. VERHOEVEN, declare as follows:

1.      I am a partner at Quinn Emanuel Urquhart Oliver & Hedges LLP, outside

counsel for Genentech, Inc. in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18,

2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

DATED:  September _11_, 2004

_____
Charles K. Verhoeven

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592 (MLW)

## STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, ROBERT W. STONE, declare as follows:

1.    I am a partner at Quinn Emanuel Urquhart Oliver & Hedges LLP, outside counsel for Genentech, Inc. in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18, 2004. I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 24, 2004

_____
Robert W. Stone

74021.1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592  (MLW)

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, W. PAUL SCHUCK, declare as follows:

1.      I am an associate at Quinn Emanuel Urquhart Oliver & Hedges LLP, outside

counsel for Genentech, Inc. in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18,

2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

DATED:  September 2⁄, 2004

W. Paul Schuck

74019.1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592  (MLW)

### STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004

I, MELISSA BAILY, declare as follows:

1.      I am an associate at Quinn Emanuel Urquhart Oliver & Hedges LLP, outside

counsel for Genentech, Inc. in this action.

2.      I have read the Memorandum and Order entered by this Court on August 18,

2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

DATED:  September 16, 2004

Melissa J. Baily
Melissa Baily

74020.1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE COLUMBIA UNIVERSITY
PATENT LITIGATION

MDL No. 1592  (MLW)

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, RACHEL H. SMITH, declare as follows:

1.    I am an associate at Quinn Emanuel Urquhart Oliver & Hedges LLP, outside

counsel for Genentech, Inc. in this action.

2.    I have read the Memorandum and Order entered by this Court on August 18,

2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil

and/or criminal contempt.

3.    I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

DATED:  September 1u, 2004

Rachel H. Smith

74021.1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592  (MLW) |

**STATEMENT PURSUANT TO THE COURT'S ORDER OF AUGUST 18, 2004**

I, MARK JACKSON, declare as follows:

1.      I am Senior Patent Counsel for Genentech, Inc.

2.      I have read the Memorandum and Order entered by this Court on August 18, 2004.  I recognize that I am subject to it, and that any violation of it may be deemed a civil and/or criminal contempt.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  September 17, 2004

Mark Jackson