UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY<br>PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates To All Actions<br><br>**FILED UNDER SEAL** |

**COLUMBIA UNIVERSITY'S REPORT ON THE STATUS OF UNITED STATES APPLICATION NO. 08/477,159**

Pursuant to this Court's Order of October 7, 2004, Defendant The Trustees of Columbia University in the City of New York ("Columbia") submits this report on the status of United States Application No. 08/477,159 (the "'159 application").

**REDACTED**

---

[1] The bates ranges refer to the excerpts from the '159 application prosecution history submitted to the Court by counsel for Biogen, Inc. and Genzyme Corporation on October 7, 2004.

2

**REDACTED**

**REDACTED**

October 8, 2004

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK

By its attorneys,

*Scott McConchie (s/s)*
Thomas F. Maffei (BBO 313220)
Scott McConchie (BBO 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

I hereby certify that a true copy
of the above document was
served upon the attorney of
record for each other party
by ~~mail and facsimile~~ on: email
10/8/04 /s/ Jeanne Shanahan

**REDACTED**