UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 04-MD-1592 (MLW)<br><br>Civil Action No. 04-10470-MLW<br>C.D. Cal. No. CV 02-4349 MRP (CWx) |

**SUBMISSION REGARDING DR. LOUIS SIMINOVITCH'S WILLINGNESS TO VOLUNTARILY SUBMIT TO DEPOSITION PURSUANT TO COURT'S ORDER OF OCTOBER 7, 2004**

Dated: October 11, 2004

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Wayne M. Barsky
Kevin S. Rosen
Amanda Tessar
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California
90067-3026
(310) 552-8500
(310) 551-8741 (fax)

ATTORNEYS FOR THE TRUSTEES
OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK

- 1 -

As required by the Court's October 7, 2004 Order, Defendants The Trustees of Columbia University ("Columbia") have consulted with Dr. Louis Siminovitch regarding his willingness to voluntarily submit to a deposition by Amgen and/or other interested plaintiffs. Columbia reports here Dr. Siminovitch's position as he conveyed it to Columbia; this report should not be construed as an agreement by Columbia to "produce" Dr. Siminovitch.

Dr. Siminovitch has told Columbia that he is willing to testify, in Canada, for up to seven hours at a date of his convenience in the near future if Amgen and/or any other interested plaintiff compensates him for his participation at the rate he is now charging Columbia. Dr. Siminovitch has indicated that a deposition in Toronto, Canada on November 18, 2004 would be convenient for him.

Dated: October 11, 2004

                           Respectfully submitted,

                           THE TRUSTEES OF COLUMBIA
                           UNIVERSITY IN THE CITY OF NEW YORK

                           By its attorneys,

                           /s/ Amanda Tessar
                           Amanda Tessar
                           Gibson, Dunn & Crutcher LLP

60115102v1