UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | 04-MDL-1592<br><br>This document relates to all actions |

**STATEMENT OF JOHNSON & JOHNSON CONCERNING '275 PATENT AND '159 APPLICATION**

Pursuant to the Court's October 7, 2004 Order, plaintiff Johnson & Johnson respectfully states that it has not located any additional case law that changes the analysis of (i) *Spectronics Corp. v. H. B. Fuller Corp., Inc.*, 940 F.2d 631 (Fed. Cir. 1991), with respect to the '275 patent or (ii) *GAF Building Materials Corp. v. Elk Corp. of Dallas*, 90 F.3d 470 (Fed. Cir. 1996), with respect to the '159 application.

October 12, 2004

Respectfully submitted,

PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
212-336-2000

By: /s/   Steven A. Zalesin
       Steven A. Zalesin
       Melissa Mandrgoc

Attorneys for Plaintiff Johnson & Johnson

Of counsel:

    Harman Avery Grossman, Esq.
    Johnson & Johnson