UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>This Document Relates To All Actions |

**DECLARATION OF JASON G. SHEASBY IN SUPPORT OF COLUMBIA UNIVERSITY'S SUPPLEMENTAL MEMORANDUM REGARDING THE IMPLICATIONS OF PROSECUTION LACHES ALLEGATIONS ON COLUMBIA'S MOTION TO DISMISS**

I, Jason G. Sheasby, declare as follows:

1. I am an associate at the law firm of Irell & Manella LLP and counsel of record for The Trustees of Columbia University in the City of New York ("Columbia"). I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A are true and correct copies of pages from the transcript of the October 6, 2004 hearing in this action.

3. Attached hereto as Exhibit B is a true and correct copy of the Brief of Plaintiff-Appellant Spectronics Corp., filed in *Spectronics Corp. v. H.B. Fuller Co., Inc.*, 940 F.2d 631 (Fed. Cir. 1991) (No. 91-1041).

Executed on October 12, 2004, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                /s/ Jason G. Sheasby
                                                Jason G. Sheasby