UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>        Defendant. | Civil Action No. 04-10740-MLW<br><br>C.D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

**AMGEN INC.'S AND IMMUNEX CORPORATION'S SUPPLEMENT IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANT TO PRODUCE DR. SIMINOVITCH FOR HIS DEPOSITION OR IN THE ALTERNATIVE FOR ENTRY OF LETTERS ROGATORY**

      Pursuant to the Court's October 7, 2004 Order, Amgen Inc. and Immunex Corporation (collectively "Amgen") hereby supplement their submissions relating to their Motion To Compel Defendant To Produce Dr. Siminovitch For His Deposition Or In The Alternative For Entry Of Letters Rogatory.

      Columbia's October 11, 2004 submission to this Court does not resolve all issues related to Amgen's subpoenas and Amgen's motion. Amgen is currently working with Columbia to resolve the dispute. If given additional time, the parties may be able to reach agreement.

Therefore, Amgen requests that the Court permit Amgen to submit an additional supplement on October 22, 2004, if the parties are unable to resolve all issues.

| | |
|---|---|
| October 14, 2004 | Respectfully submitted,<br><br>IMMUNEX CORPORATION and AMGEN INC.<br>By their attorneys,<br><br>  /s/  Eileen M. Herlihy<br>Eileen M. Herlihy (BBO #231410)<br>Palmer & Dodge LLP<br>111 Huntington Avenue at Prudential Center<br>Boston, MA  02199-7613<br>Telephone:  (617) 239-0100<br>Facsimile:  (617) 227-4400<br><br>Vicki G. Norton (CA #175067)<br>Wilson Sonsini Goodrich & Rosati<br>3611 Valley Centre Drive, Suite 525<br>San Diego, CA  92130<br>Telephone:  (858) 350-2300<br>Facsimile:  (858) 350-2399 |