UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | Case No. 04-md-01592<br><br>This Document Relates to All Actions |

I certify that I have read and understand the Protective Order issued August 18, 2004 and agree to be bound by its terms.

| | |
|---|---|
| /s/ Patricia A. Carson | October 20, 2004 |
| Patricia A. Carson | Dated |
| KAYE SCHOLER LLP | |
| Attorney for Wyeth and Genetics Institute LLC | |

| | |
|---|---|
| /s/ Leora Ben-Ami | October 20, 2004 |
| Leora Ben-Ami | Dated |
| KAYE SCHOLER LLP | |
| Attorney for Wyeth and Genetics Institute LLC | |

| | |
|---|---|
| /s/ Matthew McFarlane | October 20, 2004 |
| Matthew McFarlane | Dated |
| KAYE SCHOLER LLP | |
| Attorney for Wyeth and Genetics Institute LLC | |

| | |
|---|---|
| /s/ Eric J. Marandett | October 20, 2004 |
| Eric J. Marandett | Dated |
| CHOATE, HALL & STEWART | |
| Attorney for Wyeth and Genetics Institute LLC | |

3759065v1