UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation,<br><br>      Plaintiffs,<br><br>    vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>      Defendant. | Civil Action No. 04-10740-MLW<br><br>C.D. Cal. No. CV 03-4349 MRP (CWx) |
| AND RELATED COUNTERCLAIM | |

**AMGEN INC.'S AND IMMUNEX CORPORATION'S SUBMISSION PURSUANT TO THE COURT'S OCTOBER 15, 2004 ORDER**

Pursuant to the Court's October 15, 2004 Order, Amgen Inc. and Immunex Corporation (collectively "Amgen") hereby supplement their submissions relating to their Motion To Compel Defendant To Produce Dr. Siminovitch For His Deposition Or In The Alternative For Entry Of Letters Rogatory.

Columbia's October 11, 2004 submission to this Court, stating that Dr. Siminovitch is willing to appear for a deposition on November 18, 2004, and Dr. Siminovitch's agreement (as conveyed today by Columbia) to voluntarily produce documents as requested by Amgen's subpoenas at least one week before his deposition, Exh. A, resolves the dispute between the parties concerning discovery from Dr. Siminovitch.

October 22, 2004                              Respectfully submitted,

                                              IMMUNEX CORPORATION and AMGEN INC.
                                              By their attorneys,


                                               /s/ Eileen M. Herlihy
                                              Eileen M. Herlihy (BBO #231410)
                                              Palmer & Dodge LLP
                                              111 Huntington Avenue at Prudential Center
                                              Boston, MA  02199-7613
                                              Telephone:  (617) 239-0100
                                              Facsimile:  (617) 227-4400

                                              Vicki G. Norton (CA #175067)
                                              Wilson Sonsini Goodrich & Rosati
                                              3611 Valley Centre Drive, Suite 525
                                              San Diego, CA  92130
                                              Telephone:  (858) 350-2300
                                              Facsimile:  (858) 350-2399

2