# EXHIBIT A

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1801 California Street, Suite 4200  Denver, Colorado 80202-2642
(303) 298-5700
www.gibsondunn.com

atessar@gibsondunn.com

October 22, 2004

Direct Dial
(303) 298-5742

Fax No.
(303) 313-2826

Client No.
T 92695-00001

VIA FACSIMILE AND U.S. MAIL

Natalie Morgan
Wilson Sonsini Goodrich & Rosati
3611 Valley Centre Drive, Suite 525
San Diego, CA 92130

Re: *In re Columbia University Patent Litigation*, MDL 1592

Dear Natalie:

I write in response to your letter dated October 14, 2004 to Wayne Barsky regarding Dr. Siminovitch's willingness to voluntarily respond to Amgen's document subpoena. I have conveyed your request to Dr. Siminovitch and can now report that he is willing to voluntarily respond to your document subpoena. We will make every attempt to do so within at least a week prior to his deposition.

On another note, we believe that it would be more convenient for all of the parties to hold Dr. Siminovitch's deposition in New York instead of Toronto. Dr. Siminovitch is willing to come to New York for his deposition to take place at GD&C's New York office on November 18, 2004 (with a start to be determined at Dr. Siminovitch's convenience) if all of the plaintiffs will agree that they will not serve him with any type of subpoena or other process during his visit to the United States. Please let us know as soon as possible whether you (and the other plaintiffs) are amenable to this arrangement.

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

## GIBSON, DUNN & CRUTCHER LLP

Natalie Morgan, Esq.
October 22, 2004
Page 2

As always, please feel free to contact me with any questions.

Sincerely,

Amanda Tessar

cc:  Counsel of record, as listed below, via facsimile:

*Counsel for Amgen Inc. and Immunex Corporation:*

Kirke M. Hasson
PILLSBURY WINTHROP LLP
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036

Eileen M. Herlihy
Palmer & Dodge LLP
111 Huntington Ave. at Prudential Center
Boston, MA 02199-7613

*Counsel for Biogen IDEC MA Inc. and Genzyme Corp:*

Donald R. Ware
Clare Laporte
Carla Miriam Levy
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

*Counsel for Abbott Bioresearch Center, Inc.:*

Mark A. Pals
Marcus E. Sernel
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive, Suite 5400
Chicago, IL 60601

## GIBSON, DUNN & CRUTCHER LLP

Natalie Morgan, Esq.
October 22, 2004
Page 3

    Peter E. Gelhaar
    Michael S. D'Orsi
    Donnelly, Conroy & Gelhaar, LLP
    One Beacon Street
    Boston, MA 02108

    *Counsel for Johnson & Johnson:*

    Steven A. Zalesin
    Melissa Mandrgoc
    PATTERSON, BELKNAP, WEBB & TYLER LLP
    1133 Avenue of the Americas
    New York, NY 10036

    *Counsel for Wyeth and Genetics Institute LLC:*

    Leora Ben-Ami
    Patricia Carson
    KAYE SCHOLER, LLP
    425 Park Avenue
    New York, NY 10022-7203

    *Counsel for Genentech, Inc.:*

    Adrian M. Pruetz
    QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065

60115892_1.DOC