# PROOF OF SERVICE

I hereby certify that a copy of Amgen, Inc.'s and Immunex Corporation's Submission Pursuant to the Court's October 15, 2004 Order has been served by email on this 22nd day of October, 2004.

*Renée A. Coshin*
Renée A. Coshin

Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
dware@foleyhoag.com
CLaporte@Foleyhoag.com
clevy@foleyhoag.com
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
msernel@kirkland.com
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
peg@dcglaw.com
msd@dcglaw.com
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for ABBOTT BIORESEARCH CENTER, INC.

Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
adrianpruetz@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
robertstone@quinnemanuel.com
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GENENTECH, INC.

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
lbenami@kayescholer.com
pcarson@kayescholer.com
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
rfrank@choate.com
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Attorneys for WYETH AND GENETICS INSTITUTE LLC

- 2 -

| | |
|---|---|
| Steven A. Zalesin, admitted *pro hac vice*<br>Melissa Mandrgoc, admitted *pro hac vice*<br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>sazalesin@pbwt.com<br>mmandrgoc@pbwt.com<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br><br>Attorneys for JOHNSON & JOHNSON | Morgan Chu, admitted *pro hac vice*<br>David Gindler, admitted *pro hac vice*<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>mchu@irell.com<br>dgindler@irell.com<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Thomas F. Maffei (BBO # 313220)<br>GRIESINGER, TIGHE & MAFFEI, LLP<br>176 Federal Street<br>Boston, MA 02210-2600<br>tmaffei@gtmllp.com<br>Telephone: (617) 542-9900<br>Facsimile: (617) 542-0900<br><br>Wayne M. Barsky<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3026<br>wbarsky@gibsondunn.com<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br>Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |