UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | No. 04-MDL-01592<br><br>This Document Relates To All Actions. |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW REGARDING A NEW CASE RESPONSIVE TO THE COURT'S OCTOBER 4, 2004 ORDER**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs Biogen Idec MA, Inc. and Genzyme Corporation hereby move for leave of the Court to file a Supplemental Memorandum of Law Regarding a New Case Responsive to the Court's October 4, 2004 Order. The proposed Supplemental Memorandum is attached hereto as Exhibit 1. As grounds for this Motion, Plaintiffs state that a recent Federal Circuit decision in *Capo, Inc. v. Dioptics Medical Products, Inc.*, No. 04-1045 (Fed. Cir. Oct. 25, 2004), is responsive to the Court's October 4, 2004 Order requesting that the parties inform the Court of additional caselaw regarding whether a court has discretion to decline to hear declaratory judgment claims. In *Capo*, the Federal Circuit held that a district court abused its discretion when it dismissed a declaratory judgment action.

In addition, Columbia does not oppose the filing of this Supplemental Memorandum.

- 2 -

Dated: November 2, 2004                              Respectfully submitted,

/s/ Donald R. Ware
Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Sarah Cooleybeck  (BBO # 631161)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000
Attorneys for BIOGEN IDEC MA INC.
and  GENZYME CORPORATION

### Certification of Counsel

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with each other party and that no party opposes this motion.

/s/ Donald R. Ware
Donald R. Ware