THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1592 (MLW) |

## MOTION FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT

Plaintiffs Wyeth and Genetics Institute LLC (the successor of Genetics Institute, Inc.) (collectively referred to herein as "Wyeth" unless specifically stated otherwise) hereby move, pursuant to Rules 15 of the Federal Rule of Civil Procedure, for leave to amend and supplement their Complaint, to add four claims and additional information. The reasons for plaintiffs' motion to amend and supplement are fully set forth in Wyeth's Status Report and Memorandum of Reasons in Support of Plaintiffs' Motion for Leave to File an Amended and Supplemental Complaint, filed herewith.

A copy of the Proposed Amended and Supplemental Complaint is attached hereto at Tab A.

Pursuant to D. Mass. LR 7.1(a)(2), plaintiffs' counsel contacted defendants' counsel to inquire whether defendants would oppose this motion. Defendants counsel indicated that defendants would oppose this motion for leave to file an amended and supplemental complaint, necessitating filing of this motion with the Court.

WHEREFORE. plaintiff requests that the Court grant this motion for leave to amend and supplement.

Dated:  December 6, 2004                              Respectfully submitted,


       /s/ Eric J. Marandett
One of the Attorneys for WYETH, and
GENETICS INSTITUTE LLC

Robert S. Frank, Jr.
Eric Marandett
Paul D. Popeo
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109-2804
(617) 248-5000

Leora Ben-Ami
Patricia A. Carson
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000