UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>Relating to: Case No. 03cv11570 (MLW) |

**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO SET A DATE FOR PLAINTIFFS TO FILE A REPLY**

Wyeth and Genetics Institute LLC (collectively, "plaintiffs"), and the Trustees of Columbia University In the City of New York ("Columbia") hereby move the Court, pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 7.1(b)(2), for an order extending Columbia's time to oppose the Motion For Leave To File An Amended And Supplemental Complaint filed by Wyeth and Genetics Institute LLC and setting a date for plaintiffs to file a reply.

Plaintiffs filed and served the motion on December 6, 2004. Columbia's opposition is currently due on December 20, 2004. The parties jointly request that the Court allow Columbia until January 14, 2005, to file and serve its opposition to the motion, and allow plaintiffs until January 28, 2005, to file and serve their reply in support of the motion. The parties believe that this extension will help to facilitate the parties' continuing settlement discussions.

Dated: December 15, 2004

Respectfully submitted,

WYETH
GENETICS INSTITUTE LLC

By its attorneys,

/s/ Patricia Carson
Leora Ben-Ami
Patricia Carson
Kaye Scholer
425 Park Avenue
New York, NY 10022
(212) 836-8000
(212) 836-8689

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK

By its attorneys,

 /s/ David I. Gindler
Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (Fax)

Granted,

_____

Hon. Mark L. Wolf