**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Assented to Motion for Leave to File a Reply in Support of Amgen Inc.'s and Immunex Corporation's Motion to Supplement to Amend Complaint and Amgen Inc.'s and Immunex Corporation's Reply Memorandum in Support of Their Motion to Supplement and Amend Complaint have been served by email on this 4th day of January, 2005.

　　　　　　　　　　　　　　/s/ Eileen M. Herlihy
　　　　　　　　　　　　　　Eileen M. Herlihy

| | |
|---|---|
| Donald R. Ware (BBO # 516260)<br>Claire Laporte  (BBO # 554979)<br>Carla Miriam Levy  (BBO # 654212)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>dware@foleyhoag.com<br>CLaporte@Foleyhoag.com<br>clevy@foleyhoag.com<br>Telephone:  (617) 832-1000<br>Facsimile:   (617) 832-7000<br><br>Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION | Adrian M. Pruetz, admitted *pro hac vice*<br>Charles K. Verhoeven, admitted *pro hac vice*<br>Robert W. Stone, admitted *pro hac vice*<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>adrianpruetz@quinnemanuel.com<br>charlesverhoeven@quinnemanuel.com<br>robertstone@quinnemanuel.com<br>Telephone:  (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>Attorneys for GENENTECH, INC. |
| Mark A. Pals, admitted *pro hac vice*<br>Marcus E. Sernel, admitted *pro hac vice*<br>KIRKLAND & ELLIS LLP<br>AON Building<br>200 East Randolph Drive<br>Chicago, IL  60601<br>mpals@kirkland.com<br>msernel@kirkland.com<br>Telephone:  (312) 861-2000<br>Facsimile:   (312) 861-2200 | Leora Ben-Ami, admitted *pro hac vice*<br>Patricia A. Carson, admitted *pro hac vice*<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>lbenami@kayescholer.com<br>pcarson@kayescholer.com<br>Telephone:  (212) 836-8000<br>Facsimile:   (212) 836-8689 |
| Peter E. Gelhaar (BBO #188310)<br>Michael S. D'Orsi (BBO #566960)<br>DONNELLY, CONROY & GELHAAR, LLP<br>One Beacon Street<br>Boston, MA 02108<br>peg@dcglaw.com<br>msd@dcglaw.com<br>Telephone:  (617) 720-2880<br>Facsimile:   (617) 720-3554<br><br>Attorneys for ABBOTT BIORESEARCH CENTER, INC. | Robert S. Frank, Jr. (BBO #177240)<br>CHOATE HALL & STEWART<br>Exchange Place<br>Boston, MA 02109-2804<br>rfrank@choate.com<br>Telephone: (617) 248-5000<br>Facsimile:  (617) 248-4000<br><br>Attorneys for WYETH AND GENETICS INSTITUTE LLC |

| | |
|---|---|
| Steven A. Zalesin, admitted *pro hac vice* <br> Melissa Mandrgoc, admitted *pro hac vice* <br> PATTERSON, BELKNAP, WEBB & TYLER LLP <br> 1133 Avenue of the Americas <br> New York, NY 10036 <br> sazalesin@pbwt.com <br> mmandrgoc@pbwt.com <br> Telephone:  (212) 336-2000 <br> Facsimile:   (212) 336-2222 <br><br> Attorneys for JOHNSON & JOHNSON | Morgan Chu, admitted *pro hac vice* <br> David Gindler, admitted *pro hac vice* <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, CA 90067 <br> mchu@irell.com <br> dgindler@irell.com <br> Telephone:  (310) 277-1010 <br> Facsimile:   (310) 203-7199 <br><br> Thomas F. Maffei (BBO # 313220) <br> GRIESINGER, TIGHE & MAFFEI, LLP <br> 176 Federal Street <br> Boston, MA 02210-2600 <br> tmaffei@gtmllp.com <br> Telephone:  (617) 542-9900 <br> Facsimile:   (617) 542-0900 <br><br> Wayne M. Barsky <br> GIBSON, DUNN & CRUTCHER LLP <br> 2029 Century Park East <br> Los Angeles, CA 90067-3026 <br> wbarsky@gibsondunn.com <br> Telephone:  (310) 552-8500 <br> Facsimile:   (310) 551-8741 <br><br> Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |