UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | CIVIL ACTION NO.: 04-10740-MLW C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

### MOTION OF IMMUNEX CORPORATION and AMGEN INC. FOR CONSOLIDATION OF NEW RELATED COMPLAINT

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, plaintiffs Immunex Corporation and Amgen Inc. move for consolidation of a new related case. Like the earlier-filed complaint, the complaint in the new case, Attached as Exhibit A, concerns Columbia's '275 patent. The new complaint seeks a declaratory judgment on behalf of new parties Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA Inc.

Consolidation is allowed under Rule 42 because the two actions involve common questions of law or fact. Consolidation is warranted here because it will contribute to the

efficient litigation and adjudication of both disputes without causing any prejudice to Columbia, as set forth in the accompanying memorandum supporting this motion.

Dated: January 19, 2005.

Respectfully submitted,

IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation
By their attorneys,

 /s/ Eileen M. Herlihy
EILEEN M. HERLIHY (BBO #231410)
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
Telephone:  (617) 239-0100
Facsimile:   (617) 227-4400

KIRKE M. HASSON (CA #61446)
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA  94105-2228
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

## Certification Pursuant to Local Rule 7.1

Plaintiffs Immunex Corporation and Amgen Inc. assent to this motion.  In addition, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA Inc., which are not parties to this action, but are plaintiffs in the new action, assent to this motion.  Counsel for Immunex Corporation and Amgen Inc, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA Inc. conferred with counsel for Columbia University in a good faith effort to resolve or narrow the issues presented in this motion but was unable to do so.  Specifically, the undersigned counsel contacted Columbia's counsel by letter, faxed on Tuesday, January 18, 2005 to request a conference pursuant to L.R. 7.1(a)(2).  Columbia's counsel called on January 19, 2005 and, after a discussion of the issues, they indicated that Columbia would not assent to the motion.

 /s/ Kirke M. Hasson