## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion of Immunex Corporation and Amgen Inc. for Consolidation of New Related Complaint and Memorandum of Points and Authorities in Support of Motion of Plaintiffs Amgen Inc. and Immunex Corporation to Consolidate Action No. 04-12626 MLW with this Proceeding have been served by email on this 19th day of January, 2005.

_Renée A. Coshin_
Renée A. Coshin

Donald R. Ware (BBO # 516260)
Claire Laporte (BBO # 554979)
Carla Miriam Levy (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
dware@foleyhoag.com
CLaporte@Foleyhoag.com
clevy@foleyhoag.com
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, IL 60601
mpals@kirkland.com
msernel@kirkland.com
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
peg@dcglaw.com
msd@dcglaw.com
Telephone: (617) 720-2880
Facsimile: (617) 720-3554
Attorneys for ABBOTT BIORESEARCH CENTER, INC.

Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
adrianpruetz@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
robertstone@quinnemanuel.com
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for GENENTECH, INC.

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
lbenami@kayescholer.com
pcarson@kayescholer.com
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
rfrank@choate.com
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Attorneys for WYETH AND GENETICS INSTITUTE LLC

Steven A. Zalesin, admitted *pro hac vice*
Melissa Mandrgoc, admitted *pro hac vice*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
sazalesin@pbwt.com
mmandrgoc@pbwt.com
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for JOHNSON & JOHNSON

Morgan Chu, admitted *pro hac vice*
David Gindler, admitted *pro hac vice*
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mchu@irell.com
dgindler@irell.com
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741
Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

- 2 -