UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>Relating to: Case No. 03cv11570 (MLW) |

**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO SET A DATE FOR PLAINTIFFS TO FILE A REPLY**

Wyeth and Genetics Institute LLC (collectively, "plaintiffs"), and the Trustees of Columbia University In the City of New York ("Columbia") hereby move the Court, pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 7.1(b)(2), for an order (i) extending Columbia's time to file an opposition to plaintiffs' Motion For Leave To File An Amended And Supplemental Complaint and (ii) setting a date for plaintiffs to file a reply in support of the motion.

The Court has previously extended the due date for Columbia to file and serve an opposition to plaintiffs' motion from December 20, 2004, until January 14, 2005, and previously set January 28, 2005, as the date for plaintiffs to file and serve a reply in support of the motion. Subsequently, the parties jointly requested that the Court allow Columbia until January 28, 2005, to file and serve its opposition to the motion, and allow plaintiffs until February 11, 2005, to file and serve their reply in support of the motion. The Court has not acted on this request.

The parties jointly request that the Court allow Columbia until February 11, 2005, to file and serve its opposition to the motion, and allow plaintiffs until February 25, 2005, to

1244091.

- 1 -

file and serve their reply in support of the motion.  The parties believe that this extension will help to facilitate the parties' continuing settlement discussions.

Dated:  January 24, 2005

        Respectfully submitted,

WYETH
GENETICS INSTITUTE LLC

By its attorneys,

/s/ Patricia Carson
Leora Ben-Ami
Patricia Carson
Kaye Scholer
425 Park Avenue
New York, NY 10022
(212) 836-8000
(212) 836-8689

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK

By its attorneys,

  /s/ David I. Gindler
Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Ave of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (Fax)

Granted,

_____

Hon. Mark L. Wolf

1244091.

- 2 -