UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) ) | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | ) ) ) ) ) | CIVIL ACTION NO.: 04-10740-MLW<br><br>C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | ) ) | Judge Mark L. Wolf |
| vs. | ) ) | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIM. | ) ) ) | |

**NOTICE OF ERRATA RE: MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION OF PLAINTIFFS
AMGEN INC. AND IMMUNEX CORPORATION
TO CONSOLIDATE ACTION NO. 04-12626 MLW WITH THIS PROCEEDING**

10849797v1

     Plaintiffs, Amgen Inc. and Immunex Corporation, file this Notice of Errata to correct an inadvertent error in an attachment in their Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Consolidate Action No. 04-12626 MLW With This Proceeding, filed January 19, 2005.  Specifically, yesterday, Columbia University's Counsel called to our attention that the table referenced as Exhibit C in the memorandum was not, in fact, attached.  The previously filed paper had a partial transcript, rather than a table, inadvertently attached as Exhibit C.  The intended Exhibit C is attached hereto and should be substituted for the incorrectly filed Exhibit C at docket number 191.

Dated:  February 3, 2005.    Respectfully submitted,

                          IMMUNEX CORPORATION, a Washington
                          Corporation and AMGEN INC., a Delaware
                          Corporation
                          By their attorneys,


                            /s/ Eileen M. Herlihy
                          EILEEN M. HERLIHY (BBO #231410)
                          Palmer & Dodge LLP
                          111 Huntington Avenue at Prudential Center
                          Boston, MA  02199-7613
                          Telephone:  (617) 239-0100
                          Facsimile:  (617) 227-4400

                          KIRKE M. HASSON (CA #61446)
                          Pillsbury Winthrop LLP
                          50 Fremont Street
                          San Francisco, CA  94105-2228
                          Telephone:  (415) 983-1000
                          Facsimile:  (415) 983-1200

10849797v1