# EXHIBIT C

EXHIBIT C

TABLE OF OVERLAPPING FACT ALLEGATIONS

| Relevant Common Facts | Immunex Corp. and Amgen Inc.[1] (1st and 7th Claims remain) | Immunex Corp. and Amgen Inc.[2] (1st, 7th and 5th (with respect to the prior Axel patents) Claims remain) | Amgen Manufacturing, Limited; Immunex Rhode Island Corp.; and Amgen USA Inc. (new action) | Biogen Inc. and Genzyme Corp.[3] (Counts I and V remain) | Biogen IDEC Inc., Biogen IDEC MA, Inc. and Genzyme Corp.[4] (new action) | Wyeth and Genetics Institute[5] (Counts IV, V and VI remain; new counts XII – XV are proposed) | Genentech (5th claim remains) |
|---|---|---|---|---|---|---|---|
| **1. Wrongdoing of Columbia in obtaining Axel patents** | Allegations of fact pleaded with respect to remaining claims | Allegations of fact pleaded with respect to remaining claims | Allegations of fact pleaded with respect to remaining claims | Allegations of fact pleaded with respect to remaining claims | Allegations of fact pleaded with respect to remaining claims | Allegations of fact pleaded with respect to remaining claims | Allegations of fact pleaded with respect to remaining claims |
| Specific example: failure to disclose publications by named inventors | ¶¶ 50-53 | ¶¶ 45-48 | ¶¶ 47-50 | | | | |
| Specific example: failure to disclose the '636 patent and its prosecution history | ¶¶ 54-57 | ¶¶ 49-52 | ¶¶ 51-54 | ¶ 23, 66-70 | ¶ 27, 120-124 | ¶ 78-83 | |
| Specific example: Columbia misrepresented the | ¶¶ 30-33 | ¶¶ 53-56 | ¶¶ 55-58 | | | | |

[1] Citations are to Second Amended Complaint ("SAC"), 12/10/03.
[2] Citations are to Third Amended Complaint ("TAC"), 12/8/04.
[3] Citations are to Amended Complaint 8/21/03.
[4] Citations are to Amended Complaint, 12/15/04.
[5] Citations are to Proposed Amended and Supplemental Complaint for Declaratory Judgment, Injunctive Relief, and Damages, 12/6/04.

| Relevant Common Facts | Immunex Corp. and Amgen Inc.[1] (1st and 7th Claims remain) | Immunex Corp. and Amgen Inc.[2] (1st, 7th and 5th (with respect to the prior Axel patents) Claims remain) | Amgen Manufacturing, Limited; Immunex Rhode Island Corp.; and Amgen USA Inc. (new action) | Biogen Inc. and Genzyme Corp.[3] (Counts I and V remain) | Biogen IDEC Inc., Biogen IDEC MA, Inc. and Genzyme Corp.[4] (new action) | Wyeth and Genetics Institute[5] (Counts IV, V and VI remain; new counts XII – XV are proposed) | Genentech (5th claim remains) |
|---|---|---|---|---|---|---|---|
| scope of the '216 patent to the PTO | | | | | | | |
| Specific example: Columbia failed to disclose to PTO statements it made to Congress | ¶¶ 34-38 | ¶¶ 57-61 | ¶¶ 59-63 | ¶¶ 28, 71-74 | ¶¶ 40, 125-128 | ¶¶ 84-89 | |
| Specific example: Columbia misled the '275 examiner into withdrawing DP rejections based on the '017 patent | ¶¶ 39-44 | ¶¶ 62-67 | ¶¶ 64-69 | ¶¶ 52-60 | ¶¶ 104-114 | ¶¶ 63-72 | ¶¶ 33-38 |
| Specific example: Columbia further misled the examiner regarding the '159 application | ¶¶ 45-49 | ¶¶ 68-72 | ¶¶ 70-74 | ¶¶ 61-65 | ¶¶ 115-119 | ¶¶ 73-77 | |
| Specific example: Columbia delayed the patent prosecution process | ¶¶ 26-28 | ¶¶ 27-29 | ¶¶ 29-31 | ¶¶ 31-32 | ¶¶ 19-26, 42-47 | ¶¶ 16-20 | ¶¶ 29-32 |
| Specific example: wrongful conduct | | ¶¶ 74-75 | ¶¶ 7-5, 8 | | ¶¶ 53-61 | ¶¶ 28-36, 40-42 | |

