## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | CIVIL ACTION NO.: 04-10740-MLW<br><br>C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM. | |

### ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION OF PLAINTIFFS AMGEN INC. AND IMMUNEX CORPORATION TO CONSOLIDATE ACTION NO. 04-12626 MLW WITH THIS PROCEEDING

Pursuant to Local Rule 7.1(B)(3), the undersigned plaintiffs hereby request leave of the Court to file a Reply Memorandum in Support of Plaintiffs' Motion to Consolidate, in the form attached hereto as Exhibit A. As grounds for this Motion, the undersigned plaintiffs state that their Reply is necessary to address and respond to issues raised in Columbia's Opposition and will be helpful to the Court in resolving the pending Motion to Consolidate. Specifically, Amgen's Reply Memorandum addresses Columbia's argument that the Court lacks authority to order any consolidation. In addition, Columbia has assented to the filing of the Reply.

Dated: February 11, 2005.	Respectfully submitted,

                                          IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation
By their attorneys,


                /s/ Eileen M. Herlihy
EILEEN M. HERLIHY (BBO #231410)
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
Telephone:  (617) 239-0100
Facsimile:  (617) 227-4400

KIRKE M. HASSON (CA #61446)
Pillsbury Winthrop LLP
50 Fremont Street
San Francisco, CA  94105-2228
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200


L.R. 7.1 Certification

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on February 9, 2005, Kirke Hasson, counsel for Plaintiffs conferred with counsel for Columbia University on this motion and that counsel for Columbia assented to this Reply.

                                                         /s/ Kirke M. Hasson