# GRIESINGER, TIGHE & MAFFEI, LLP

Attorneys at Law
176 Federal Street
Boston, Massachusetts 02110

TELEPHONE (617) 542-9900
FACSIMILE (617) 542-0900

*FILED CLERKS OFFICE*
*2005 MAR -9 P 3: 43*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

Scott McConchie
(617) 603-0917
sm@gtmllp.com

March 8, 2005

Mr. Dennis O'Leary
Courtroom Clerk to The Honorable Mark L. Wolf
United States District Court
 for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   The Trustees of Columbia University in the City of New York Litigation

Dear Mr. O'Leary:

Thank you for confirming yesterday that you have processed Jacqueline G. Curnutte's *pro hac vice* applications for cases numbers MDL No. 1592 (MLW), Civil Action No. 04-10740 (MLW), and Civil Action No. 04-12626 (MLW), and that she has now been admitted to practice in the District of Massachusetts in those three matters.

As we discussed yesterday, Ms. Curnutte will register online so that she will be included in the electronic service list for those cases. Pursuant to your instruction, I have told Ms. Curnutte that she should indicate that the date of *pro hac vice* admittance for each case was March 7, 2005.

Thank you again for your prompt assistance in resolving this.

Sincerely,

*[signature]*

Scott McConchie

cc:   Jacqueline Curnutte, Esq.
      Amanda J. Tessar, Esq.