UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>Relating to: Case No. 03cv11570 (MLW) |

**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO SET A DATE FOR PLAINTIFFS TO FILE A REPLY**

Wyeth and Genetics Institute LLC ("plaintiffs"), and the Trustees of Columbia University in the City of New York ("Columbia") hereby move the Court, pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 7.1(b)(2), for an order (i) extending Columbia's time to file an opposition to plaintiffs' Motion For Leave To File An Amended And Supplemental Complaint and (ii) setting a date for plaintiffs to file a reply in support of the motion.

The parties have previously jointly requested that the Court allow Columbia until March 25, 2005, to file and serve its opposition to the motion, and allow plaintiffs until April 8, 2005, to file and serve their reply in support of the motion. The Court granted this request.

The parties jointly request that the Court allow Columbia until April 8, 2005, to file and serve its opposition to the motion, and allow plaintiffs until April 22, 2005, to file and serve their reply in support of the motion. The parties believe that this extension will help to facilitate the parties' continuing settlement discussions.

1274197

- 1 -

The parties have requested six previous extensions of time to file an opposition to and reply in support of the motion to amend.

Dated:  March 24, 2005

        Respectfully submitted,

        WYETH
        GENETICS INSTITUTE LLC

        By its attorneys,

        /s/ Patricia Carson
        Leora Ben-Ami
        Patricia Carson
        Kaye Scholer
        425 Park Avenue
        New York, NY 10022
        Telephone:  (212) 836-8000
        Facsimile:   (212) 836-8689

        THE TRUSTEES OF COLUMBIA
        UNIVERSITY IN THE CITY OF NEW
        YORK

        By its attorneys,

        /s/ David I. Gindler
        Morgan Chu
        David I. Gindler
        Jason G. Sheasby
        Irell & Manella LLP
        1800 Ave of the Stars, Suite 900
        Los Angeles, CA 90067
        Telephone:  (310) 277-1010
        Facsimile:   (310) 203-7199

Granted,

_____

Hon. Mark L. Wolf