UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON & JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>              Defendant. | CIVIL ACTION No. 04-10743-MLW<br><br>(Part of MDL No. 04-1592)<br><br>**STIPULATED ORDER OF DISMISSAL OF JOHNSON & JOHNSON'S CLAIMS AGAINST COLUMBIA UNIVERSITY** |

       Whereas, Plaintiff Johnson & Johnson ("Plaintiff") filed this action on November 26, 2003, against Defendant The Trustees of Columbia University in the City of New York ("Defendant"); and

       Whereas, the parties have entered into an agreement to settle Plaintiff's claims against Columbia on certain terms and conditions set forth in their agreement;

       NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

       1.    The Court has specific personal jurisdiction over the parties for purposes of this action only.

       2.    All of Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

- 2 -

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated: March 31, 2005                    PATTERSON, BELKNAP, WEBB & TYLER


By: /s/ Steven A. Zalesin
   Steven A. Zalesin
   Attorneys for Plaintiff Johnson & Johnson


Dated: March 31, 2005                    IRELL & MANELLA LLP


By: /s/ David I. Gindler
   David I. Gindler
   Attorneys for Defendant
   The Trustees of Columbia University in the
   City of New York

- 2 -

- 3 -

## **ORDER**

Pursuant to the Stipulation between Plaintiff and Defendant, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     The Court has specific personal jurisdiction over the parties for purposes of this action only.

2.     All of Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

3.     The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action.  In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.


Dated: March __, 2005

                                          HON.  MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE