UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) | MDL NO. 1592 |
|  | ) |  |
| IMMUNEX CORPORATION, a Washington Corporation and | ) ) ) | CIVIL ACTION NO.: 04-10740-MLW |
| AMGEN INC., a Delaware Corporation, | ) ) | C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | ) ) | Judge Mark L. Wolf |
| vs. | ) ) ) |  |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, | ) ) ) ) |  |
| Defendant. | ) ) ) |  |
| AND RELATED COUNTERCLAIM. | ) ) ) |  |

**NOTICE OF CHANGE OF FIRM NAME**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective April 4, 2005, the law firm of Pillsbury Winthrop LLP has changed its name to Pillsbury Winthrop Shaw Pittman LLP.

Dated: April 15, 2005

Respectfully submitted,

IMMUNEX CORPORATION, a Washington
Corporation and AMGEN INC., a Delaware
Corporation
By their attorneys,

 /s/ Eileen M. Herlihy
EILEEN M. HERLIHY (BBO #231410)
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
Telephone:  (617) 239-0100
Facsimile:  (617) 227-4400

KIRKE M. HASSON (CA #61446)
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

10864069v1                                                                                    NOTICE OF CHANGE OF FIRM NAME
                                                                                                                    MDL No. 1592