# CERTIFICATE OF SERVICE

I hereby certify that a copy of the NOTICE OF CHANGE OF FIRM NAME with this proceeding has been served by email on this 15th day of April, 2005.

_Renée A. Coshin_
Renée A. Coshin, Paralegal

Donald R. Ware (BBO # 516260)
Claire Laporte  (BBO # 554979)
Carla Miriam Levy  (BBO # 654212)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
dware@foleyhoag.com
CLaporte@Foleyhoag.com
clevy@foleyhoag.com
Telephone:  (617) 832-1000
Facsimile:   (617) 832-7000

Attorneys for BIOGEN IDEC MA INC. AND
  GENZYME CORPORATION

Mark A. Pals, admitted *pro hac vice*
Marcus E. Sernel, admitted *pro hac vice*
KIRKLAND & ELLIS LLP
AON Building
200 East Randolph Drive
Chicago, IL  60601
mpals@kirkland.com
msernel@kirkland.com
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
peg@dcglaw.com
msd@dcglaw.com
Telephone:  (617) 720-2880
Facsimile:   (617) 720-3554
Attorneys for ABBOTT BIORESEARCH
CENTER, INC.

Adrian M. Pruetz, admitted *pro hac vice*
Charles K. Verhoeven, admitted *pro hac vice*
Robert W. Stone, admitted *pro hac vice*
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
adrianpruetz@quinnemanuel.com
charlesverhoeven@quinnemanuel.com
robertstone@quinnemanuel.com
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for GENENTECH, INC.

Leora Ben-Ami, admitted *pro hac vice*
Patricia A. Carson, admitted *pro hac vice*
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
lbenami@kayescholer.com
pcarson@kayescholer.com
Telephone:  (212) 836-8000
Facsimile:   (212) 836-8689

Robert S. Frank, Jr. (BBO #177240)
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109-2804
rfrank@choate.com
Telephone: (617) 248-5000
Facsimile:  (617) 248-4000

Attorneys for WYETH AND
GENETICS INSTITUTE LLC

| | |
|---|---|
| Steven A. Zalesin, admitted *pro hac vice* <br> Melissa Mandrgoc, admitted *pro hac vice* <br> PATTERSON, BELKNAP, WEBB & TYLER LLP <br> 1133 Avenue of the Americas <br> New York, NY 10036 <br> sazalesin@pbwt.com <br> mmandrgoc@pbwt.com <br> Telephone:  (212) 336-2000 <br> Facsimile:   (212) 336-2222 <br><br> Attorneys for JOHNSON & JOHNSON | Morgan Chu, admitted *pro hac vice* <br> David Gindler, admitted *pro hac vice* <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, CA 90067 <br> mchu@irell.com <br> dgindler@irell.com <br> Telephone:  (310) 277-1010 <br> Facsimile:   (310) 203-7199 <br><br> Thomas F. Maffei (BBO # 313220) <br> GRIESINGER, TIGHE & MAFFEI, LLP <br> 176 Federal Street <br> Boston, MA 02210-2600 <br> tmaffei@gtmllp.com <br> Telephone:  (617) 542-9900 <br> Facsimile:   (617) 542-0900 <br><br> Wayne M. Barsky <br> GIBSON, DUNN & CRUTCHER LLP <br> 2029 Century Park East <br> Los Angeles, CA 90067-3026 <br> wbarsky@gibsondunn.com <br> Telephone:  (310) 552-8500 <br> Facsimile:   (310) 551-8741 <br> Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |