UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNSON & JOHNSON,<br><br>                 Plaintiff,<br><br>    v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                 Defendant. | CIVIL ACTION No. 04-10743-MLW<br><br>(Part of MDL No. 04-1592)<br><br>**STIPULATED ORDER OF DISMISSAL OF JOHNSON & JOHNSON'S CLAIMS AGAINST COLUMBIA UNIVERSITY** |

Whereas, Plaintiff Johnson & Johnson ("Plaintiff") filed this action on November 26, 2003, against Defendant The Trustees of Columbia University in the City of New York ("Defendant"); and

Whereas, the parties have entered into an agreement to settle Plaintiff's claims against Columbia on certain terms and conditions set forth in their agreement;

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

1. The Court has specific personal jurisdiction over the parties for purposes of this action only.

2. All of Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

| | |
|---|---|
| Dated: March 31, 2005 | PATTERSON, BELKNAP, WEBB & TYLER |
| | By: /s/ Steven A. Zalesin<br>Steven A. Zalesin<br>Attorneys for Plaintiff Johnson & Johnson |
| Dated: March 31, 2005 | IRELL & MANELLA LLP |
| | By: /s/ David I. Gindler<br>David I. Gindler<br>Attorneys for Defendant<br>The Trustees of Columbia University in the City of New York |

## ORDER

Pursuant to the Stipulation between Plaintiff and Defendant, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Court has specific personal jurisdiction over the parties for purposes of this action only.

2. All of Plaintiff's claims against Defendant in the above-captioned action are hereby dismissed with prejudice.

3. The parties shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, the parties waive all rights to appeal this Stipulated Order of Dismissal.

Dated: ~~March~~ May 16, 2005

HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE