# EXHIBIT 5

IIB

109TH CONGRESS
1ST SESSION

# H. R. 1038

IN THE SENATE OF THE UNITED STATES

APRIL 20, 2005

Received; read twice and referred to the Committee on the Judiciary

# AN ACT

To amend title 28, United States Code, to allow a judge to whom a case is transferred to retain jurisdiction over certain multidistrict litigation cases for trial, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*
2    *tives of the United States of America in Congress assembled,*

2

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Multidistrict Litigation Restoration Act of 2005".

**SEC. 2. MULTIDISTRICT LITIGATION.**

Section 1407 of title 28, United States Code, is amended—

(1) in the third sentence of subsection (a), by inserting "or ordered transferred to the transferee or other district under subsection (i)" after "terminated"; and

(2) by adding at the end the following new subsection:

"(i)(1) Subject to paragraph (2) and except as provided in subsection (j), any action transferred under this section by the panel may be transferred for trial purposes, by the judge or judges of the transferee district to whom the action was assigned, to the transferee or other district in the interest of justice and for the convenience of the parties and witnesses.

"(2) Any action transferred for trial purposes under paragraph (1) shall be remanded by the panel for the determination of compensatory damages to the district court from which it was transferred, unless the court to which the action has been transferred for trial purposes also finds, for the convenience of the parties and witnesses and

3

1  in the interests of justice, that the action should be re-
2  tained for the determination of compensatory damages.''.

**SEC. 3. TECHNICAL AMENDMENT TO MULTIPARTY, MULTI-**

**FORM TRIAL JURISDICTION ACT OF 2002.**

5      Section 1407 of title 28, United States Code, as
6  amended by section 2 of this Act, is further amended by
7  adding at the end the following:

8      ''(j)(1) In actions transferred under this section when
9  jurisdiction is or could have been based, in whole or in
10  part, on section 1369 of this title, the transferee district
11  court may, notwithstanding any other provision of this
12  section, retain actions so transferred for the determination
13  of liability and punitive damages. An action retained for
14  the determination of liability shall be remanded to the dis-
15  trict court from which the action was transferred, or to
16  the State court from which the action was removed, for
17  the determination of damages, other than punitive dam-
18  ages, unless the court finds, for the convenience of parties
19  and witnesses and in the interest of justice, that the action
20  should be retained for the determination of damages.

21      ''(2) Any remand under paragraph (1) shall not be
22  effective until 60 days after the transferee court has
23  issued an order determining liability and has certified its
24  intention to remand some or all of the transferred actions
25  for the determination of damages. An appeal with respect

4

1   to the liability determination and the choice of law deter-

2   mination of the transferee court may be taken during that

3   60-day period to the court of appeals with appellate juris-

4   diction over the transferee court. In the event a party files

5   such an appeal, the remand shall not be effective until the

6   appeal has been finally disposed of. Once the remand has

7   become effective, the liability determination and the choice

8   of law determination shall not be subject to further review

9   by appeal or otherwise.

10   "(3) An appeal with respect to determination of puni-

11   tive damages by the transferee court may be taken, during

12   the 60-day period beginning on the date the order making

13   the determination is issued, to the court of appeals with

14   jurisdiction over the transferee court.

15   "(4) Any decision under this subsection concerning

16   remand for the determination of damages shall not be re-

17   viewable by appeal or otherwise.

18   "(5) Nothing in this subsection shall restrict the au-

19   thority of the transferee court to transfer or dismiss an

20   action on the ground of inconvenient forum.".

21   **SEC. 4. EFFECTIVE DATE.**

22   (a) SECTION 2.—The amendments made by section

23   2 shall apply to any civil action pending on or brought

24   on or after the date of the enactment of this Act.

5

1     (b) SECTION 3.—The amendment made by section 3

2  shall be effective as if enacted in section 11020(b) of the

3  Multiparty, Multiforum Trial Jurisdiction Act of 2002

4  (Public Law 107–273; 116 Stat. 1826 et seq.).

Passed the House of Representatives April 19, 2005.

Attest:               JEFF TRANDAHL,

*Clerk.*

**HR 1038 RFS**