UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION ) ) ) | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, ) ) ) ) | CIVIL ACTION NO.: 04-10740-MLW C. D. Cal. No. CV 03-4349 (CWx) Judge Mark L. Wolf |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, ) ) ) ) | |
| Defendant ) ) ) | |
| AND RELATED COUNTERCLAIM. ) ) | |

**APPENDICES A-N TO THE MEMORANDUM OF PLAINTIFFS AMGEN INC. AND IMMUNEX CORPORATION IN RESPONSE TO THE COURT'S ORDER OF MAY 17, 2005**