UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | CIVIL ACTION NO.: 04-10740-MLW C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. |  |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, |  |
| Defendant. |  |
| AND RELATED COUNTERCLAIM. |  |

## SUBMISSION OF PROPOSED ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF

In response to paragraph 1 of the Court's Order of May 17, 2005, plaintiffs, Immunex Corporation and Amgen Inc. (collectively "Amgen"), and defendant, The Trustees of Columbia University in the City of New York ("Columbia"), submit the attached proposed order regarding the claims in Amgen's Second Amended Complaint that the parties agree should be dismissed

1

10875576v3

pursuant to, and without waiving rights as to, the Court's November 5, 2004 Order. Amgen further agrees that if its motion to amend and supplement its Second Amended Complaint is denied, the Third Claim for Relief in the Second Amended Complaint would also be dismissed as a result of the Court's November 5, 2004 Order.

Dated: June 7, 2005.

Respectfully submitted,

FRED A. KELLY, JR.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

KIRKE M. HASSON
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for IMMUNEX CORPORATION and AMGEN INC.

WAYNE M. BARSKY
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

10875576v3

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL NO. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation, | CIVIL ACTION NO.: 04-10740-MLW C. D. Cal. No. CV 03-4349 MRP (CWx) |
| Plaintiffs, | Judge Mark L. Wolf |
| vs. |  |
| THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation, |  |
| Defendant. |  |
| AND RELATED COUNTERCLAIM. |  |

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to this Court's Memorandum and Order dated November 5, 2004, it is hereby ORDERED that the following claims are dismissed for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1):

- o Second Claim For Relief: Declaratory Judgment that Amgen and Immunex Have No Contractual Royalty Obligations Because the '275 Patent Is Invalid By Reason of Double Patenting and Statutory Grounds (28 U.S.C. § 2201);

- o Fourth Claim For Relief: Declaratory Judgment that Amgen and Immunex Have No Contractual Royalty Obligations Because the '275 Patent Is Unenforceable By Reason of Prosecution Laches (28 U.S.C. § 2201);

3

10875576v3

- Fifth Claim For Relief: Declaratory Judgment that Amgen and Immunex Have No Contractual Royalty Obligations Because the '275 Patent Is Unenforceable By Reason of Patent Misuse (28 U.S.C. § 2201);

- Sixth Claim For Relief: Declaratory Judgment that Amgen and Immunex Have No Contractual Royalty Obligations Based on Non-Infringement of the '275 Patent (28 U.S.C. § 2201); and

- Eighth Claim For Relief: Declaratory Judgment that the '275 Patent is Not Infringed, Is Invalid, and Is Unenforceable (28 U.S.C. § 2201).

Dated: _____

_____
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE

10875576v3