IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 |
| IMMUNEX CORPORATION, a Washington Corporation and AMGEN Inc., a Delaware Corporation,<br><br>　　　Plaintiffs<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY in the City of New York, a New York Corporation,<br><br>　　　Defendant | Civil Action No: 04-10740-MLW<br>C.D. Cal. No. CV 03-4349 MRP (CWx)<br><br>Judge Mark L. Wolf |
| AND RELATED COUNTERCLAIM | |

## NOTICE OF APPEARANCE

Please enter the appearance of Fred A. Kelly, Jr., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 for plaintiffs Immunex Corporation and Amgen, Inc. in the above-captioned action.

Respectfully submitted,

*/s/ Fred A. Kelly*
Fred A. Kelly, Jr., BBO No. 544046
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: (617) 345-1000

Dated: June 9, 2005

BOS1276001.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail, postage prepaid on June 9, 2005.

| | |
|---|---|
| Donald R. Ware (BBO # 516260)<br>Claire Laporte  (BBO # 554979)<br>Carla Miriam Levy  (BBO # 654212)<br>Foley Hoag llp<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>dware@foleyhoag.com<br>CLaporte@Foleyhoag.com<br>clevy@foleyhoag.com<br>Telephone:  (617) 832-1000<br>Facsimile:   (617) 832-7000<br><br>Attorneys for BIOGEN IDEC MA INC. AND GENZYME CORPORATION | Adrian M. Pruetz, admitted pro hac vice<br>Charles K. Verhoeven, admitted pro hac vice<br>Robert W. Stone, admitted pro hac vice<br>Quinn Emanuel Urquhart Oliver & Hedges, llp<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>adrianpruetz@quinnemanuel.com<br>charlesverhoeven@quinnemanuel.com<br>robertstone@quinnemanuel.com<br>Telephone:  (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>Attorneys for GENENTECH, INC. |
| Mark A. Pals, admitted pro hac vice<br>Marcus E. Sernel, admitted pro hac vice<br>Kirkland & Ellis llp<br>AON Building<br>200 East Randolph Drive<br>Chicago, IL  60601<br>mpals@kirkland.com<br>msernel@kirkland.com<br>Telephone:  (312) 861-2000<br>Facsimile:   (312) 861-2200<br><br>Peter E. Gelhaar (BBO #188310)<br>Michael S. D'Orsi (BBO #566960)<br>Donnelly, Conroy & Gelhaar, llp<br>One Beacon Street<br>Boston, MA 02108<br>peg@dcglaw.com<br>msd@dcglaw.com<br>Telephone: (617) 720-2880<br>Facsimile:   (617) 720-3554<br><br>Attorneys for ABBOTT BIORESEARCH CENTER, INC. | Leora Ben-Ami, admitted pro hac vice<br>Patricia A. Carson, admitted pro hac vice<br>Kaye Scholer llp<br>425 Park Avenue<br>New York, NY  10022<br>lbenami@kayescholer.com<br>pcarson@kayescholer.com<br>Telephone:  (212) 836-8000<br>Facsimile:   (212) 836-8689<br><br>Robert S. Frank, Jr. (BBO #177240)<br>Choate Hall & Stewart<br>Exchange Place<br>Boston, MA 02109-2804<br>rfrank@choate.com<br>Telephone: (617) 248-5000<br>Facsimile:  (617) 248-4000<br><br>Attorneys for Wyeth and Genetics Institute LLC |

- 3 -

Steven A. Zalesin, admitted pro hac vice
Melissa Mandrgoc, admitted pro hac vice
Patterson, Belknap, Webb & Tyler llp
1133 Avenue of the Americas
New York, NY 10036
sazalesin@pbwt.com
mmandrgoc@pbwt.com
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for JOHNSON & JOHNSON

Morgan Chu, admitted pro hac vice
David Gindler, admitted pro hac vice
Irell & Manella llp
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mchu@irell.com
dgindler@irell.com
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Thomas F. Maffei (BBO # 313220)
Griesinger, Tighe & Maffei, llp
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
Gibson, Dunn & Crutcher llp
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

*/s/ Fred A. Kelly, Jr.*
Fred A. Kelly, Jr.