# EXHIBIT A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:   COLUMBIA UNIVERSITY      )   CA 04-01592
                                  )   Boston, MA
PATENT LITIGATION                 )   September 9, 2004
                                  )

BEFORE THE HONORABLE MARK L. WOLF
UNITED STATES DISTRICT JUDGE
TELEPHONE CONFERENCE

APPEARANCES:

(As previously noted.)

JUDITH A. TWOMEY, RPR
Official Court Reporter
One Courthouse Way
Courtroom 10~Room 5200
Boston, MA 02210
(617)946-2577

1   what would you be seeking, damages?

2      MR. WARE:  Yes.

3      THE COURT:  And what would be -- what makes it
4   -- I'm not a patent lawyer -- what makes it unlawful to
5   assert what you claim is an unvalid patent?

6      MR. WARE:  I think that we would assert both
7   under the contract that it would be a breach of the
8   contract to demand payment of royalties on threat of
9   termination of a license that covers other intellectual
10  property by asserting an invalid patent.

11     In addition to that, under the federal law,
12  there is a doctrine of patent misuse that comes into
13  play.  Because what we have seen over the last six months
14  is a pattern of activity by Columbia in which an invalid
15  patent was asserted against the entire industry.
16  Royalties were extracted from many companies, including
17  one or more of the companies that are involved in this
18  litigation which, as far as I know, Columbia hasn't
19  offered to pay back.  And threats of termination and then
20  actual termination occurred.  Settlements were extracted,
21  including from one of our clients.

22     THE COURT:  Well, but if somebody has settled,
23  then they don't have -- I've dismissed their case,
24  haven't I?

25     MR. WARE:  No, I don't say that in the sense of

1  saying that I'm attempting to resurrect their case. I'm
2  talking about a pattern of misuse of a patent to obtain
3  financial gain that is -- was improper. And, only now,
4  after causing everyone to spend boat loads of money to
5  try to preserve these licenses, Columbia has decided to
6  change its mind about terminating licenses, evidently,
7  although we're not even sure about that. But there is
8  some pretty clear law that supports the proposition that
9  those fees that were incurred can be recovered as
10 damages, not merely as fees under these circumstances.
11          So those are the kinds of claims that we would
12 be supplementing our complaint to assert.
13          THE COURT: Well, you'd have to move for leave
14 to amend it, and then I'd have to decide if that's
15 contested and, if it's contested, whether the interests
16 of justice make it appropriate.
17          MR. WARE: Yes, I was only going to say it would
18 be -- I think there's a somewhat different standard for
19 supplementation as opposed to amending to bring to light
20 facts that occurred after the filing of the original
21 complaint. But, in any event, yes, that is certainly
22 true. The existing complaint, however, does have a count
23 in the complaint asking the court to determine that no
24 royalties would be owed on the '275 patent because that
25 patent is invalid.

1           THE COURT: Well, I know, but that essentially
2   is moot. If the covenant not to sue gives up any right
3   to sue on the present claims or to recover on the present
4   claims of the '275 patent, even if they emerge in their
5   original form in the reissuance, you've won that. I
6   mean, I just have a question, the idea of whether you
7   have the license anymore, because I don't know whether
8   this license for a bundle of intellectual properties in
9   any way distinguishes this case from the other cases in a
10  way that would make a difference. But that's why I think
11  it's important to know whether you've got a license.
12          MR. WARE: Well, right, your Honor, and we still
13  don't know the answer to that. I would point out that
14  none of the cases that Columbia has cited were cases that
15  involved licenses. They were all declaratory judgment
16  actions by parties who had been, perhaps, threatened with
17  an infringement suit, but they weren't licensees. So
18  there are different circumstances here. And even if the
19  issue of a declaration as to whether royalties are owed
20  the license agreement on the '275 patent, that would not
21  remove the basis for a claim to damages for breach of
22  that contract which, in our view, puts the issue of the
23  validity of the '275 patent in play, in any case.
24          These are all matters that we hope to be able to
25  have an opportunity to brief.