# Exhibit 1

                                                                    1

                     UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS



BIOGEN, INC., ET AL              )  CA 03-11329
                                 )  Boston, MA
v.                               )  June 22, 2004
                                 )
COLUMBIA UNIVERSITY, ET AL       )



              BEFORE THE HONORABLE MARK L. WOLF
                 UNITED STATES DISTRICT JUDGE



APPEARANCES:


(As previously noted.)












                    JUDITH A. TWOMEY, RPR
                    Official Court Reporter
                      One Courthouse Way
                   Courtroom 10~Room 5200
                      Boston, MA 02210
                       (617)946-2577

194

1   tape.
2            THE COURT: But Biogen has already paid for it
3   once. First, they did it with power point, and I had a
4   book, and so I had each slide and I could write on it.
5   And then they had something that was animated the second
6   time. But it exists, and it's the same technology,
7   right? I mean, it's the same process.
8            All right, we need to build in a date for the
9   tutorial, which should be after November 1, right? But
10  not too far after it. How about the 5th. Is that okay?
11           MS. BEN-AMI: On your calendar, I just wanted to
12  remind your Honor that I am at trial during the time
13  period --
14           THE COURT: But you've got to do the following.
15  You've, first of all, got to get somebody else with you.
16  I hope some of those 40 people were with you.
17           MS. BEN-AMI: I have one.
18           THE COURT: Get two more. And that's one. And
19  you all think you're going to win on summary judgment.
20           MS. BEN-AMI: I agree with that.
21           THE COURT: We'll cross that bridge when we come
22  to it.
23           MR. GINDLER: There's one other date I think we
24  should set now, which is a last day by which pleadings
25  should be amended, because we have counterclaims that we

                                                                    195

1    would like to assert, both breach of contract, which will

2    live no matter what, and infringement, but won't be done

3    now, but I think we should at least --

4          THE COURT:  Why?

5          MR. GINDLER:  Because I think that it's only

6    fair to just close the pleadings and to put our claims on

7    the table, and the infringement claims could be

8    terminated if we lose on double patenting.  The breach of

9    contract claims will not, though, because those simply

10   applied during the period before anyone sued.  And so

11   those will be royalty claims.

12         We're not proposing to do anything with the

13   claims.  We just think they should be on the table.

14         THE COURT:  You have so much to do.  Why do

15   that?  I don't know.  What do you think?  Maybe I'm

16   missing something.

17         MR. WARE:  Your Honor, at least in the case of

18   Biogen and Genzyme, there is a stand-still agreement that

19   infringement claims won't be asserted.  So it's obviously

20   not germane to our case.  I don't really see why it's

21   necessary.

22         With respect to contract counterclaims, I think

23   we would want the opportunity to oppose the time to add

24   such claims into the case at this point, which come a

25   year after we sought an declaration of -- that no

```
                                                                  196
1    royalties were owed.  So we would certainly at least want
2    the opportunity to oppose adding such claims into the
3    case at this point.  But I don't see why it's necessary.
4            THE COURT:  You'd claim they're futile or
5    something?
6            MR. WARE:  No, I'd claim there are no admitted
7    counterclaims.  We specifically asserted that we did not
8    owe royalties.
9            MR. GINDLER:  We tried to keep activity down to
10   a low buzz before we got before a single court.  It took
11   us a long time to get here.  We started this process in
12   October of last year, with opposition by every plaintiff,
13   and we finally got to one court.  That's good.  So we
14   want to be as in a position so that if, for example, the
15   court were to rule against us on double patenting, okay,
16   that takes a lot out of the case.  What's left?  Well, we
17   should know what's left.  And so --
18           THE COURT:  Frankly, if I rule against you or
19   the jury finds against you on double patenting, I hope
20   you're all going to sit down in a businesslike way and
21   see if you can work it out.  That's the purpose of all of
22   this.
23           MR. GINDLER:  But I do think it makes sense to
24   just put those on the pleadings.
25           THE COURT:  Why not put them on the pleadings in
```

                                                                197

1     the beginning of January?
2              MR. GINDLER: We could do it then.
3              THE COURT: I'm trying to get you off for the
4     4th of July.
5              MR. GINDLER: You succeeded.
6              THE COURT: Did Mr. Barsky show your wife the
7     transcript? Some other judge will probably foul it up.
8              MR. BARSKY: I'd point out that there are some
9     counterclaims, contract counterclaims in the consolidated
10    cases already. For example, the case I'm counsel on,
11    Amgen. There are those counterclaims already.
12             THE COURT: I'm really just trying to get this
13    focused. And maybe I've miscalculated. But I just think
14    this is -- you know, the validity of this patent is very
15    important to all of you, and Mr. Goldberger was telling
16    me Malcolm Baldridge, Secretary of Commerce, has
17    subsequently said, you know, he could manage adversity,
18    he couldn't manage uncertainty. And your clients can
19    manage adversity, but this is really important, I think,
20    and these products are very important. They're not
21    widgets. They're very important to human health.
22             MR. GINDLER: If you prefer to have the date in
23    January, it's okay with us.
24             THE COURT: Yeah. Just try to keep our eye on
25    this ball and, you know, they think they've got a great