UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA UNIVERSITY PATENT LITIGATION | MDL No. 1592 (MLW)<br><br>Relating to: Case No. 03cv11570 (MLW) |

**JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND TO SET A DATE FOR PLAINTIFFS TO FILE A REPLY**

Wyeth and Genetics Institute LLC ("plaintiffs"), and the Trustees of Columbia University in the City of New York ("Columbia") hereby move the Court, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(b)(2), for an order (i) extending Columbia's time to file an opposition to plaintiffs' Motion For Leave To File An Amended And Supplemental Complaint and (ii) setting a date for plaintiffs to file a reply in support of the motion.

The parties have previously jointly requested that the Court allow Columbia until July 1, 2005, to file and serve its opposition to the motion, and allow plaintiffs until July 15, 2005, to file and serve their reply in support of the motion. The Court has granted this request.

The parties jointly request that the Court allow Columbia until July 15, 2005, to file and serve its opposition to the motion, and allow plaintiffs until July 29, 2005, to file and serve their reply in support of the motion. The parties believe that this extension will help to facilitate the parties' continuing settlement discussions.

The parties have requested eleven previous extensions of time to file an opposition to and reply in support of the motion to amend.

Dated:  June 29, 2005

           Respectfully submitted,

           WYETH
           GENETICS INSTITUTE LLC

           By its attorneys,

            /s/ Leora Ben-Ami
           Leora Ben-Ami
           Patricia Carson
           Kaye Scholer
           425 Park Avenue
           New York, NY 10022
           Telephone:  (212) 836-8000
           Facsimile:   (212) 836-8689

           THE TRUSTEES OF COLUMBIA
           UNIVERSITY IN THE CITY OF NEW
           YORK

           By its attorneys,

            /s/ David I. Gindler
           Morgan Chu
           David I. Gindler
           Jason G. Sheasby
           Irell & Manella LLP
           1800 Ave of the Stars, Suite 900
           Los Angeles, CA 90067
           Telephone:  (310) 277-1010
           Facsimile:   (310) 203-7199

Granted,

_____

Hon. Mark L. Wolf