UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: COLUMBIA UNIVERSITY PATENT LITIGATION | ) ) ) | MDL NO. 1592 |
| BIOGEN IDEC INC., BIOGEN IDEC MA, INC., AND GENZYME CORPORATION,<br>     Plaintiffs,<br><br>     v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-12009-MLW |

<u>ORDER</u>

WOLF, D.J.                                                      August 5, 2005

    I recently ruptured my Achilles Tendon and have been directed by my doctor not to conduct court proceedings in the near future. Accordingly, the previously scheduled hearing in this matter is hereby CANCELLED and will be rescheduled when my medical situation permits.

                                                                                  /S/ MARK L. WOLF
                                                    UNITED STATES DISTRICT JUDGE