2

| Relevant Common Facts | Immunex Corp. and Amgen Inc.[1] (1st and 7th Claims remain) | Immunex Corp. and Amgen Inc.[2] (1st, 7th and 5th (with respect to the prior Axel patents) Claims remain) | Amgen Manufacturing, Limited; Immunex Rhode Island Corp.; and Amgen USA Inc. (new action) | Biogen Inc. and Genzyme Corp.[3] (Counts I and V remain) | Biogen IDEC Inc.; Biogen IDEC MA, Inc. and Genzyme Corp.[4] (new action) | Wyeth and Genetics Institute[5] (Counts IV, V and VI remain, new counts XII – XV are proposed) | Genentech (5th claim remains) |
|---|---|---|---|---|---|---|---|
| in reissue process | | | | | | | |
| **2. Wrongdoing of Columbia in enforcing Axel patents** | | | | | | | |
| Specific example: Columbia demanded royalties on sales occurring after August 16, 2000 based on pending patent applications and asserted that the licensee was in breach of the agreement for non-payment | ¶¶ 58, 60-63 (relevant to Amgen's 1st Claim of SAC) | ¶¶ 73, 77-80 | ¶¶ 75, 76-81 | ¶ 36 | ¶ 49 | ¶ 24 | |
| Specific example: License incorporates by reference the obligations imposed by the US Government pursuant to 35 USC §§ 200-211, regulations thereunder and the determination | ¶¶ 21, 89 | ¶¶ 22, 108-111 | ¶¶ 24, 101-106 | | ¶¶ 31-32, 82 | ¶¶ 21-23 | |

3

| Relevant Common Facts | Immunex Corp. and Amgen Inc.[1] (1st and 7th Claims remain) | Immunex Corp. and Amgen Inc.[2] (1st, 7th and 5th (with respect to the prior Axel patents) Claims remain) | Amgen Manufacturing Limited; Immunex Rhode Island Corp.; and Amgen USA Inc. (new action) | Biogen Inc and Genzyme Corp.[3] (Counts I and V remain) | Biogen IDEC Inc., Biogen IDEC MA, Inc. and Genzyme Corp.[4] (new action) | Wyeth and Genetics Institute[5] (Counts IV, V and VI remain, new counts XII – XV are proposed) | Genentech (5th claim remains) |
|---|---|---|---|---|---|---|---|
| letter to CU from HHS | | | | | | | |
| Specific example: Columbia failed to comply with license condition of refraining from repressive practices | ¶¶ 19-21, 88-93 | ¶¶ 20-22, 108-111 | ¶¶ 24, 101-106 | | ¶¶ 31-32, 82 | ¶¶ 21-23 | |
| Specific example: Columbia's wrongful termination of the license agreements | | ¶ 74-80 | ¶¶ 75-81, 102-105 | | ¶¶ 62-64, 81 | ¶¶ 37-43, 140-143 | ¶¶ 45-47, 74 |
| Specific example: Columbia failed to follow the most-favored nation clause of the license | | ¶ 79 | | | ¶¶ 83-84 | | |
| Specific example: Columbia received royalty payments for products not covered, and retains overpayments | | ¶ 78 | | | | ¶¶ 45-47 | |

4

| Relevant Common Facts | Immunex Corp. and Amgen Inc.[1] (1st and 7th Claims remain) | Immunex Corp. and Amgen Inc.[2] (1st, 7th and 5th (with respect to the prior Axel patents) Claims remain) | Amgen Manufacturing Limited; Immunex Rhode Island Corp.; and Amgen USA Inc. (new action) | Biogen Inc. and Genzyme Corp.[3] (Counts I and V remain) | Biogen IDEC Inc, Biogen IDEC MA, Inc. and Genzyme Corp.[4] (new action) | Wyeth and Genetics Institute[5] (Counts IV, V and VI remain, new counts XII – XV are proposed) | Genentech (5th claim remains) |
|---|---|---|---|---|---|---|---|
| 3. Wrongdoing of Columbia in this litigation | | ¶ 75 | ¶¶ 75, 8 | | ¶¶ 2, 50-52, 68-72 | ¶¶ 25-27, 40-42 | |

5